RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Garrett Ledic Goines 173280
---
Full name and prison number
of plaintiff(s)

v.                                              CIVIL ACTION NO. 2:05cv1124-F
                                                (To be supplied by Clerk of
Warden Grantham Mosely                          U.S. District Court)
---
Asst. Warden Charles Davenport
---
Sgt. Ryan
---
COI Darrell Ren
---
COI Samuel Farrell
---
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

And Others

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  Garrett Goines
            ---

            Defendant(s)  Grantham Mosely et al.
            ---

        2.  Court (if federal court, name the district; if
            state court, name the county)  The
            Middle District of Alabama

3. Docket number 2004-CV-7205-T

4. Name of judge to whom case was assigned Delores Boyd

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit 8-21-04

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Easterling Corr. Fac. 200 Wallace Dr. Clio, Al. 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Gwendolyn Mosely | 200 Wallace Dr. Clio Al. 36017 |
| 2. Charles Davenport | Same As Above Address |
| 3. Sgt. Byrdint | S/A |
| 4. Darrell Bell | S/A |
| 5. Nurse Smothers | S/A |
| 6. Samuel Farrell | S/A |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
November 1st to October 31, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Excessive Force

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sgt. Bryant and Darrell Bell did handcuff Barnes behind his back, take him out his cell and beat him.

GROUND TWO: Cruel and Unusual Punishment

SUPPORTING FACTS: Sgt. Bryant and COI Bell did beat Barnes while he was in restraints, without cause.

GROUND THREE: Deliberate Indifference

SUPPORTING FACTS: Wardens failed to properly supervise insubordinates. COI Farrell failed to stop fellow officers from beating Barnes while he was in restraints. Nurse Smothers failed to report Barnes abuse to her supervisor in health care facility.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Preliminary Injunction 10,000 a Peace for Punitive Damage and any other relief. Plaintiff sues Defendants in their official and individual capacities. Plaintiff wishes a trial by jury.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-16-05  .
         (Date)

_____
Signature of plaintiff(s)