## Affidavit Statement

Comes now, Burrell Gaines #173280, who is over 21 years of age and states the following:

On November 1st, 2005, at about 2:15 am, 3rd shift. I was taken outside in handcuffs, and shackles by Officer Bell, and Farrell. They said Sgt. ~~Burrell~~ wanted to talk to me. Officer Bell and I had had words earlier about showering me and he turned my water off because I kicked on my door. The reason I was still kicking on my door was because I wanted to talk to the Sergeant. When I got out in the lobby Sgt. ~~Burrell~~ is present. He takes me inside the office with Officer Farrell, and Bell and ask them is this the one? Officer Bell states yes and Sgt. ~~Burrell~~ just hauls off and hit me about (4) four times in the face, and then Officer Bell punches me in the right side of my head in the temple and I fall down to the floor. Sgt. ~~Burrell~~ and Officer Bell continues to

slap me in the face and in my mouth and bust. ~~Bullock~~ Durant kicks me in the buttocks. Then he leans over and tells me I better take my bitch ass back to my cell and don't say shit. If I kick on that cell door again he's gonna come back and crack my bitch ass. Comes in my cell and locks my motherfucking head. He then asks me do I understand? When I don't answer Officer Bean smacks across the face again. Then I curl up. Officer Forbes then kicks me off the floor laughing. They stop taking me back to my cell and Officer Bean smacks me in my mouth in the lobby and tells me don't look at my bitch. And I avert my eyes.

I get back to my cell and Officers Bean and Forbes leave the tier laughing. About 40 minutes later the pill call nurse comes in the tier and I begin shouting to her I need a body chart. I do not know her name because she's a new nurse. She finishes doing pill call and then comes to my cell with Officers Bean and Forbes. I tell her that

Officer Bell and Sgt. Bryant just jumped and beat me. Then I need a doctors chart. She told me that she had to finish paperwork and notify Sgt. Baxter but that she would then go on in to my facts. I told her Sgt. Baxter was one of the officers that beat me. She then leaves (20) twenty minutes later. Officer Bell and Farren comes back to my cell with handcuffs taunting but taking me to the infirmary. Being afraid for my safety and remembering what Sgt. Bryant said about beating my assman busting my head. I decided to wait because I knew they were gonna beat me again. Officers Bell and Farren leaves off the tier laughing. I wait until shift change at 6:00 am and inform Officer Faison that I have been beaten by officers and I need to go to the infirmary. He reports this to Lt. Howard and they take me to the infirmary around 8:15 am to get a pass chart.

I swear under the penalty of perjury that the above is true. Done this 5th day of November 2005.

Garrett Gaines

_Garrett Gaines_
GARRETT GAINES

Sworn to and subscribed before me this __5TH__ day of __November__ 2005.

My Commission Expires: __5-7-2006__

_Ben K. Himes_
NOTARY