IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT GAINES # 173280

v.

GWENDOLYN MOSLEY et al

CIVIL ACTION NO:

## SWORN AFFADAVIT OF CHRISTOPHER HARRISON

BEFORE ME THE UNDERSIGNED AUTHORITY A NOTARY PUBLIC IN AND FOR SAID STATE AND COUNTY OF ALABAMA AT LARGE WHO THEN PERSONALLY APPEARED CHRISTOPHER HARRISON AN INMATE AT EASTERLING CORRECTIONAL FACILITY WHO BEING KNOWN TO ME FIRST DULY SWORN DEPOSES AND SAYS UNDER OATH AS NOW FOLLOWS;

MY NAME IS CHRISTOPHER HARRISON #215201
I AM PRESENTLY BEING CONFINED AT
EASTERLING CORRECTIONAL FACILITY
ADMINISTRATIVE SEGREGATION 5B-12 CELL

I AM OVER 21 YEARS OLD;

ON NOVEMBER 1, 2005 MONDAY NIGHT, OUR SHOWER DAY HERE IN ADMINISTRATIVE SEGREGATION WAS PUT OFF TO THIRD SHIFT DUE TO INMATES BEING LOCKED UP FROM POPULATION, AND CONFUSION GOING ON ON A-SIDE. CO,1 DARYL BELL AND CO,1 SAMUEL WORKED THIS NIGHT AS ROVERS HERE IN SEGREGATION. INMATE GARRETT GAINES AND DARYL BELL, CO1, HAD A VERBAL ALTERCATION. SO, AFTER THE SHOWERS WAS FINISHED GAINES COMMENCED TO KICKING ON THE DOOR AND HOLLERING FOR A ROVER AFTER THE OFFICERS HAD LEFT THE TIER. OFFICER PHARELL AND BELL CAME TO INMATE GAINES CELL AND HANDCUFFED HIM AND SAID "WE NEED TO TALK TO YOU IN THE LOBBY. WHEN HE CAME BACK IN HIS CELL, HE MADE IT KNOWN THAT SGT. ~~[struck out]~~ AND OFFICER BELL JUMPED ON HIM IN THE LOBBY. THEY

BROUGHT HIM BACK TO HIS CELL. THEY DIDN'T TAKE INMATE GAINES TO GET A BODY CHART. THE NURSE WAS COMING AROUND FOR PILL CALL AT AROUND 2:30 A.M.. GAINES WAS TRYING TO STOP HER AT HIS CELL DOOR TO SHOW HER THAT HIS FACE WAS SWOLLEN. AND WANTED HER TO VERIFY THIS BECAUSE THE OFFICERS REFUSED TO TAKE HIM TO GET A BODY CHART. SO INSTEAD OF INMATE GAINES GETTING A BODY CHART ON THIRD SHIFT HE WAITED TIL FIRST SHIFT to GO.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE ABOVE SWORN AFFADAVIT OF CHRISTOPHER HARRISON, IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE THAT I HAVE SERVED A COPY OF THE SAME UPON;

KIM THOMAS, GENERAL COUNSEL
LEGAL DIVISION, AIA, D.O.C.

301 SOUTH RIPLEY ST.
MONTGOMERY, ALA 36130

BY PLACING A COPY OF THE SAME IN THE U.S. MAIL, FIRST CLASS POSTAGE, PRE-PAID AND PROPERLY ADDRESSED THIS THE ___10___ DAY OF __5__ 2005

SIGNED _Christopher Harrison_ #215201

SWORN TO AND ASSIGNED TO BEFORE ME THIS THE ___5___ DAY OF __NOV__, 2005

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __5-7-2006__