RECEIVED
2005 NOV 23 A 9: 25
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST

IN THE UNITED STATES DISTRICT COURT
FOR THE Middle District of Alabama
Northern Division

| | |
|---|---|
| Garrett Gaines #173280 v. Gwendolyn Mosley et al | Civil Action No: |

## SWORN Affidavit of Cedric Brooks

Before we, the undersigned authority, a Notary Public in and for said state and county of Alabama, at Large, who then personally appeared, Cedric Brooks an inmate at Easterling Correctional Facility, who being known to me, and being by me first duly sworn, deposes and says, under oath as now follows;

My Name is Cedric Brooks #162905
I am Presently being Confiend at Easterling Correctional Facility. Administration Segregation 5-B cell #9
I am over 21 years old;

Statement: On November 1, 2005 at or round 1:15 am early tuesday we the Inmates at Easterling Correctional Facility In Segregation Unit on B-side tier was Asking 3rd Shift officer's, officer Darrell Bell + Samuel Farrell could we take our Shower so during that, Inmate: Garrett Gaines told officer Darrell Bell He wanted to Go on Suicide watch And Mr. Bell Stated to Inmate: Gaines, Bitch Kill yourself. And they Passed Acouple words an officer Bell just went Directly + turned Gaines water off in his cell, so Garrett Gaines Started asking Both officers Bell + Farrell why His water has been turn off in his cell, After Niether one turn His water back on Gaines Asked to See A Shift Supervisor. After Everyone finished Showering thats When officer Bell + Farrell came to Garrett Gaines cell door An told him to turn Around to Put the

handcuffs on him and they took Gaines to the lobby several mintues later Officer Bell, Officer Farrell came back on B-side tier with Gaines putting him back in his cell, thats when I Inmate Cedric Brooks, Discoverd that Gaines had a busted mouth bleeding & his face was swollen. Around 2:30am at pill call. Gaines, myself & other inmates, well we was asking the nurse to please see about Gaines & that had been beat up by Sgt. ~~Baxley~~ & officer Bell, So the nurse said she'll see him before she left B-side Tier, but she did stop by his cell an looked at him then kept going, she never gave Gaines a body chart. So Gaines stayed up until first shift came on at 6:00am he then asked officer Darron Fason to please get him to the Health care unit cause he had just been beat up by 3rd shift's Sgt. ~~Baxley~~ & officer Bell hours ago, So officer Fason got Gaines to the Health care to see a nurse for a body chart. Sgt. ~~Baxley~~ & officer Bell did assualt Inmate Garrett Gaines for no reason at all on November 1. 2005.

# Certificate of Service

I, Hereby Certify, that the above, Sworn Affidavit of Cedric Brooks, is True and Correct to the Best of My belief and Knowledge, that I Have Served a copy of the Name upon;

Kim Thomas            Central Coner
Legal Division, Act. D.O.C.
301 South Ripley Street.
Montgomery, Alabama. 36130

by Placing a copy of the same in the U.S. Mail, First-class Postage, Pre-Paid and Properly Addressed this the

___5TH___ Day of __November__ 2005

Signed: _Cedric Brooks_ #162905

Sworn to And Subscribed to before Me this the ___5___ Day of __Nov.__ 2005.

_____
Notary Public

My Commission Expires: ___5-7-2006___