RECEIVED
2005 NOV 23 A 9:25

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT GAINES #173280 <br><br> V. <br><br> GWENDOLYN MOSLEY et al. | CIVIL ACTION NO. |

_____
SWORN AFFIDAVIT of THOMAS ADAMS
_____

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC IN AND FOR SAID STATE AND COUNTY OF ALABAMA, AT LARGE, WHO PERSONALLY APPEARED, THOMAS ADAMS, AN INMATE AT EASTERLING CORRECTIONAL FACILITY, WHO BEING KNOWN TO ME, AND BEING BY ME FIRST DULY SWORN, DEPOSES AND SAYS, UNDER OATH AS NOW FOLLOWS;

①

My name is Thomas Adams. I am presently being confined at Easterling Correctional Facility, Administrative Segregation SB-8.

I am over 21 years old;

On October 31, 2005, Inmate Garrett Gaines had been involved in a verbal confrontation with CO I Bell.

At about 2:00 AM on November 1, 2005, CO I Bell came to inmate Garrett Gaines' cell, SB-7, and ordered inmate Gaines to the "chuck-hole" in the door, to "turn around, put these handcuffs on, I'm taking you to the lobby."

At first inmate Gaines refused, but then submitted, and was then hand-cuffed behind his back.

Inmate Gaines was taken to the lobby of the segregation unit.

For about 5 minutes there were loud noises as though there was a



physical altercation, or a beating.

It sounded a lot like inmate Gaines was yelling in pain.

Then inmate Gaines was brought back by CO I Ferrell and put back in his cell, he was still then hand-cuffed behind his back, there was blood coming from his mouth, a knot on his head.

He had been beaten by Alabama D.O.C. Personnel, among whom I now believe to be CO I Bell.

Upon information and belief, I have been told by inmate Gaines that the Sgt. ~~Baxter~~ was directly involved in this event of abuse and excessive force, this is a malicious and sadistic practice, and totally unjustified and uncalled for.

At about 2:30-2:45 AM on November 1, 2005, inmate Gaines asked to be taken to the Health Care Unit (HCU), for a body chart, complaining of chest-pains.

③

A BUSTED MOUTH, LOOSE TEETH, AND A KNOT ON HIS HEAD.

AT ABOUT THIS TIME NURSE X, WHOSE NAME IS UNKNOWN AT THIS TIME, BEING ESCORTED BY OFFICERS FARRELL AND BELL, WAS CONDUCTING EARLY MORNING "PILL-CALL" AT THE SEGREGATION UNIT.

NURSE X, JANE DOE WAS STOPPED BY INMATE GAINES, AT HIS CELL DOOR. GAINES THEN SHOWED TO NURSE X HIS INJURIES.

INMATE GAINES STATED TO NURSE X THAT HE WAS IN FEAR OF INJURY AND FOR HIS LIFE!

I WAS A WITNESS TO ALL OF THESE EVENTS!

INMATE GAINES WAS TAKEN TO THE HCU LATER, AFTER FIRST SHIFT HAD CAME TO WORK, I BELIEVE HE THEN FILED A COMPLAINT AND RECIEVED A BODY CHART, BY EMPLOYEES OF THE PRISON HEALTH CARE SERVICES (P.H.S.).

INITIALLY INMATE GAINES HAD ASKED FOR THE WATER IN HIS CELL TO BE CUT-ON, AND ESCALATED FROM THIS POINT!

④

CERTIFICATE OF SERVICE

I, hereby certify, that the above, sworn affidavit of Thomas Adams, is true and correct to the best of my belief and knowledge, that I have served a copy of the same upon;

Kim Thomas, General Counsel
Legal Division, Ala. D.O.C.
301 South Ripley St.
Montgomery, Ala. 36130

by placing a copy of the same in the U.S. Mail, First-Class postage, pre-paid and properly addressed this the ____ day of November 2005.

Signed; Thomas Adams - 100612

Sworn to and subscribed to before me this the __5__ day of __Nov.__ 2005.

_____
Notary Public
My Commission Expires __5-7-2006__