IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT GAINES #173280 V. GWENDOLYN MOSELY et al. | CIVIL ACTION NO: |

SWORN AFFIDAVIT OF MICHAEL BRAZELL

BEFORE ME, THE UNDERSIGNED AUTHORITY A NOTARY PUBLIC IN AND FOR SAID STATE AND COUNTY OF ALABAMA, AT LARGE, WHO PERSONALLY APPEARED, MICHAEL BRAZELL, AN INMATE AT EASTERLING CORRECTIONAL FACILITY, WHO BEING KNOWN TO ME AND BY ME FIRST DULY SWORN, DEPOSES AND SAYS, UNDER OATH AS NOW FOLLOWS;

My name is Michael Brazell, I am presently being confined at Easterling Correctional Facility, Administrative Segregation 5B-8

My birthday in Nov. 3, 1984, by the time the court recieve this Affidavit, I will be then 21 years old.

On Nov. 1, 05 on 3rd shift between 2:00 and 2:30 A.M. officer Bell COI came to inmate Garrett Gaines A.I.S. # 173280 door and told him to put on handcuffs Bell and inmate Gaines was already in a arguement earlier so Gaines already feared for his safety because it's common for officers to jump on inmates while there handcuffed. I watched officer Bell take Gaines out of his cell, he was handcuffed behind his back, he was taken to the lobby, I could hear some screaming. They brought Gaines back to his cell and he had blood comeing out the side of his mouth. Gaines continued to ask for a body chart, they denied it as well as medical treatment. The nurse had came by for pill call and gaines got her

to ~~me~~ come to his cell, he pleaded with Nurse X for his safety and told her he was in danger. Officer Bell continued to laugh about the situation while he was on the tear. ~~Officer~~ Bell came back to Gaines door and tried to tell him to put back on handcuffs ~~on handcuffs~~ so they could take him to get a body chart, inmate Gaines was ~~for~~ scared for his life and told officer Bell he did not fill safe to be handcuffed without the nurse being on the tear and officer Bell started laughing and said I'll just tell them you refused. Inmate Gaines went to the nurse after shift change, he was treated and reparted this incodent that occured.

    Further more, I was assaulted and a victim of being beaten while in handcuffs in may of 2005. Sgt. Hulett, Officer Tew COI, Officer Elise COI was involved. This incident occured while being in segregation on 1st shift. I was took to the lobby by Elise, & Tew so Mr.—

McDaniels could take blood. I went to the office inside the lobby and while giveing blood officer Tew handed Sgt. Hulett some out going mail and Sgt. Hulett was opening and reading it. I knew they was doing something they wasn't supposed to be doing so I turned around to see whose mail was being opened and Sgt. Hulett told me to turn around and when I didn't do so quick enough, Sgt. Hulett made the order to officer Tew, & Elise and they snatched me up using excessive force while I was in handcuffs and a syringe was snatched out of my arm in the process and I was took out to the lobby and they slamed my head against the wall several different times. They denied me medical treatment. I asked how do they spell there names officer Tew spelled out "Fuck you". I complained on 2nd shift to go to the nurse because my neck was injured, A body chart was recorded. My family involved a lawyer, James Byrd of mobile to handle this incident. I was

constantly being harassed, I wasn't recieving my mail or phone calls, or my store privileges. I was written up for retaliation and was given 45 day's disciplinary segregation. I wrote Ms. Mosley several times telling her the officers are harassing me and nothing was done. I didn't follow through with the lawsuit for fear of my safety.

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, THAT THE ABOVE, SWORN AFFIDAVIT OF MICHAEL BRAZELL, IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE, THAT I HAVE SERVED A COPY OF THE SAME UPON;
KIM THOMAS, GENERAL COUNSEL
LEGAL DIVISION, ALA. D.O.C.
301 SOUTH RIPLEY ST.
MONTGOMERY, ALA. 36130
BY PLACING A COPY OF THE SAME, IN THE U.S. MAIL, FIRST-CLASS POSTAGE, PRE-PAID AND PROPERLY ADDRESSED THIS THE ___6___ DAY OF __NOVEMBER__ 2005.
SIGNED; _Michael Brazell_
226568

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS THE ___5___ DAY OF __NOV.__ 2005.

_B. K. Davis_
NOTARY PUBLIC
5-7-2006

MY COMMISSION EXPIRES; ___5-7-2006___