M/D-6

RECEIVED
2005 NOV 23

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Garrett Gaines #173260

_____ )
_____ )
_____ )
_____ )
        Plaintiff(s)         )   2:05CV1124-F
                             )
          v.                 )
Glenn Goss Mosely, et al     )
_____ )
_____ )
_____ )
        Defendant(s)         )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Garrett Gaines #173260_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, **Barrott Lau Barnes**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( ) NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?  YES ( ) NO (✓)

    B. Rent payments, interest, or dividends?  YES ( ) NO (✓)

    C. Pensions, annuities, or life insurance payments?  YES ( ) NO (✓)

    D. Gifts or inheritances?  YES ( ) NO (✓)

    E. Any other sources?  YES (✓) NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. **Family members. It varies in amount.**

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )    NO (✓)

   If the answer is YES, state the total value of the items owned. _____
   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   _____
   _____
   _____
   _____

   _____
   Plaintiff

STATE OF ALABAMA
COUNTY OF ███ Barbour

   Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.


   _____
   NOTARY PUBLIC in and for said County,
   in said State

(SEAL)

My commission expires _____.

                            OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11-16-05_.

   _____
   Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>11-14-05</u>.
(date)

_____
Signature of Affiant

173280

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ <u>77.93</u> on account to his credit at the <u>Easterling</u> institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

<u>See attached</u>

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

<u>See attached</u>

_____
Authorized Officer of Institution

DATE <u>11-17-05</u>

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY
```

AIS #: 173280        NAME: GAINES, GARRETT LEON        AS OF: 11/17/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 13 | $139.65 | $2.00 |
| DEC | 31 | $92.86 | $34.00 |
| JAN | 31 | $66.10 | $50.00 |
| FEB | 28 | $27.79 | $0.00 |
| MAR | 31 | $55.54 | $102.00 |
| APR | 30 | $36.34 | $22.00 |
| MAY | 31 | $11.97 | $18.00 |
| JUN | 30 | $22.19 | $66.00 |
| JUL | 31 | $9.51 | $0.00 |
| AUG | 31 | $14.47 | $50.00 |
| SEP | 30 | $36.74 | $60.00 |
| OCT | 31 | $77.67 | $2.00 |
| NOV | 17 | $77.93 | $0.00 |