IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT LEON BAINES #175260,
   Plaintiff,

VS.

GWENDOLYN MOSLEY et al.,
   Defendants.

Civil Action No: 2:05-CV-1124-F (WO)

## MOTION FOR EXTENTION

Comes now, Garrett Baines, pursuant to Federal Rules of Procedure Rule 2616). Asking this Honorable Court for an extention of time for the following pleadings in order to properly file an objection to the recommendation of the magistrate Judge:

1) Due to the unpredictability of access to law libraries to certain bottomal inmates. Plaintiff needs the opportunity to review case citations so that he will be able to properly reply.

Done this 7 day of December, 2005.

/s/ Garrett Baines
GARRETT BAINES

Certificate of Service

I hereby certify that I served a copy of the above document upon the Defendants by placing a copy in the U.S. Postal Box, postage first class prepaid, and addressed to:

Kim Thomas, General Counsel
Legal Division Ala. D. DOC
301 South Ripley St.
Montgomery, AL
36130

Done this 7 day of December, 2005.

_____
Garrett Gaines