IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES, #173 280   *

    Plaintiff,   *

    v.   *   CIVIL ACTION NO. 2:05-CV-1124-F
        (WO)

GWENDOLYN MOSLEY, *et al.*,   *

    Defendants.   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff Motion for Extension of Time (Doc. No. 6) is GRANTED; and

2. Plaintiff is GRANTED an extension from December 12, 2005 to December 21, 2005 to file his objections the Recommendation of the Magistrate Judge filed December 1, 2005.

Done this 7th day of December 2005.

          /s/ Delores R. Boyd
          DELORES R. BOYD
          UNITED STATES MAGISTRATE JUDGE