| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Stephanie Clark  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Stephanie L. Clark  C. Date of Delivery: 12/13/05 |
| 1. Article Addressed to:<br>2005 DEC 15 A 9:41<br>Troy King<br>Attorney General DEBRA P. HACKETT, CLK<br>Alabama State House U.S. DISTRICT COURT<br>11 South Union Street MIDDLE DISTRICT ALA<br>Montgomery, AL 36130-0152 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:05cv1124-F<br>C & 8  40 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 4002 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |