# AFFIDAVIT

STATE OF ALABAMA                )
                                )
_Barbour_ COUNTY                )

I, _Beth H Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Garrett Gains_, AIS# _173280_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Services_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _15th_ day of _December_, 2005.

_Beth H. Long_

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _15th_ Day of _December_, 2005.

_Linda A. Wilkinson_
Notary Public
_9/16/2007_
My Commission Expires

# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _GARRett GAINES_____ Date of Request: _4/21/97_____

ID #: _1732.30_____ Date of Birth: _2/11/77_____ Housing Location: _4-59_____

Nature of problem or request: _I would like To have my teeth checked,_
_and cleaned_____

_____

_____

I consent to be treated by health staff for the condition described.

_Garrett Gaines_

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

RECEIVED
APR 21 1997
By_____

Plan:

_No show for Dental Sick call_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature:_____ðm_____ Title: _RDH_ Date: _4/22/9_ Time: _5:39_

CMS 7166 REV. 10/94

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: _Gaines, Garrett_     ID#: _173280_     RACE: _13_     DOB: _2-11-77_

### DENTAL EXAMINATION



### RESTORATION AND TREATMENTS



6601

| | |
|---|---|
| Date of Initial Examination: | _4-20-98_ |
| Initial Classification: | _6-60_ |
| Oral Pathology: | _update_ |
| Gingivitis | |
| Vincent's Infection | |
| Stomatis | |
| Other Findings | |
| Occlusion | |
| Roentgenograms: | |
| Periapical | |
| Bitewing | |
| Panarex | |

| TOOTH | PRIORITY LIST |
|---|---|
| | PX |
| | +=F |
| | 9=F |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### HEALTH QUESTIONNAIRE

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | √ | | Acquired Immune Deficiency (AIDS/HIV)? | | √ |
| Allergies | | √ | Gastrointestinal disorders | | √ |
| Anemia | | √ | Glaucoma | | √ |
| Asthma or other respiratory problems | | √ | Heart disease or murmur | | √ |
| Blood pressure conditions | | √ | Hepatitis | | √ |
| Diabetes | | √ | Kidney problems | | √ |
| Epilepsy | | √ | Reactions to anesthetics or medications | | √ |
| Excessive bleeding after surgery | | √ | Rheumatic fever | | √ |
| Fainting | | √ | Taking any medication | | √ |
| Pregnant? | | √ | Thyroid conditions | | √ |
| Tuberculosis | | √ | Other conditions | / | |

CMS 7103 REV. 10/94

# Alabama Department of Corrections

## DENTAL RECORD

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 9/7/93 | | | Pt in with pain assoc with LRQ. Oral Exam reveals no decay in mouth at all. Pt does have large 3rd molars half erupted. Told pt if these start to bother him then he should have them extracted. PTR for PX. | JB | |
| 9/13/93 | | | KCF SC/Seg PTC for PX | MS. | |
| 10/12/93 | | | KCF from seg. CO Green states he cannot bring this pat. in with me that is sched to see Dr. O'Brien - PS. PX appt. | JB | |
| 10/13/93 | | | KCF from Seg c Lt Lewis Calculus Scale, polish | JB MSJ | |

| Last Name | First | Middle | DOB | R/S | ID No |
|-----------|-------|--------|-----|-----|-------|
| Gaines | Garrott | | | B/M | 173280 |

F-603B

# NITIAL DENTAL EXAMINATION



**REMARKS**

*unable to see in rhg.*

| | |
|---|---|
| PLACE OF EXAMINATION: | Kilby Correctional Facility |
| INITIAL CLASSIFICATION: | |
| RADIOGRAPHS TAKEN: | |
| ADDITIONAL FINDING OF FORENSIC USE: | |

**DATE** 8/6/93

KCF3918

**TREATMENT INDICATED (RED)**

**RESTORATIONS AND TREATMENTS (BLACK)**



(RECORD TREATMENT ON IDS FORM 603A )

ANDERSON

Dentist Name (Print)

M Anderson DMD

Dentist Signature

| Patients Last Name | First | Middle | DOB | R/S | AIS No. |
|---|---|---|---|---|---|
| Gainey | Garrett | | | | 173280 |

