# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Selsun lotion to rash god x 2 wks. 12/28-01/10/02 | 4P | [illegible] | | [illegible] | | [illegible] | | [illegible] | | [illegible] | | X | X | | | | | | | | | | | | | | | | | | | |
| Motrin 800mg TID x5days 1/21-1/26 | 4A | | | | | | | | | | | | | | | | | | | | | | [illegible] | N | C | W | M | E | | | | |
| | 1A | | | | | | | | | | | | | | | | | | | | | | A | A | A | A | A | E | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | M | M | M | A | A | E | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01-01-02 THROUGH 01-31-02

Physician

Alt. Physician

Telephone Number

Alt. Telephone

Inmate No.

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: Title: Date:

PATIENT Gaines, Garrett

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

6A

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg x 3 days BID 1-18-02 → 1-21-02 | 4A | | | | | | | | | | | | | | | | | | → | An | A5 | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | → | NA | A | A | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

RTING FOR THROUGH

ician

Physician

Telephone Number

Inmate No

gies

Alt. Telephone

Rehabilitative Potential

nosis

* Narc Alert *

aid Number

Medicare Number

Complete Entries Checked

By:

Title:

Date:

NT

Lines, Garrett

| PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|
| 173280 | | | East |

# MEDICATION ADMINISTRATION RECORD

NaphCare

SEG

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Miconazole Cream BID x 7 days 12/13 – 12/19 | 4A 4P | [illegible] |
| Selsun lotion to rash QOD x 2 weeks 12/28/01 → | 4P | X X |
| ~~Selsun lotion to rash QOD x 14 days~~ ERROR | 4P | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12.01.01 THROUGH 12.31.01

Physician

Telephone Number

Alt. Physician

Alt. Telephone

Inmate No. 173280

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: V. Hathaway Title: LPN Date: 12-12-01

PATIENT Gaines Garrott

PATIENT CODE 173280

ROOM NO. seg

BED

FACILITY CODE East

PFS: NAPHCAR-

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alfedila/ff Atarax 25mg po bid prn x 7days | 3A | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | |
| | 9A | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | |
| Alfedila/ff Selsun Blue qd x 10days stop 10 | 3p | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-1-01 THROUGH 10-31-01

Physician: Alfedila

Alt. Physician:

Telephone Number:

Alt. Telephone:

Inmate No. 173280

Allergies: NKA

Rehabilitative Potential:

Diagnosis:

Medicaid Number:

Medicare Number:

Complete Entries Checked By: D. Dorm Title: Date:

PATIENT: Gaines, Garrett

PATIENT CODE: 173280

ROOM NO.:

BED:

FACILITY CODE: B1bD

PFS: NAPHCAR-068

MEDICATION ADMINISTRATION RECORD NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxycyline 100mg tab BID x 10 days -6-2-01 | 3A | A | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9A | A | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3p | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6-1-01 THROUGH 6-30-01

Physician: Ifediba | Telephone No. | Inmate No. 173280

Alt. Physician | Alt. Telephone

Allergies: NKA | Rehabilitative Potential

Medicaid Number | Medicare Number | Complete Entries Checked By: J. Atkins Title: LPN Date

PATIENT: Gaines, Garrett | PATIENT CODE 173280 | ROOM NO.

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Doxycycline 100mg tabs 1 po BID x 10 days. Ifediba NS. Start 5/23/01 stop 6/2/01 | 3A<br>9A<br>3P | [illegible initials, days 23–31] |
| Motrin 800mg tabs 1 po TID x 5 days. Ifediba NS. Start 5/23/01 stop 5/28/01 | 3A<br>9A<br>3P | [illegible initials, days 23–28] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5/1/01 THROUGH 5/31/01

Physician: Ifediba

Alt. Physician

Allergies: NKA

Telephone No.

Alt. Telephone

Inmate No.

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: SRunner Title: LPN Date: 5/23/01

PATIENT: Gaines Garrett

PATIENT CODE: 173280

ROOM NO.

BED

FACILITY CODE: BIDD

PFS: NAPHCAR-068

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg PO TID x 5d 5-21-01 - 5-26-01 Ifediba/ | 3A | | | | | | | | | | | | | | | | | | | | | X | | | | | | X | | | | |
| | 9A | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | X | | | | | X | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-01 THROUGH 5-31-01

Physician Ifediba

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Inmate No.

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: Date: 5-21-01

PATIENT Gains, Garrett

PATIENT CODE 173280

ROOM NO.

