# MEDICATION
## ADMINISTRATION RECORD

*NaphCare*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**64256 FLUOXETINE 20 MG CAP (PROZAC)**
Start: 09/17/03   Stop: 12/15/03
TAKE ONE CAPSULE(S) EACH DAY BY
MOUTH  FOR 90 DAYS

*NO R*
*DC 9-30-2003*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **10/01/03**
THROUGH **10/01/03**

Physician **Darbouze**

Att. Physician

Allergies **NKA**

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative
Potential

Inmate No
**173280-AL0**

Medicaid Number

Medicare Number

Computer Entries Checked
By: **Benalueel**

Title: **Lpn**

Date: **9/30/03**

PATIENT
**GAINES, GARRETT**

PATIENT CODE
**173280**

ROOM NO
**POP**

BED

FACILITY CODE

# MEDICATION
## ADMINISTRATION RECORD ~ NaphCare ~

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

**19165 FLUOXETINE 20 MG CAP (PROZAC)**
Start: 06/24/03  Stop: 09/21/03
**TAKE ONE CAPSULE(S) EACH DAY BY MOUTH FOR 90 DAYS**

See New Orders

**220087 FLUOXETINE 20 MG CAP (PROZAC)**
Start: 06/26/03  Stop: 09/23/03
**TAKE ONE CAPSULE(S) EACH DAY BY MOUTH FOR 90 DAYS**

4P RT RT RT RT RT RT RT RT RT RT RT RT RT

9/16/03 DC'd
See New Order

Prozac 20mg P.O qd
X 90 Days
9/16/03 - 12/16/03 Bell

4PM ———————— X RT RT RT RT RT RT 9/30
DC'd

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **09/01/03**   THROUGH **09/01/03**

Physician
Alt. Physician   Darbouze
                 Sanders

Allergies   **NKA**

Diagnosis

Telephone No.
Alt. Telephone
Rehabilitative
Purpose

Inmate No.   **173280-AL0**

Medical Record No.   Telephone No.

Complete Entries Checked
By: B Bracewell    Title: LPN    Date: 8/29/03

PATIENT
**GAINES, GARRETT**

PATIENT NAME   173280    ROOM NO.  POP   BED   FACILITY CODE   East

# MEDICATION
# ADMINISTRATION RECORD  ◄ *NaphCare* ►

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prozac 20mg – PO qhs × 90 days 6/24/03 → 9/21/03 | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 8/03 | THROUGH | 8/03 | | |
|---|---|---|---|---|---|
| Physician | Darbouze | Telephone Number | | Inmate No. |
| Asst. Physician | Samuel | Alt. Telephone | | 173280 |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: BBracewell | Title: _____ | Date: 7/29/03 |
| PATIENT | Shines, Garrett | PATIENT CODE 173280 | ROOM NO. POD | BED | FACILITY CODE East |

PFS: NAPHCAR-068

# MEDICATION
## ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prozac 20mg. po
qhs x 90days
6/24/03 → 9/24/03

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/03    THROUGH 7/03

Physician Danburg
Att. Physician Sanders
Allergies

Telephone Number
Alt. Telephone
Rehabilitative Potential

Inmate No. 173280

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked
By: BBracewell    Title: LPN    Date: 6/30/03

PATIENT Davies, Garrett

PATIENT CODE 173280    ROOM NO. POD    BED    FACILITY CODE EAST

# MEDICATION
# ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prozac 20mg po
QD x90d

4/7 - 7/7  SANDERS

4p  ... DC'd  See New Order

Prozac 20mg Tab+ PO
X90 Days
6/24/03 - 9/24/03 Sanders

4pm  ... XAAAT ...

---

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEDICATIONS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR  6-1-03    THROUGH  6-30-03

Physician  Darbour
Physician  Sanders

Telephone Number
Alt. Telephone

Inmate No.

Allergies  NKA
Diagnosis

Rehabilitative
Potential

Medicaid Number    Medicare Number    Complete Entries Checked
By: K Carter    Title: LPN    Date: 5/28/03

PATIENT  Gaines Garrett

PATIENT CODE  17328    ROOM NO.    BED    FACILITY CODE  East

# MEDICATION
## ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prozac 20mg po qd X 90 days 4-7-03 → 7-7-03 Sanders | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-03 THROUGH 5-31-03

Physician Darbouze

2. Physician

Allergies NKDA

Diagnosis

Telephone Number

Alt. Telephone

Inmate No.