IDS FORM 603

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 4/28/98 | #17 | | *[handwritten notes]* |
| | | | |
| | | | |
| | | | |
| 6-6-01 | | | In Exam |
| | | | |

PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Gains, Garrett

PRISON ID
173280

DATE SUBMITTED
11-9-04

East. 1H

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | 11/09/04 |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PH
LABORATORY DIREC

**ChemStrip Results**

Inmate Name _Gaines Gamel_ Number _173280_

Date _1-15-03_

| **Specific Gravity** | 1.000 | 1.005 | 1.010 | (1.015) | 1.020 | 1.025 | 1.030 |
|---|---|---|---|---|---|---|---|

**PH**               (5)    6    7    8    9

**Leukocytes**       (Neg)        Trace        +           ++

**Nitrate**          (Neg)        Pos

**Protein**          (Neg)        Trace        +        ++        +++
                                               30       100      500 mg/dL

**Glucose**          (Normal)     50    100    250    500    1000mg/dL

**Ketone**           (Neg)        +     ++     +++

**Urobilinogen**     (Normal)     1     4      8      12mg/dL

**Bilirubin**        (Neg)        +     ++     +++

**Blood**            (Neg)        Trace        About 50      About 200ery/uL

**Hemoglobin from**               Trace        About 50      About 250ery/dL

Done by _Pim dening_                         Lot No. _____
            (print name)

Signature _P mdnra_                          Exp. Date _____

Comment _____

_____

Reviewed by _____ _1/15/03_____

Filed by: _____

# LABORATORY REPORT

```
7186921    AREA/ROUTE/... JP: QCSG000
EASTERLING CORRECTIONAL FACILI
200 WALLACE DR
CLIO, AL 36017-2613
```


Quest
Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| GAINES, GARRETT | 173280 | | 24 | | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0367149 | AT796493A | | 12062001 500AM | 12062001 | 12082001 | 4:58AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

```
Date of Birth: 02/11/1977
HEPATITIS PANEL, ACUTE W/REFLEX                                                      AT
  HEPATITIS A IGM ANTIBODY        NON-REACTIVE                        NON-REACTIVE    AT
  HEPATITIS B SURFACE                                                                AT
    ANTIGEN W/ CONFIRMATION
    HEPATITIS B SURFACE
      ANTIGEN                      NON-REACTIVE                        NON-REACTIVE
  HEPATITIS B CORE IGM                                                               AT
    ANTIBODY                       NON-REACTIVE                        NON-REACTIVE
  HEPATITIS C ANTIBODY            NON-REACTIVE                        NON-REACTIVE    AT


    A NON-REACTIVE TEST RESULT DOES NOT EXCLUDE THE
    POSSIBILITY OF HCV INFECTION SINCE THE TIME FOR
    SEROCONVERSION IS VARIABLE.


        >> END OF REPORT - GAINES, GARRETT AT796493A <<
```



KILBY CORRECTIONAL . : : LITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Gaines, Garrett*

PRISON ID

*173280*

DATE SUBMITTED

*11/29/01*

*ECF #70*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | NR | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

**KILBY CORRECTIONAL FACILITY**
PO BOX 11
MT. MEIGS, AL 36057

**PATIENT NAME**

*Gains, Garrett*

**PRISON ID**

*173280*

**DATE SUBMITTED**

*5-30-00*

*Bibb# 69  6-1-00*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | ✓ *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.   01D0706289

THANG Q. AN, D.O.
MEDICAL DIRECTOR

WAYNE D. MERCER, P'
LABORATORY DIREC

**LabCorp**™

| SPECIMEN # | TYPE | PRIMARY | REPORT STATUS | | 03   01 |
|---|---|---|---|---|---|
| 364-005-0581-0 | S | MB | FINAL   PG  1 | | |

| CLINICAL INFORMATION | 12/31/97  15:57 |
|---|---|

ADDITIONAL INFORMATION

DOB:
02/11/77

CD- 51111898826

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBERTSON | 173280 |

| PATIENT NAME | | SEX | AGE (YR /MOS ) |
|---|---|---|---|
| GAINES    , GARRETT | | M | 020/10 |

ACCOUNT

DONALDSON CORRECTION          0181756(
                                        51
100 WARRIOR LANE                        51
BESSEMER          , AL  35023-
205-436-3681      ALB