BED

FACILITY CODE Bibb

PFS: NAPHCAR-068

# MEDICATION ADMINISTRATION RECORD

**Facility:** Bibb Co. Cor. Fac

**CC#:** 0437-A **MONTH** Oct 2000

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antifungal cream BID x 21 days 9-21-00 → 10-20-00 Faulcon | | 5A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | STOP | | | | | | | | | STOP | | | | | | | | | | |
| | FK | 4p | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NKA

DOB/INMATE #: 173280

LOCATION: BIBB

NAME: Gaines, Garrett

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

# MEDICATION ADMINISTRATION RECORD

**Facility:** Bibb

**CC#:** 0437A **MONTH** 9-1-00

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| antifungal Cream BID x 21 days 9-21-00 - 10-20-00 [illegible] | | SA | | | | | | | | | | | | | | | | | | | | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | 4p | | | | | | | | | | | | | | | | | | | | X | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| NKA | 173280 | 0437-A | Gaines, Garrett |

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

# MEDICATION ADMINISTRATION RECORD

Facility: Bibb

CC#: 0437-A MONTH 7/1/00

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS i tab PO BID x 10 days 7/8/00 – 7/17/00 Faulco/25 | | SA | | | | | | | | A | JJ | FR | A | A | A | A | A | A | DT | | | | | | | | | | | | | | |
| | | 4p | | | | | | | | A | B | A | A | A | A | A | A | M | LK | | | | | | | | | | | | | | |
| Guaifenesin 600mg PO BID x 10 days 7/8/00 – 7/17/00 Faulco/25 | | SA | | | | | | | | A | JJ | FW | A | A | A | A | A | AD | T | | | | | | | | | | | | | | |
| | | 4p | | | | | | | | A | B | A | A | A | A | A | A | M | LK | | | | | | | | | | | | | | |

ALLERGIES: NKA

DOB/INMATE #: 2-11-77 173280

LOCATION: 0437-A

NAME: Gaines Garrett

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

# WRITTEN COUNSELING FOR MEDICATION NONCOMPLIANCE:

INMATE NAME: Gaines Garrett

AIS#: 173280

DATE: 7-15-00

FACILITY: Bibb

This letter is to inform you that you have not been compliant with your medications that our physician has ordered for you. It is imperative for your health that you take this medication, and he has ordered the following medication for you: Bactrim DS BId

~~Missed~~ Guaifenesin 600mg BId

Both meds Missed 5Am dose 7-11-00 - 7-15-00

4pm dose 7-10-00 - 7-15-00

It is prescribed for the following times: 5Am 4pm

NURSES SIGNATURE: J. Smith

DATE: 7-16-00

INMATE SIGNATURE: Garrett Gaines

DATE: 7/16/00

WITNESS: (If inmate refuses to sign)

____________________

____________________

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debrox otic gtts iii (R) ear BID x 5d, then flush 6/3/99 - 6/9/99 Faulkon (BD) | 5A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR June 1999 THROUGH

Physician Faulkon

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT Gaines, Garrett

PATIENT CODE 173280

ROOM NO. 4-63

BED

FACILITY WDCF

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Triple antibiotic oint. KOP x 30d 12/24/97 – 1/24/98 (OA) Robertson | K O P | → | | | | | | | | | | | | | | | | | | | | | | | | | | | | → KOP |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

December 1997 THROUGH

Robertson

Telephone No

Alt. Telephone

Medical Record No

NKDA

Rehabilitative Potential

Complete Entries Checked:

By: Title: Date:

Gaines, Garrett

PATIENT CODE 173280 ROOM NO. H-74 BED FACILITY WDCF

# MEDICATION ADMINISTRATION RECORD

NAME | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

TAO KOP x 3rd

12/4/97 - 4/4/98 Robertson

KOP

KOP

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

THROUGH

Robertson

Telephone No

Alt. Telephone

Medical Record

NKDA

Rehabilitative Potential

Complete Entries Checked:

By:

Title:

PATIENT CODE

ROOM

# DEPARTMENT OF CORRECTIONS

## Medication Administration Record

Inmate Name: Gaines, Garrett

Inmate Number: 173288

Allergies:

Month: Sept Year: 93

Facility: Lez

Location: A2

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/93 | Hc cream 0.5% Bid x 4 days | 3A | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 9/26/93 | Dr. Guest | 4p | | | | | | | | | | | | | | | | | | | | | | [illegible] | | [illegible] | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | | | [illegible signature] | [illegible] |
| | | | | | |
| | | | | | |

F-30-C

— PRN Medication and notes on Reverse Side —

# DEPARTMENT OF CORRECTIONS

**Medication Administration Record**

Inmate Name: Gaines, Darrett
Inmate Number: 173280
Allergies:

Month: August Year: 93
Facility: KCF
Location: A-12

**CODE: A = ABSENT; R = REFUSED; X = DISCONTINUED**

| Start / Stop | Medication | Times | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/16 – 8/31 | HC 50 : Mic 50 Bid x 15 days; Dr. [illegible] | 4A | | | | | | | | | | | | | | | | | [illegible] | JT | JT | [illegible] | [illegible] | SW | SW | JT | [illegible] | JT | [illegible] | JT | | | SW |
| | | 4P | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | X |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dr. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R.Ph. | Pharmacy Dispensed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

[illegible signature]

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | JT | [illegible] | | Rose Halloran | RH |