Rehabilitative Potential

Medicaid Number   Medicare Number

Complete Entries Checked By: Pm Innes   Title: Chr   Date: 4-28-03

PATIENT Gaines Garrett   173280   PATIENT CODE   ROOM NO.   BED   FACILITY CODE

# MEDICATION
# ADMINISTRATION RECORD    NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

136018 FLUOXETINE 20 MG CAP (PROZAC)
Start: 01/20/03  Stop: 04/13/03
TAKE ONE CAPSULE(S) AT BEDTIME
BY MOUTH FOR 90 DAYS RX915129
*Sanders*

4p ⟵

4/7/03
DC'd see New order.

*Prozac 20mg PO qd*
*X 90 Days*      4PM
*4/7/03 - 7/7/03 Sanders*

CHARTING FOR **04/01/03**    THROUGH **04/01/03**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician  *Darbouze*
Alt. Physician
Allergies  **NKA**

Telephone No.
R.N. Telephone
Rehabilitation Potential

Inmate No.  **173280-AL0**

Diagnosis

Medicaid Number    Medicare Number

Complete Entries Checked
By: *V. Hathaway*    Title: *LPN*    Date: *3-24-0*

PATIENT
**GAINES, GARRETT**    PATIENT CODE  **173280**    ROOM NO.  *Sea*    BED    FACILITY CO.

# MEDICATION
# ADMINISTRATION RECORD





| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**136018 FLUOXETINE 20 MG CAP (PROZAC)**
Start: 01/20/03   Stop: 04/13/03
TAKE ONE CAPSULE(S) AT BEDTIME
BY MOUTH FOR 90 DAYS RX915129
*Sanders*

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **03/01/03**     THROUGH **03/01/03**

Physician *Darbouze*
Alt. Physician
Allergies   **NKA**

Telephone No.
Alt. Telephone
Rehabilitative
Potential

Inmate No.
**173280-AL0'**

Diagnosis

Medicaid Number     Medicare Number

Complete Entries Checked
By: *U. Hathaway*   Title: *LPN*
PATIENT CODE
**173280**

Date: *2-2-06*

BED   FACILITY CO
*East*

PATIENT
**GAINES, GARRETT**

# MEDICATION
# ADMINISTRATION RECORD  *NaphCare*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prozac 20mg qd HS<br>x 90d<br>1/9/03 - 4/9/03 Dr Sanders | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/1/03   THROUGH 2/28/03

Physician Dr Darbage

Alt. Physician

Allergies NKDA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.

Medicaid Number

Medicare Number

Complete Entries Checked
By: D Kirby   Title: ____   Date: 1/31/03

PATIENT   PATIENT CODE   ROOM NO.   BED   FACILITY CODE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: GAINES, GARRETT | D.O.B.: 2 / 11 / 05 |
|---|---|---|

11-1-05   0315AM - S "Nurse, you gotta help me, the officers took me out in cuffs and beat me up and threw me back in here. ~~See~~ I'll committ suicide if I have to stay over here, I'm scared. See my lip? See my head?" O - Ø abrasion noted on face, small abrasion noted on inner upper lip. Spoke c̄ SGT Bryant and asked to bring inmate to HCU for body chart. At approx 03:30 a.m. again spoke with SGT Bryant who stated inmate no longer wanted to come to HCU on suicide watch or have a body chart. SGT Bryant also stated inmate has been loud and kicking on door all night long. Will pass above info to day shift. A- Alt coping P- Continue to monitor in seg cell ———————  SJ——



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Gorden Gaines_  Date of Request: _9/15/05_
ID # _173265_  Date of Birth: _2/11/72_  Location: _B-7_
Nature of problem or request: _Sore throat in right_
_side. Dis comfort when swallowing_
_right pain._

_Gorden Gaines_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _9/16/05_
Time: _430_ AM/**PM**
Allergies: _NKDA_

| RECEIVED | |
|---|---|
| Date: | _9/16/05_ |
| Time: | |
| Receiving Nurse Intials | _MP_ |

**(S)ubjective:** " _My throat is Sore. My head gets stuffed_
_up when I lay down then it runs my nose._ "

**(O)bjective (V/S): T:** _98_  **P:** _88_  **R:** _18_  **BP:** _118/78_  **WT:**
_Pt has c/o cold Sx. Sore throat, head congestion. Runny_
_nose. A+O x3. SkW/D to touch. Resp @ ease. No other_
**(A)ssessment:** _c/o voiced._
_Health Maintence_

**(P)lan:** _± CTM_
_± Sudafed_
_c/o Tylenol 500 tabs_     _Bid x 5 days_

Refer to:  MD/PA   Mental Health   Dental  (Daily Treatment)   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_9/19/05_

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: GARRETT GAINES          Date of Request: 11-30-04
ID # 173280          Date of Birth: 2/14/77    Location: 5A-23
Nature of problem or request: HAVE A rising on My Forehead

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: 12/1/2004
Time: 850 AM/PM
Allergies: NKA

```
RECEIVED
Date: 12-1-04
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** I HAD A pimple Tried To Mash iT - Nothing would Come out Was itching RAg Aroul iT

**(O)bjective** (V/S): T: 97.6    P: 72    R: 16    BP: 112/70    WT:

Alert - Oriented X 3 - HAS pimple AreA HAS pluc. Obsw above Eyes - Low Forehead - No redness noted -

**(A)ssessment:** LcArk MAN?N

**(P)lan:** See DC
E - Do not MASL AreA WASH - CleAN - Dry .

Refer to: (MD)PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____ MD   12/06/04
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Garrett Gaines_          Date of Request: _11/7/04_

ID # _193280_          Date of Birth: _2/11/77_  Location: _5A-23_

Nature of problem or request: _Having lumps in my_
_Gum Area Right Side and front_

_Garrett Gaines_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _11/18/2004_
Time: _920_ AM (PM)
Allergies: _NKA_

┌─────────────────────────────────┐
│         RECEIVED                │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘

**(S)ubjective:** _Exam_ _~ States he has 2 Bumps under_
_inside of bottom gum – States no one has seen him yet_
_he was seen 10-20-04 sic for dentist – He thinks that is he states_

**(O)bjective** (V/S): T: _98_   P: _76_   R: _16_   BP: _12/79_   WT: _____

_I might have cancer And if some one does not see me I am_
_going to file a law suit._

**(A)ssessment:** _Alt – oriented X3 – Has 2 looking maybe boils?_
_Not redness or swelling noted around them_

_health matter_

**(P)lan:** _See Dr_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Garrett Gaines_    Date of Request: _10/19/04_
ID # _173280_    Date of Birth: _2/11/77_ Location: _BA-23_
Nature of problem or request: _I have a knot on the_
_inside of my mouth Gum area_

_____

_Garrett Gaines_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _10/20/2004_
Time: _730_ AM/PM (PM circled)
Allergies: _UKA_

T _97⁸_ P _70_ R _16_ BP _110/70_

**(S)ubjective:** _I have knots in my mouth_

**(O)bjective** _A&O - orientn x3 - States he has had knots for_
_last 2 or 3 months - Has 3 ulcer looking on RT lower_
_inside gum._

**(A)ssessment:** _health maintan_

**(P)lan:** _See MD_    _10-21 - States he saw Doc Monday_
_Dr said to see Dentist_

Refer to:  ~~MD/PA~~  Mental Health  (Dental)  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

RECEIVED
Date:
Time:
Receiving Nurse Intials _____



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Coleran Grimes_    Date of Request: _10/13/04_
ID # _173240_    Date of Birth: _2/11/77_  Location: _5A-23_
Nature of problem or request: _Having Continuous head-_
_aches_

_____

_____    _____
                                        *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _10/14/ 04_
Time: _900_ AM **PM**
Allergies: _NKDA_
_120/70 - 84 - 16 - 978_

```
┌─────────────────────────────┐
│           RECEIVED          │
│  Date: 10/14/04            │
│  Time: 10?                  │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:** _" I'am having headaches. I think there_
_are stress headaches"_

**(O)bjective** _Blm Ao x 3. Skin warm et dry to touch._
_Resp even et unlabored. C/o headache,_
_C/o stress headaches. C/o headaches from front of head_
_and behind eyes. No acute distress noted._

**(A)ssessment:** _Already on Naproxen and Tylenol BID._

_Alt in comfort_

**(P)lan:**
_Refer to ~~doctor~~ MD._

Refer to: ( MD/PA )  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____    _____
      *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # |
| Date | | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Gaines Garrett | | | AIS # 173280 |
| Date 9/30/03 | | Allergies NKA | | Facility |

SIG.

D/c  Prozac

Discontinue   9/30/03 Noted

Continue

Increase

cian Signature:    Kern          Decrease

Name _Gaines,_ **Last** First _Garrett_ **Middle Initial**
Date _16Sep03_  Allergies _NKA_
AIS # _173280_
Facility _Easterling_

SIG.

Continue
Prozac 20mg PO q day

Physician Signature:

Discontinue
Continue _90 day noted 9/16/03, 3PM_
Increase
Decrease

NC002

---

Name _Gaines_ **Last** First _Garrett_ **Middle Initial**
Date _6/24/03_  Allergies _NKA_
AIS # _173280_
Facility _ECF_

SIG.

_Prozac 20mg PO qd X90 Days_

Physician Signature: _VSD Dr Sanders/M Henry R.N._

Discontinue
Continue _6/24/93 11PM Noted M Henry RN_
Increase
Decrease

NC002

---

Name _Gaines Gaines_ **Last** First **Middle Initial**
Date _4/7/03_  Allergies _NKA_
AIS # _173280_
Facility _Easterling_

SIG.

_Prozac 20mg PO qd X90 days_

Physician Signature: _VSD M Sanders/M Henry RN_

Discontinue
Continue _4/7/03 Noted M Henry RN_
Increase
Decrease

NC002

---

Name _Gaines, Garrett_ **Last** First **Middle Initial**
Date _1/5/03_  Allergies _NKA_
AIS # _173280_
Facility _East_

SIG.

_Accucheck BID X 3 days_

_VA_

Discontinue
Continue
Increase
Decrease

---

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Otis, Garrett | | | AIS # 173280 |
| Date | 1/9/03 | Allergies | NKA | Facility BCF |

SIG.

Phone req. get K.S x 5cds
10 A

Discontinue

Continue — noted, M Forbus 1/9/02 11:30

Increase

Physician Signature:

Decrease

NC002

---

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Otis, Garnet | | | AIS # 173280 |
| Date | 11/14/02 | Allergies | | Facility BCF |

SIG.

Phone req x 90.5

Discontinue — Noted

Continue — Dorxxxxx 11/14/02

Increase

Physician Signature:

Decrease @ 1:30

NC002

---

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Gaines, Garrett | | | AIS # 173280 |
| Date | 10/26/02 | Allergies | NKA | Facility Easley |

SIG.

Maalox 3cc t.i.d. PRN x 3days

Discontinue — Noted

Continue — Dxxxxxxxx P 8:05Am

Increase

Physician Signature: V.Sr. Dr. Darbon / xxx. xxxxx

Decrease 10/26/02

NC002

---

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Gaines | Garrett | | AIS # 173280 |
| te | 9/26/02 | Allergies | NKA | Facility Easley Dg |

FLU in 3mos

Discontinue — noted 9-26-9

Continue @ 1:45

Increase

Decrease

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| | Staines | Stanett | | AIS # | 173280 |
| | | | | Facility | Easterling |
| Date | 9-11-02 | Allergies | NKA | | |

SIG.

Prozac 20mg PO g d
x 90 days

Physician Signature: _____

Discontinue _____
Continue     B.K. Settle
Increase     9-11-02
Decrease     0830

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | Gaines, | Garrett | MEDN | AIS # | 173280 |
| Date | 10 June 02 | Allergies | | Facility | ECF |

SIG.

Prozac 20mg PO 4 Day

x 90 d___
noted
B.K. Barker
6-10-02
1420

Discontinue
Continue
Increase
Decrease

Physician Signature: _____

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | Gaines | Garrett | | AIS # | 173280 |
| Date | 3/21/02 | Allergies | NKDA | Facility | Easterling |

SIG.

- f/u 3/25/02
clean wound + TAO QD

Discontinue
Continue    - TAO x 5d
Increase
Decrease

Physician Signature: _____

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | Gaines | Garrett | | AIS # | 173280 |
| Date | 3/19/02 | Allergies | NKDA | Facility | Easterling |

SIG.

- clean wound + TAO BID x
- f/u 3/21/02

Discontinue
Continue
Increase
Decrease

noted
S.B. Usher
3/19/02
1pm

Name Last Gaines First Garrett Middle Initial  
Date 12/2?/01  Allergies NKDA.  
AIS # 173280  
Facility Easterly  

SIG.
- Selsun lotion to rash QOD

Discontinue X 2 weeks  
Continue Noted  
Increase 12/28/01  
Decrease @ 10:05A  
NC002

---

Name Last Gaines First Garrett Middle Initial  
Date 12-5-01  Allergies NKDA  
AIS # 173280  
Facility East  

SIG.
Hep. Panel

Discontinue  
Continue  
Increase  
Decrease 12.5.01  

Physician Signature: V Dr Darbouze / Portman  
NC002

---

Name Last Gaines First Garrett Middle Initial  
Date 10-2-01  Allergies NKDA  
AIS # 173280  
Facility BnbD  

SIG.
1. Atarax 25mg po qhs prn x 7 days
2. Selsun Blue get to athlete patch area or body locate on 3°
... x 7 days

Discontinue  
Continue  
Increase  
Decrease  

Physician Signature: ____  
NC002

---

Name Last Gaines First Garrett Middle Initial  
Date 5/23/01  Allergies NKDA  
AIS # 173280  
Facility BnD  

SIG.
Doxycycline 100mg po BID x 10 days
Motrin 800mg po TID x 5 days

Discontinue  
Continue  
Increase  
Decrease



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: 2/1 77 |
|---|---|---|

9/27/04 10:30 110/80  80  16

S   27 yo m/6 Headache on/off eased by taking Naproxen
pt is here today requesting for refill on Rx

O  NAD, xxx
   _____
   _____                    _____
   _____                    _____

A  Headache -
   Rx: Review plan Naproxen

10/19/04 10:30pm  Wt. 179  T 99.2  140/90  88  16
S  HA  aching around on Naproxen

O  NAD xxx
   _____
   _____                    _____
   _____

A  Chronic Headache
   Rx: Tylenol plan



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Garrett Coulns    Date of Request: 9-17-04

ID # 173280    Date of Birth: 2|14|77  Location: 3A-23

Nature of problem or request: my medcine was rau
out for my headaches and I need
more because my headaches has
not stopped.                    Garrett Coulns
                                      *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 9/18/04
Time: _____ 900 ___ AM (PM)
Allergies: ____ NKA ____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** I have headahs sine my medicine was out
It was helping - I need it bak

**(O)bjective** (V/S): T: 98   P: 80   R: 16   BP: 120/80  WT: _____

**(A)ssessment:** ALT i comfort pan

**(P)lan:** Tykol 500mg X 2p0 X 6 days BID / Dr Dahdoze / D-ment
Sec MD

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE

Check One:  ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____    _____
                                                        9/20/04
        SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

8/18/04 [pm] wt. 175  T 98.1  148/100  80  16

HA'S

c/o Headache on [left] x 2-3 /week.

No neck stiffness / photophobia / nausea

NAB, VSS — + [illegible] early this am

[illegible]: seen in temporal area, old

[illegible], [illegible] no neck stiffness

[illegible]  [illegible]: none

Neuro intact

8/2 ↑ [illegible] / Headache

Rx — Naproxen [illegible]

— [illegible] check

[signature]

8/05/04  38 BM  c/o frontal headache (Migraine) That he relates to closed head injury 6 weeks ago. Has had some by Naproxen. Has no visual or hearing defect. No weakness, numbness or ataxia. No s/s on neck stiffness Nuchal, ROM intact

Neuro : A & O.

8/5 Headache

Rx [illegible]  Ibuprofen 600 —

[signature]



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Robert Coirus_          Date of Request: _8-26-04_
ID # _1432280_          Date of Birth: _2/11/77_ Location: _3A-23_
Nature of problem or request: _Having severe headaches_
_and the Pill I was prescribed are not_
_helping much._

_Robert Coirus_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _8-28-04_
Time: _900_ AM PM
Allergies: _NKDA_

B/P 138/94 P 94 H 8 T 98°

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:  AUG 25 2004          │
│ Time: _____ │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** " The Medicad that I'm taking does not help
Very much –

**(O)bjective** Pt has c/o severe H/A. States that Naproxen
that he is presently taking "does not help." A+0 x3 - skin dry
& intact. Eyes clear. No other c/o voiced, no visible ds —
**(A)ssessment:** noted. Requests to speak to the Dr about
possible different med.
Alt in Comfort / H/A
**(P)lan:** MD appt given E. Instructed inmate that he would
be brought to the floor for his appt

Refer to:   (MD)/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                          CIRCLE ONE
Check One:   ROUTINE (X)   EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                  Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: GARRETH GAINES    Date of Request: 8-18-04

ID # 173280    Date of Birth: 2/1/77   Location: 5A-23

Nature of problem or request: HAVING SEVERE HEADACHES

_Garreth Gaines_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 8/17/04
Time: 745    AM (PM)
Allergies: NKA

| RECEIVED AUG 17 2004 |
| --- |
| Date: |
| Time: |
| Receiving Nurse Initials _____ |

**(S)ubjective:** See above statement

**(O)bjective** Temp 100² Pulse 100   Resp 18   BP 124/80
B/m A & O x 3. Resp even et unlabored. Skin warm et dry to touch.
c/o headache ⊖ vomiting ⊕ nausea ⊕ dizziness. Gives Hx of wearing
glasses but states he doesn't have any now.

**(A)ssessment:**
alt in comfort

**(P)lan:** Tylenol 500mg ī po BID x 5 days.
Refer to MD.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_J Hawkins LPN._      8/18/04
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: GARRETH GAINES     Date of Request: 2/20/04

ID # 173280     Date of Birth: 2/11/77 Location: 5B-7

Nature of problem or request: HAVING SEVERE HEADACHES, CARDEGNESS
And sometimes vision blurry

_____

Signature: Jarrett Gaines

### DO NOT WRITE BELOW THIS LINE

Date: 7/22/04
Time: 930 AM/PM
Allergies: NKDA

```
RECEIVED
Date: JUL 21 2004
Time: _____
Receiving Nurse Intials _____
```

**(S)ubjective:** "I'm still having headaches and sometime dizzeness" And also stomach hurts."

**(O)bjective (V/S):** T: 98⁶   P: 78   R: 16   BP: 130/78   WT: ___

B/m to HCU A+0X3. Skin warm et dry to touch. Resp even et unlabored. Gait steady. Right and left hand grips good. No pain to ⓛ side of

**(A)ssessment:** head. Small raised area @ temple noted. No redness or discoloration. No s/so dizziness

**(P)lan:** at present. No stomach pain abdset et nondistended. No nausea. No diarrhea or constipation at present. No acute distress noted. Had altercation c inmate and/or OC on 7/18/04

Refer to: MD/PA, Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE: A-Altin comfort
Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( ) Refer to MD
Was MD/PA on-call notified? Yes ( ) No ( ) BP NBIOX 3 days

P-Tylenol 1 gram BIDX 7 days
Maalox 11 BIDX 7 days

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _CARROLL GAINES_    Date of Request: _12-6-03_

ID # _173230_    Date of Birth: _2/11/77_ Location: _B13-7_

Nature of problem or request: _I'M HAVING SWELLING IN WISDOM-_
_tooth area And Slight pain. HAVE AN PREGULAR_
_wisdom tooth it Seems. Need examination q/s/A/P_

_Carroll Gaines_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 12708                     │
│ Time: 3am                       │
│ Receiving Nurse Intials VC      │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**    _Refused_
_Sec Waiver_

**(P)lan:**

Refer to:    MD/PA  Mental Health   Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )    No ( )
        Was MD/PA on call notified:  Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: ~~Garrett Gaines~~          Date of Request: 11-18-03
ID # 173280          Date of Birth: 2-14-71   Location: 3A-18
Nature of problem or request:_____
_____ Have a small knot inside
mouth_____
_____ ~~Garrett Gaines~~
_____ *Signature*

**DO NOT WRITE BELOW THIS LINE**
_____

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: 11/18/03 |
| Time: 3P |
| Receiving Nurse Intials: XC |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**     Ref Rescheduled for Flu appt c m.D. R/T
Knot in mouth. NO S/C Screening needed
at present.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   ((Return to Clinic PRN))
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Garrett Graves_     Date of Request: _11-18-03_
ID # _173380_     Date of Birth: _unkn_ Location: _5A-18_
Nature of problem or request:_____

_____ _Have a small knot under_

_my arm_ _____

_____ _Garrett Graves_

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

> **RECEIVED**
> Date: 11/18/03
> Time: 3p
> Receiving Nurse Intials _KC_

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:** Rescheduled for Flu app't c̄ m v R/T knot in mouth. No s/c screening needed at present.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_____
<em>SIGNATURE AND TITLE</em>

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 10/23/03 | | Wt. 178 |
| | | S/C    Ⓓ med. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Gaines | Garrett | | 173280 |

NC007

PHYSICIAN'S PROGRESS NOTES

# Health Services Request Form

Date of Request _10/14/03_

ate Name _GARRETT GAINES_                    Housing Loc _5M-18_

. No. _173280_    Date of Birth _2/11/77_

ture of problem or request _KNOT INSIDE MOUTH ON GUM_

Sign here for consent to be treated by health staff for the condition described above. _Garrett Gaines_

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

### Health Care Documentation

Subjective: _— See above_

Objective: BP _130/80_  P _76_    R _18_    T _98_  WT _____

_Blm c/o "Knot" inside of mouth on gum line_
_x 2 emos. Denies any pain, bleeding or_
_drainage —_

Assessment: _— Health maintenance_

Plan: _— F/u c MD_

_10/30/07_

Refer to: (PA/ Physician)    Mental Health    (Dental)

Education: _F/u c MD for eval. Verbalizes understanding_

Protocol used: (specify) _N/A_    Title _LPN_    Time _12N_    Date _10/20/03_

Signature _S. Bishop —_

# aphCare, Inc

## Health Services Request Form

Inmate Name GARRETT GAINES                    Date of Request 1-13-03

AIS No. 173280        Date of Birth 3/11/77        Housing Loc. 6A-41

Nature of problem or request Wish to be tested for Diabetes.
If runs in my family.

Sign here for consent to be treated by health staff for the condition described above. _Garrett Gaines_

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

### Health Care Documentation

Subjective: "I want to be tested for diabetes cause it runs in my family. I got dry mouth. Don't have to get up to go to the bathroom." "I need to see someone."

Objective: BP 120/80    P 84    R 20    T 97.6    WT 164
B/m ambulates to HCU in no apparent distress. Resp. reg. & [symbol] ease. skin w/d to touch. Concerned his has diabetes due to family hx. C/o dry mouth & no other symptoms.

Assessment: ~~Potencal~~ for alt in health maintenance.

Plan: Refer to Ms. Kang, CRNP for evaluation.
1/13/7
1-17-03

Refer to: (PA/ Physician)        Mental Health        Dental

Education: Instructed to watch newsletter for appt.
Verbalized understanding.

Protocol used: (specify) _____
Signature _K Wilson_        Title RN        Time 7:20 am    Date 1-14-03

| TIME | NOTES | SIGNATURE |
|---|---|---|
| 1300 | wt 163  B/P 130/82  P-88  R-18  T 98° | |

Laceration in forehead, L ear lobe
dry healed
Plan: remove sutures
FAO. x 1

1/26/02  S/C -- Knot on arm x ≈ 2 wks
S
O - Skin: 1.5cm soft nodule near olecranon (Rt)
moveable, non-tender
A/P - (1) Cyst-like nodule (Rt) elbow
— Rev in 3 mos

12/31/02  S - F/U Re: cyst-like nodule (Rt) elbow
O - Skin: ∅ palpable nodule today (Rt) elbow
A/P - (1) nodule (Rt) elbow
— Resolved
E - I/M instructed

1-14-03  Results of BS√
1-16    3³   73    3 ρ A
1-17    "    65    3 ρ 62
1-18    "    71    "  69