PT ADD

| DATE OF SPECIMEN | DATE ENTERED | DATE REPORTED | |
|---|---|---|---|
| 12/29/97 | 12/30/97 | 12/31/97 | 6355 |

| TEST | RESULT | LIMITS | TEST SITE ON BACK |
|---|---|---|---|
| TS-REFLEX MHA-TP & RPR TITER | | | |
| STS | Non-Reactive | Non-Reactive | MB |

LAB: MB LABCORP HOLDINGS            DIRECTOR: CONTACT    LABORATORY
     1801 FIRST AVENUE SOUTH BIRMINGHAM, AL  35233-0000


            DIRECTOR: CONTACT       LABORATORY
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 205-581-3600 LAB: 800-621-8037
                LAST PAGE OF REPORT

©Laboratory Corporation of America™ Holdings

KILBY CORRECTIONAL FACIl
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

_Gaines Garrett_

PRISON ID

_173280_

DATE SUBMITTED

_3-4-97_

_npH#29_

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | _NR_ | NEGATIVE (NEG) | |
| RPR | _NR_ | NON-REACTIVE (NR) | |
| URINALYSIS | _neg_ | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

GEORGE A. LYRENE, MD
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289

```
063-205-0053-0      SEND        PG  1 of  1  ROCHE BIOMEDICAL LABORATORIES, INC
```

| | | | | | |
|---|---|---|---|---|---|
| GAINES, GARRETT | (COMPLET.. (H) | Age 20/00 | Sex M | Contrc. # 50956714354 | Patient ID 173280 | Phys ID MAUNEY |

```
                    DOB  2/11/77        Fasting    Account Number 01302895
                                                   KILBY CORRECTIONAL FACILITY
                                                   CORRECTIONAL MEDICAL SERVICES
NPY 29                                  Tot Vol    P.O. BOX 11
                                        0000       MT. MEIGS, AL 36057-0000
                                                   (334) 215-6685
```

```
Spec Date  3/04/97  8:00 | Received  3/04/97 | Reported  3/05/97  8:38 | Seq# 2449
```

| TEST | RESULT | OUT OF RANGE | UNITS | LIMITS | LAB |
|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL | | | | | |
| White Blood Count | 4.7 | | X 10-3/uL | 4.0- 10.5 | MB |
| Red Blood Count | 5.11 | | X 10-6/uL | 4.10- 5.60 | MB |
| Hemoglobin | 14.6 | | g/dL | 12.5- 17.0 | MB |
| Hematocrit | 43.9 | | % | 36.0- 50.0 | MB |
| MCV | 86 | | fL | 80- 98 | MB |
| MCH | 28.6 | | pg | 27.0- 34.0 | MB |
| MCHC | 33.2 | | g/dL | 32.5- 35.5 | MB |
| Platelets | 273 | | X 10-3/uL | 140- 415 | MB |
| Polys | | 33 L | % | 45- 76 | MB |
| Lymphs | | 55 H | % | 17- 44 | MB |
| Monocytes | 6 | | % | 3- 10 | MB |
| Eos | | 5 H | % | 0- 4 | MB |
| Basos | 1 | | % | 0- 2 | MB |
| Polys (Absolute) | | 1.6 L | X 10-3/uL | 1.8- 7.8 | MB |
| Lymphs (Absolute) | 2.6 | | X 10-3/uL | 0.7- 4.5 | MB |
| Monocytes(Absolute) | 0.3 | | X 10-3/uL | 0.1- 1.0 | MB |
| Eos (Absolute Value) | 0.2 | | X 10-3/uL | 0.0- 0.4 | MB |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0- 0.2 | MB |

```
LAB: MB  LABCORP HOLDINGS                DIRECTOR:    JAMES A DAVIS III MD
         1801 FIRST AVENUE SOUTH, BIRMINGHAM, AL  35233-0000
```

LAST PAGE OF REPORT



**MetPath**

Teterboro Laboratory
One Malcolm Avenue
Teterboro, New Jerse,    808-1070
201-393-5000
800-631-1390 Client Service

**Clinical Laboratory Report**

RAYMO    IBIND, M.D.
JOSEPH E. O'BRIEN, M.D.
PAUL A. KRIEGER, M.D.
CHARLENE S. POLAN, M.D.

| Patient Name | Date Drawn | Date Received | Date of Report |
|---|---|---|---|
| GAINES, GARRETT    EOS    E1032 | 09/19/94 | 09/20/94  0934 | 09/21/94 |

| Sex | Age | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|
| M | AJ | ST.CLAIR CORRECTIONAL FAC    AJ | | 40607 |

| Referring Physician | | C.L.I.A. #33-L021 | Specimen Number | Time Drawn |
|---|---|---|---|---|
| COOKSEY #73280 | 1000 ST.CLAIR ROAD  SPRINGVILLE    AL    35146 | | 521893 | |

Patient I.D. / Soc. Sec. Number

| TEST NAME | RESULT | | UNITS | REFERENCE |
|---|---|---|---|---|
| | ABNORMAL | NORMAL | | RANGE |
| SEROLOGY (ART) | | NONREACTIVE TITER | | NON-REACT |

HIV-1 ANTIBODY SCR.
    THIS SPECIMEN WAS NON-REACTIVE BY EIA FOR HIV-1 ANTIBODIES.
IF THIS RESULT IS NOT IN AGREEMENT WITH THE CLINICAL
IMPRESSION, FOLLOW-UP TESTING IS ADVISED.  NEGATIVE RESULTS
MAY BE SEEN IN EARLY INFECTION BEFORE AN ANTIBODY RESPONSE
HAS OCCURRED.  NEGATIVE RESULTS MAY ALSO BE SEEN IN
INDIVIDUALS KNOWN TO HAVE AIDS, PARTICULARLY LATE IN THE
DISEASE.  IF THE PATIENT IS A MEMBER OF A HIGH RISK GROUP
WITH RECENT EXPOSURE, HE/SHE SHOULD BE RETESTED IN THREE
MONTHS.

MetPat
a C



**MetPath**

Teterboro Laboratory
One Malcolm Avenue
Teterboro, New Jersey 07608-
201-393-5000
800-631-1390 Client Service

## Clinical Laboratory Report

RAYMOND GAMBI    M D
JOSEPH E O'BRIEN M D
PAULA A KRIEGER M D
CHARLENE S POLAN M D

| Patient Name | | Date Drawn | Date Received | Date of Report |
|---|---|---|---|---|
| GAINES, GARRETT | E1032 | 08/06/93 | 08/07/93 0357 | 08/07/93 |

| Sex | Age | Client Name Address | I.D. Number | Account Number |
|---|---|---|---|---|
| M | | KILBY CORRECTIONAL FACILI    AM | | 40600    2 |

Referring Physician
GUEST
817.3280

CLIA #31D0896246

WARES FERRY ROAD
MT. MEIGS    AL    36057

Specimen Number
381033

Time Drawn
600

Patient I D /Soc Sec Number

CLIENT INFO:    DOB 02-11-77    NPY-2?

| TEST NAME | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| | ABNORMAL | NORMAL | | |
| COMPLETE BLOOD COUNT | | | | |
| WBC | | 4.50 | THOUS./CU. MM | 3.90-11.3 |
| RBC | | 5.32 | MIL./CU. MM | 4.150-5.90 |
| HGB | | 15.0 | GM/DL | 13.5-17.6 |
| HCT | | 44.1 | PERCENT | 40.0-52.0 |
| MCV | | 83.0 | FL | 83.0-103 |
| MCH | | 28.2 | PG | 27.0-33.0 |
| MCHC | | 34.0 | PERCENT | 31.0-37.0 |
| RDW | | 13.7 | PERCENT | 12.0-16.2 |
| MPV | | 12.8 | FL | 9.30-14.3 |
| PLATELET COUNT | | 281.0 | THOUS./CU. MM | 140-440 |
| DIFFERENTIAL | | | | |
| * POLY    ( 15.2 PCT) | 684 | | CU. MM | 1650-8330 |
| LYMPH   ( 64.0 PCT) | | 2880 | CU. MM | 1049-3581 |
| MONO    ( 11.0 PCT) | | 495 | CU. MM | 61.0-929 |
| EOS     ( 9.1 PCT) | | 409 | CU. MM | 40.0-423 |
| BASO    ( 0.7 PCT) | | 31 | CU. MM | 10.0-148 |
| MORPHOLOGICAL REVIEW | | LYMPHOCYTES APPEAR NORMAL | | |

**HIV NON-REACTIVE**

**HIV NON-REACTIVE**

**RPR NON-REACTIVE**

**URINE DIPSTICK NEGATIVE**

Published 1992. Revised 12/92

EYE EXAMINATION SHEET

Date of Request:
1-31-00

FROM: (Requesting Ward, Med. Fac. Phys.)
Dronaldson

TO: (Service Physician)
Bradford

Reason For Request: (Complaints and Finding)

c/o ↓ V@V→N

Past History

Type of Consult   ☐ Emergency   ☐ Routine

Old Rx
Signature

CONSULTATION REPORT

OPHTH: 40 % C/0/
WM

Subjective:   OD 25  ⎯S⎯
              OS 30

Ext:
Date Dispensed & Initials:

New Rx:   OD          Seg. Ht.
          OS

PL  — 025 × 040 /  NO7
PL    050   160 /  Rx'D

Seg. Type:

IDP & Time:

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

Age  R/S   ID No.
22   BM    17328

Middle

First
Garrett

Patients Last Name
Gaines

EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med. Fac., Phys.) | Date of Request 10/7/93 |
|---|---|---|

Reason For Request (Complaints and Findings)

Past History

Old Rx

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

**CONSULTATION REPORT**

Subjective:   OD 20/20     5
              OS 20/25

OPHTH: 30% c/o / Wm

New Rx:   OD   PLANO    075 x 025 /        Ext:
          OS   -025 -   025 x 106 / CR39

Seg. Type:            Seg. Ht.              Date Dispensed & Initials:

                                            67/64

IDP & Time:   18 | 18

                                            48 | 24 / 6

Frame:
Size:
Color:

_____  Mw
OPTOMETRIST'S SIGNATURE

| Patients Last Name Gaines | First Garrett | Middle | Age 16 | R/S B/M | ID No. 173280 |
|---|---|---|---|---|---|

F-65 (4/85)

RCC

## EYE EXAMINATION SHEET

| TO: (Service,Physician) | FROM: (Requesting Ward, Med Fac., Phys.) | Date of Request |
|---|---|---|

Reason For Request (Complaints and Findings)

Past History

Old Rx

| Signature | Type of Consult | ☐ Emergency | ☐ Routine |
|---|---|---|---|

### CONSULTATION REPORT

Subjective:    OD
OS

OPHTH:

New Rx:    OD
OS

Ext:

Date Dispensed & Initials:

Seg. Type:              Seg. Ht.

IDP & Time:

Frame:
Size:            *No Show*
Color:

_____
OPTOMETRIST'S SIGNATURE

| Patients Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Gains, | Robert | Garrett | | | 173280 |

F-65 (4/85)

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0740 FLUOXETINE 20MG 11/18/02 TAKE 1 CAPSULE EVERY DAY FOR 90 DAYS Stop: 02/16/03 *Sanders* | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Prozac 20 mg q.D h.S x 90 days* | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/9/03   4/9/03   Dr Sanders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See New Orders

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR   01/01/03   THROUGH   01/31/03

Physician   Darbouze

Alt. Physician

Allergies   NKA

Diagnosis

| | | | Telephone No. | | Inmate No. |
|---|---|---|---|---|---|
| | | | Alt. Telephone | | 173380-EC |
| | | | Rehabilitative Potential | | |

| Medicare Number | Medicare Number | Complete Entries Checked By: | U. Hathaway | Title: LPN | Date: 12-23-02 |
|---|---|---|---|---|---|

PATIENT   GAINES, GARRETT

| PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|

900740 FLUOXETINE 20MG  11/18/02
TAKE 1 CAPSULE EVERY DAY FOR 90
DAYS
Stop: 02/16/03
*Sanders*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  12/01/02  THROUGH  12/31/02

Physician  *Darbouze*
Alt. Physician  *Sanders*

Allergies  NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Inmate No.  173280-EC

Diagnosis

Medicaid Number          Medicare Number

Complete Entries Checked
By: *C. Hathaway*    Title: LPN    Date: 11-25-02

PATIENT
GAINES, BARRETT

PATIENT CODE    ROOM NO    BED    FACILITY CODE

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |

7037 FLUOXETINE 20MG  09/12/02
TAKE 1 CAPSULE EVERY DAY FOR 90
DAYS
Stop: 12/11/02  *Prozac*

*Bell*

*Prozac 20mg po qd X*
*90 day*

*11-14-02 → 2-14-03*

### NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  11/01/02     THROUGH  11/30/02

Physician  *Darbouze*
Alt. Physician  *Bell*
Allergies  NKA

Diagnosis

Telephone No.
Alt. Telephone

Inmate No.  173280-FC

Rehabilitative
Potential

Medicaid Number     Medicare Number

Complete Entries Checked
By:  *D. Hathaway*     Title:  *LPN*     Date:

PATIENT
GAINES GARRETT

PATIENT CODE     ROOM NO.     BED     FACILITY CODE

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

879037 FLUOXETINE 20MG  09/12/02
TAKE 1 CAPSULE EVERY DAY FOR 90
DAYS
Stop: 12/11/02

Bell

Maalox 30cc t.i.d
PRN x 3 days        9A
10/26/02 →/8/29/02   9A
                      4P
Dr Darbouze

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  10/01/02   THROUGH  10/31/02

Physician  Darbouze
Alt. Physician  Bell
Allergies  NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Inmate No.  173280-EC

Diagnosis

Medicaid Number   Medicare Number

Complete Entries Checked
By:  U. Hathaway    Title:  LPN    Date:  9-27-02

PATIENT  GAINES, GARRETT

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

848360 FLUOXETINE 20MG  06/13/02
TAKE 1 CAPSULE EVERY DAY FOR 90
DAYS
Stop: 09/11/02

*Prozac 20mg po qd*
*X 90 d*

*Bell 9-11-02 thru 12-11-02*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR         09/01/02        THROUGH        09/30/02

Physician    *Darouze*
            *Bell*

Alt. Physician

Allergies     NKA

Diagnosis     NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Inmate No.     173280-E

Medicaid Number         Medicare Number

Complete Entries Checked
By: *P Shaw*        Title: *RN*        Date: *8-23-02*

PATIENT
BAINES, GARRETT

PATIENT CODE        ROOM NO.    BED    FACILITY COD
173280                          S    L

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 848360 FLUOXETINE 20MG 06/13/02 TAKE 1 CAPSULE EVERY DAY FOR 90 DAYS Stop: 09/11/02   *Prozac*  Bell  6-11/9-11       p8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**MEDICATIONS**    **HOUR**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 08/01/02 | THROUGH | 08/31/02 |
|---|---|---|---|

Physician   *Darlonge*
Alt. Physician   *Self*
Allergies   NKA    ∩KDA

Telephone No.
Alt. Telephone

Inmate No.   173280-E

Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked By:  *T Shaw*    Title: *RN*    Date: *7-2202*

PATIENT
GAINES, GARRETT

PATIENT CODE    ROOM NO    BED    FACILITY CODE

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

848360 FLUOXETINE 20MG  06/13/02
TAKE 1 CAPSULE EVERY DAY FOR 90  9A
DAYS
Stop: 09/11/02

Prozac
Dr Bell

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 07/01/02 | THROUGH | 07/31/02 | | |
|---|---|---|---|---|---|
| Physician | | | | | |
| Alt. Physician | | Telephone No. | | Inmate No. | |
| Allergies | NKA | Alt. Telephone | | 173280-( |
| Diagnosis | | Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By | Title: LPN | Date: 6/29/ |
|---|---|---|---|---|
| PATIENT | GAINES, GARRETT | | PATIENT CODE 173280 | ROOM NO | BED | FACILITY C( |

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prozac 20mg PO qd × 90 days  6-10-02 thru 9-10-02 | 4A | | | | | | | | | → | | DC | C | C | C | C | C | C | C | C | | C | C | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6-1-02         THROUGH 6-30-02

Physician Dr. Rembourse
Alt. Physician Dr Bill

Telephone Number
Alt. Telephone

Inmate No. 173280

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date:

PATIENT

PATIENT CODE 173280 | ROOM NO. | BED | FACILITY CODE