F-30-C

— PRN Medication and notes on Reverse Side —

Facility Name: EASterling

Month/Year of Charting: 9/05

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ½ CTM Bid x 5d | 4A | | | | | | | | | | | | | | | | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ½ Sudafed Bid x 5d | 4A | | | | | | | | | | | | | | | | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 mg Tylenols Bid x 5d | 4A | | | | | | | | | | | | | | | | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

Diagnosis

Allergies: NKDA

Housing Unit:

Patient ID Number:

Patient Name: James Garrett

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible signature] | [illegible] | | |

Date of Birth: 2/11/77

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

(SEG)

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepto-bismol ii b.i.d PRN x 3 days 2-2-05 → 2-5-05 Darbure/[illegible] | 4A<br>4P | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 500mg ii b.i.d PRN x 3 days 2-2-05/2-5-05 Darbure/[illegible] | 4A<br>4P | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-2-05 THROUGH 2-28-05

Physician Darbouze

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: J McKinnon Title: LPN Date: 2-2-05

PATIENT Gaines, Garrett

PATIENT CODE 173280

ROOM NO.

BED

FACILITY CODE East

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nafrosyn 375 gm ? P.O. B.I.D. gm x 30 d 10-19-04 — 11-19-04 Dalby/tn | 4a | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-1-04 THROUGH 11-30-04

Physician Dalbyn

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies NKA A-23

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: RN Date: 10-28-04

PATIENT Gaines, Garrett

PATIENT CODE 173280

ROOM NO.

BED

FACILITY CODE East

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Tylenol 500mg ii P.O. B.i.d. x 30 days 9-23-04 10-23-04 | 4a 4p | [handwritten initials] |
| Naprosyn 375mg i P.O. B.i.d. Prn x 30d. 9-27-04 – 10-27-04 Darbouze | 4a 4p | [handwritten initials] See new order |
| Naproxen 375mg i po bid prn X 30 days 10/19-11/19/04 Darbouze / [illegible] | 4a 4p | [handwritten initials] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-1-04 THROUGH 10-31-04

Physician Darbouze

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No.

Allergies NKA

B-23

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: H. Livingston Title: RN Date: 9-29-04

PATIENT Gaines, Garrett

PATIENT CODE 173280

ROOM NO.

BED

FACILITY CODE East

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–31 |
| --- | --- | --- |
| Tylenol 1gram BID X 7 days 7-23-04 - 7-29-04 Darbouze/[illegible] | 4a 4p | Sharon Z? 7/30 [illegible] |
| Maalox ii BID X 7 days 7-23-04 - 7-29-04 Darbouze/[illegible] | 4a 4p | Sharon [illegible] 7/30 [illegible] |
| Tylenol 500mg ii po bid X 14 days 7/29 - 8/12/04 Darbouze | 4a 4p | → |
| Selsun lotion to rash QW prn X 6 weeks 7/29 - 8/13 Darbouze | 4a | → |
| | | |
| | | |
| | | |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/1/04 THROUGH 7/31/04

Physician Darbouze

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: J Scott Title: LPN Date: 7/23/04

PATIENT Gaines Garnett

PATIENT CODE 173280

ROOM NO

BED

FACILITY COD ECF

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen 375mg T po bid prn x30days 9/27-10/27/04 Darbouze/mm | 4a | → | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | → | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Sep

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-1-04 THROUGH 9-30-04

Physician Darbouze

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: M Mobley Title: RN Date: 9-27-04

PATIENT Haines Garrett

PATIENT CODE

ROOM NO

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR |
| --- | --- |
| Naproxen 375mg po Bid prn x 30d. 8-18-04 – 9-18-04 Darbouze | 4a 4p — DC 9/2/04 |
| Percogesic ii BID prn x14 days 9/3/04–9/16/04 Darbouze | 4a 4p |
| Tylenol 500mg x2 po BID x 6 days 9-19-2004 – 9-25-2004 Darbouze | 4Am 4pm — Rx Δ'd |
| Tylenol 500mg ii po BID x 30 days. 9/23/04 to 10/23/04 | 4a 4p |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-1-04 THROUGH 9-30-04

Physician Dr Darbouze

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: RN Date: 8-24-0[illegible]

PATIENT Gaines Garrett

PATIENT CODE

ROOM NO.

BED

FACILITY CODE East

B A23

# MEDICATION ADMINISTRATION RECORD

STDT01

598

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500 mg ii p.o. B.i.d. x 14 days 7-29-04 - 8-12-04 Dr. Darbouze/jca | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Selsun lotion to rash q wk pm x 6 wks 7-29-04 - 8-13-04 Darbouze/[illegible] | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 500mg ii po BID x5 days. 8/17/04 - 8/22/04 Darbouze/gD | 4a 4p. | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naproxen 375mg i p.o bid PRN x 30 days 8/18/04 - 9/18/04 Darbouze/LE | 4A 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8-1-04 THROUGH 8-31-04

Physician Darbouze

Alt. Physician

Allergies NKA A-23

Diagnosis

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title RN

PATIENT: Squires, Garrett A-23

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

Date: