GRAPHIC CARE
NURSE'S NOTE

| DATE | TIME | |
|------|------|---|
| 6-9-02 | 4 am | S-"I'm cold, Can I have a blanket now?" |
| | | O-B/m ambulated to seg door. Gait steady. Alert et oriented x 3. Skin warm et dry to touch. Resp even et unlabored. Skin color wnl for race. No distress noted. P- 84 -R- 20 -T- 96.9 |
| | | A- Sucide watch |
| | | P- Continue to observe. — JScatter |
| 6-9-02 | 11:00 | S- I'm Cold. |
| | | O- Lying on mat in cell c̄ paper gown on. A+O x.3. Answers all questions appropriately. Skin warm & dry to the touch. Temp 97° BP 110/80- 16- 76- Denies Sucide ideation. |
| | | A. Alteration in Coping level. |
| | | P. cont. to monitor. — Johnson |

| NAME-LAST | FIRST | MIDDLE | | AIS# |
|-----------|-------|--------|---|------|
| Games | Garrett | | 173280 | |

NC-006    NURSES NOTES

## NAPHCARE
## NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| | | P- Refu~ Appt c̄ MSJ King. Pellex~ Smokinonlex |
| -30-02 | 12pm | Responsibilty form sig. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Gaines, | Barrett | | 173280 |

NC-006          NURSES NOTES

*NaphCare*

## Health Services Request Form

Inmate Name _Gnnokett Gaines_          Date of Request _1/21/22_

Ais No _173258_     Date of Birth _2/11/77_     Housing Loc _6A-63_

Nature of problem or request _Left Swollen testicles, Painful to_

_walk_

_Gnnokett Gaines_

Sign here for consent to be treated by health staff for the condition described above.

[stamp: JAN 22 2002 RECEIVED]

Place this slip in Medial Box or designated area

DO NOT WRITE BELOW THIS LINE

---

## Health Care Documentation

Subjective _"I really do feel better. I think the motrin helped."_

Objective   BP _138/80_   P _74_   R _18_   T _98⁶_ WT _165 lbs_

_Inmate has c/o Swollen (L) testicle. States the pain is better but still swollen. Inmate had a body chard done_

Assessment _last night + motrin ordered._

_Health Maintence_

Plan _Motrin Instructed to take Motrin as ordered. Varid Understa MD appt given._

Refer to     PA/ Physician     Mental Health     Dental

Signature _D Skel_          Title _CPr_          Date _1/22/02_

Health Services Request Form

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Gaines, Garrett    I.D. # _____    Institution: Bibb

SIGNATURE

| DATE | TIME | NOTES | | |
|------|------|-------|--|--|
| 7/30/01 | 1250 | wt 161   B/p 132/80   P 74   R 18   Temp 98.8° | | |

S) Had hemorrhaphy of eyes a/o (bilateral) the one on (L) side started acting up last a/o. No n/v. Sometimes has sharp abd pain.

O> Old hemorrhaphy scars noted. Tender inguinal lymph nodes L > R. No penile lesions. Negative cough impulse chest clear   CVS - S₁ S₂ ⊕   Abd -Benign.

A) Lymphadenitis
Doxycycline 100mg po BID X 10 days
Motrin 800mg po TID X 5 days
u/s?

| 12/28/01 | | Wt 164   B/p 130/80   T 96³ | | |

for S/C   ....  2y BM  ....  c/o skin rash over chest and upper ext. x 6 weeks

O. skin. scaly brown ish patches over chest and ....

A. Tinea versicolor -
℞. Selenium lotion QD/o₃ x 14d

NAME: Gaines, Garrett
DATE: 5/21/01    NKA
AIS#: 173280
FACILITY: Bibb

SIG:
Motrin 800mg ÷ tab tid × 5 days

Physician Signature: UGI.

DISCONTINUE
CONTINUE
INCREASE
DECREASE

J Smith
5-21-01
330p

---

NAME: Gaines, Garrett
DATE: 5/78/01    NKDA
AIS#: 173280
FACILITY: BIBB

SIG:
MD appt 1 wk 5-25-01
Re: (L) inguinal hernia

Physician Signature: UGI

DISCONTINUE
CONTINUE
INCREASE
DECREASE

noted
Qw
5/18/01
p 40p

---

NAME: Gaines, Garrett @ 5:45 pm
DATE: 9/20/00
AIS#: 173280
FACILITY: Bibb

SIG: Anti-fungal cream BID ?× ×21 days

Physician Signature: C. Zimbur, mt

DISCONTINUE
CONTINUE
INCREASE
DECREASE

J Smith
9-20-00
645pm

---

NAME: Gaines, Garrett @ 5:20 pm
DATE: 7/7/00
AIS#: 173280
FACILITY: Bibb

SIG:
Guaifenesin 600mg po BID
Bactrim DS ÷ tab po BID

Physician Signature: C. Zimbur, mt

DISCONTINUE    × 10 days
CONTINUE
INCREASE
DECREASE

J Smith 7/7/00 330

NICMA

---

NAME _Gaines, Garrett_  |  AIS# _173280_  _4-63_
DATE _6/3/99_  NRA  |  FACILITY _Wur_

SIG. _Delirex oar gps # @new BID X 5d, then flush_

CONTINUE

INCREASE  2 Smith
5/4
DECREASE  5 3p

Physician Signature: _C. Faukkar, MD_

---

NAME _Jackie Garrett et_  |  AIS# _173380_
DATE _4/28/00_  NKDA  |  FACILITY _RMC 7_

SIG. _V-K 500 mg Tab X 7 days §_  350
_Motren 600mg tid X 3 days_
_1 dose of each give stat_

DISCONTINUE  noted
CONTINUE  cur
INCREASE  580
DECREASE  840p

Physician Signature: _Ricky Allen PA_

---

NAME _Gaines, Garretta_  |  AIS# _173280  784-74_
DATE _12/21/00_  |  FACILITY _Bullock_

SIG. _Sinful cream BID_ > x
_RPR_
_Antibody ount - 50P X 3d_

DISCONTINUE  2 Smith
CONTINUE  9-30-0
INCREASE
DECREASE  645pm

Physician Signature: _C. Faukknr_

---

NAME _Gaines, Garretta_  |  AIS# _173280_
DATE _4/3/00_  |  FACILITY _WKA_

SIG. _Guaifenesin 600mg po BID_
_Bicillin LA 2.4 Mil U Im_
_orders of State Health Dept._

DISCONTINUE  10 days
CONTINUE

INCREASE
DECREASE

Physician Signature: _C. Faukln_

---

A.01

*NaphCare*

## Health Services Request Form

Inmate Name _Garrett Gaines_     Date of Request _9-21-02_

Ais No. _173290_    Date of Birth _2/11/77_    Housing Loc _5A-9_

Nature of problem or request _A lump has appeared on my right elbow and I wish to have it examined._

_Garrett Gaines_
Sign here for consent to be treated by health staff for the condition described above.

SEP 2 1 2002

### Place this slip in Medial Box or designated area

### DO NOT WRITE BELOW THIS LINE

---

#### Health Care Documentation

Subjective _"I have a lump on my elbow. Nothing has bitten me."_

Objective BP _120/76_   P _76_   R _16_   T _98.6_
_A+O x3. Small dime-sized knot, moveable, to (R) elbow. Denies any pain. No open areas or drainage._

Assessment _Alt. in skin integrity._

Plan _Made MD appt._

Refer to: (PA/ Physician)   Mental Health     Dental

Signature _W. Hathaway_   Title _LPN_   Date _9-21-02_

Health Services Request Form

**NaphCare**

# Health Services Request Form

Inmate Name _GARNER GAINES_                    Date of Request _DEC. 18, 2001_

Ais No. _173280_          Date of Birth _2/11/77_          Housing Loc. _5A-8_

Nature of problem or request _Raise on elbow area and left chest._
_was issued creme, "type unknown". No results. Re-_
_filing complaint in hope to see doctor this time_
_Thank you_
_Garrett Gaines_

Sign here for consent to be treated by health staff for the condition described above.

RECEIVED DEC 19 2001

Place this slip in Medial Box or designated area

## DO NOT WRITE BELOW THIS LINE

---

## Health Care Documentation

Subjective _"I've still got this rash on my (R) elbow. That cream didn't help."_

Objective _BP 120/80  P 60  R 16  T 98.4_
_BM A×0×3. Skin warm + dry to touch. Yo rash_
_on (R) elbow. Bumps to (R) elbow. Redness @ present_

Assessment _Alteration in comfort_

Plan _Made MD appt._

Refer to:    PA/ Physician        Mental Health        Dental

Signature _U Hathaway_    Title _LPN_    Date _12-19-01_

Health Services Request Form

## CORRECTIONAL MEDIC... SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _GARRETT GAINES_    Date of Request: _12-12-01_

ID #: _173250_    Date of Birth: _2/11/77_    Housing Location: _5A-8_

Nature of problem or request: _HAVE A type of RASH ON my_
_ARM / ELBOW AREA/ or FUNGUS. ON my Chest_
_AS WELL. It APPEARS to BE SPREADING_

I consent to be treated by health staff for the condition described.

_Garrett Gaines # 173250_
SIGNATURE

RECEIVED
DEC 1 2 2001

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: _"I have a rash on my (R) arm + chest."_

Objective: BP _120/80_ P _100_ R _16_ T _98.6_ WT ____
_BM to rash. Small bumps to (R) forearm +_
_to (L) chest area. No itching or draining._

Assessment: _Alt. in skin integrity_

Plan: _Miconazole cream BID x 7 days V.O._
_Dr. Darbouze_
_(AR) 12/13/01_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _V. Hathaway_ Title: _LPN_ Date: _12-12-01_ Time: _435p_

CMS 7160 REV 3/93

# CORRECTIONAL MEDICAL SERVICES

## RELEASE IF LIABILITY

DATE ___5/20/01___                    TIME ___11:30 pm___ A.M./P.M.

This is to certify that I, __Gaines Garrett__ , AIS# __173280__
Of the BIBB COUNTY CORRECTIONAL FACILITY, AM REFUSING SICK CALL
SCREENING. MY NAME WAS ON THE SCREENING LIST. It is against the advice of
The attending physician and of the administration. I acknowledge that I have been informed
Of and understand the risk(s) involved and hereby release and agree to hold harmless
Correctional Medical Services, D.O.C. Officers, Employee's and Agents from all
Responsibility and ill effect which may result from this action.

When necesssary, insert explanation: __Seen in ER on 5/18/01__

_____

_____

_____

_____

_____

_____

___Garrett Gaines___                    ___5/20/01___
Inmate Name                             Date

___R Conroy LPN___                      ___5/20/01___
Witness                                 Date

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|---|------------------|
| 8/3/94 | | Seg S/C | | | | |
| | | S - States this problem | | | | |
| | | O - was already taken | | | | |
| | | A - Care of 8/2/94 | | | | |
| | | P - resolved | | | | |
| | | 1. Bradford RN | | | | |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/2/94 | | Seg S/C | | | |
| | | S: C/o Hernia Pain ℞ | | | |
| | | O: Inmate Scheduled to be | | | |
| | | examined by Dr. Leonard | | | |
| | | Today 8/2/94. | | | |
| | | A: Defer | | | |
| | | P: ✓ C MD | | | _S.A. Smith ℞N_ |
| 8/2/94 | | Seen for hernia exam — | 8/2/94 | | Tylenol gr ii tid × |
| | | No evidence of lingering | | | 5 D |
| | | Hernia on either side. | | | F/p Dr. Cooksey ℞ Leonard ℞ ℞ |
| | | Ing. ring tight from previous | | | Noted |
| | | herniorrhaphy repair — | | | ℞ Hilson |
| | | Loss sensitivity on distal — | | | |
| | | of half ℞ testicle — no evidence | | | |
| | | of epididymis involvement — | | | |
| | | ℞ R. Leonard ℞ ℞ | | | |

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 3-15-94 | | Seg S/C continued P- intake to notice what foods he has been eating or what personal products he has been using when the outbreaks are severe to try to obs. a pattern or poss reason for outbreaks — J.Barlm | | | |
| 8/1/94 | 3:30ᴬ | -S: c/o pain in scrotum x 3 days, states had hernia repair surg. in 9-91 on both sides but Rt side Only is hurting. States hurts so bad he can't lay down but also states did not sign ? first because I was asleep when Ns came around. O: Sitting @ tray door A: Defer P: N C MD —J.Butler | 8/1/94 | | 8/1/94 Dr. Leonard to evaluate on 8-2-94. R.Leahy |

INMATE NAME (LAST, FIRST, MIDDLE)    DATE OF BIRTH    AGE    R/S    ID#

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 3-1-94 | | Screening complete — *JBarem* | | | |
| 3-1-94 | | Seq S/C | 3-1-94 | | HCT crm 1% lg ant HS x 10d 1/0 Dr Cooksey / JBarem |
| | | S- C/o "Rash ō itching on + off x a # of yrs" | | | |
| | | O- Dry patchy areas ō Reddess areas on interior of arms T-96.8 | | | |
| | | A- poss S/S dry skin | | | |
| | | P- HCT crm, ↑ H₂O intake, Rinse thoroughly when bathing, ↓ CRNP *JBarem* | | | |
| 3-9-94 | | Seq S/C cancelled by DOC, *SBSmith nrn* | | | |
| 3-5-94 | | Seq S/C | 3-5-94 | | Benadryl 25mg po BID x 10d HCT crm 1% lg ant HS x 10d 1/0 Dr Cooksey JBarem |
| | | S- C/o Rash on both arms States has been present @ all times ō severity @ times ō itching | | | |
| | | O- T 97.6 Patchy dry skin areas on hands - have - little patches on ↑ arms also. | | | |
| | | A- poss S/S dry skin hives | | | |
| | | P- Benadryl, HCT crm, ↑ H₂O MD — *JBarem* | | | |
| 3-15-94 | | Seq S/C continued Late note: P- Informed inmate to ↑ H₂O | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DATE OF BIRTH | AGE | R/S | ID# |
|---|---|---|---|---|---|

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 10/19/33 | | S- Cold meds | | | 10/19/53 Ctm fly tid |
| | | O- ? S/S @ present | | | Cough tab + Bec 3 day |
| | | p meds — nBelow | | | |
| | | | | | |
| | | | | | Mullen T |
| 10/20/33 | | Jp HGV c inj (Rt) | | | |
| | | hand. See f-15, M.Bullen LPN | | | |

KILBY HOSPITAL

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 9/6/93 | | S nothing | | | |
| | | P None — Carpenteron | | | |
| | | | | | |
| | | | | | |
| 9/2/93 | | S - C/o itching skin | | | HC cream 0.5% Bid |
| | | O - no itching noted. | | | X 4 days. |
| | | P - meds. — Mueller | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 9/28/93 | | S - C/o rash on both | 9/28/93 | | |
| | | arms. States "cream | | | |
| | | that I am on is doing | | | |
| | | nothing" | | | |
| | | O - Arms shown to | | | |
| | | nurse. Difficult to assess | | | |
| | | in lock - up. Poor lighting | | | |
| | | P - med. ✗ person Mueller | | | |
| | | Discuss with Dr. regards | | | |
| | | med. | | | |
| 10-5-93 | | S - C/o mid - upper | | | |
| | | gastric pain. — Elner NP | | | |
| 10-5-93 | | S - C/o chest pain. | 10-5-93 | | Maalox 2-3 teaspoons |
| | | O - pain to mid - upper | | | tid X 7 days |
| | | gastric pain. Denies cam pain | | | |
| | | Denies exertion during or pain. P - med. Mueller | | | |

INMATE NAME (LAST, FIRST, MIDDLE): Gaines, Garrett    DATE OF BIRTH: 2/11/77    AGE:    R/S: B/m    ID#: 173280

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| 8/13/93 | | S _Blurred vision_ P Eye list _Carpenter_ | 8/13/93 | | Eye list _Carpenter_ |
| | | | | | |
| | | | | | |
| 8/16/93 | | S- I have a rash on my arm O- Very fine rash noted on upper arm P-Meds. _L Brown LPN_ | 8/16/93 | | HC 50 ; Micatin 50 bid x 15 days _L Brown LPN_ _L Brown LPN_ |
| | | | | | |
| | | | | | |
| 8/19/93 | | S- I've got bed bugs O-? Set S P Meds. Pink slip for clean linens, et clothes. _L Brown LPN_ | 8/19/93 | | Lidane shampoo KOP Pink slip for clean linen et clothes. _L Brown LPN_ |
| 9/2/93 | | S- I want to see the eye M.D. P Eye list _Brown_ | 9/2/93 | | Eye list _Brown LPN_ |
| 9/8/93 | | S I want to see the eye M.D. O-Placed on Eye list 9/2/93 P-None _L Brown LPN_ | | | A-12 |



RECEIVED
SEP 1 9 2000
By _Ekenella_

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _GARRETT GAINES_ Date of Request: _9-19-00_

ID #: _173280_ Date of Birth: _2|11|77_ Housing Location: _BS-3B_

Nature of problem or request: _HAVE A ITCHIS RASH ON_
_MY BICONE UNDER THIGH NEAR GROIN_

I consent to be treated by health staff for the condition described.

_Garrett Gaines_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: "I've got a itching in my ® inner groin area." I can't give any tolnaftate cream from the canteen because I'm in the 'seg'."

Objective: BP 138/72 P 82 R 20 T 98.6 Alert+ oriented X3. Skin W/O. Lungs clear. Groin inspection c̄ unilateral erythema on ® side. Area noted c̄ slightly raised border. Rash also noted on the upper back area.

Assessment: Alteration in skin integrity

Plan: Refer to physician. Signs and symptoms of secondary infection. Inmate instructed per "Jock itch" proto col.

Refer to: _CG_ PA/Physician ____ Mental Health ____ Dental

Signature: _YL_ Title: _LPN_ Date: _9|19|00_ Time: _11:30p_

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM



RECEIVED JUL 05 2000 By MCakes

Print Name: _GARRETT GRIMES_    Date of Request: _7-5-__

ID #: _173250_    Date of Birth: _2|11|77_    Housing Location: _C3-12T_

Nature of problem or request: _DRain, coughing, itchy throat,_
_no cold_

I consent to be treated by health staff for the condition described.

_Garrett Grimes_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
**************************************************************

### HEALTH CARE DOCUMENTATION

Subjective: "I've been coughing for days. My throat become itchy and I cough for hours. I also become hot and sweaty @ hs sometime s. I smoke a look also."

Objective: BP 14D/82 P 74 R 20 T 98.4 Alert and oriented x3. Skin W/O Lungs clear. Breath sounds present in all lobes. No s/s of distress noted. Reviewed @ hx of tuberculosis.

Assessment: Ineffective airway clearance

Plan: Refer to associated protocols "Common Cold". Advise inmate Guaifensin 100mg tabs are available on the commissary to use as directed on package. Instruct inmate per Inmate Education.

Refer to: ⟋A̲ PA/Physician ____ Mental Health ____ Dental

Signature: _JK___    Title: _LPN_    Date: _7|5|00_ Time: _10.50pm_

CMS 7166 REV. 10/94

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _Gaines, Garrett_    I.D. # _173280_    Institution _Bibb_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Gaines, Garrett_    I.D. # _173280_    Institution _Bibb_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/15/01 | 2pm | Received to Bibb CoCF See transfer sheet. — J Smith lu | |
| 5/23/01 | 1340 | DNO per M.D. initiated / received @ this time. — Li Lru | |

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: WDCF

Date: 5/15/00
Time: 1200  AM PM
Allergies: NKA

Name: Gaines, Garrett
Number: 173280    Race: (B) W H Other
Age: _____    Date of Birth: 2/11/71    Sex: (M) F

Food Handler Approved: (Y) N

Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø
Follow-up Care Needed: Ø

Last PPD: 2/18/99  Results Ø mms    Last Physical: 2/18/99
Chronic Clinics: Ø    Specialty Referrals: Ø

Significant Medical History: Ø

Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø    Glasses: Ø    Contacts: Ø
Mental Health History/Concerns:
Substance Abuse: Y / N    Alcohol: (Y) / N    Drugs: (Y) N
_____ Hx Suicide Attempt: Date: ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title: D. Shirley, RN    Date: 5/15/00

=====================================================

## TRANSFER RECEPTION SCREENING

Date: 5/15/00  Time: 2:30 AM (PM)    Receiving Facility: Bibb

S: Current Complaint: C/o Knot on (L) thigh

Current Medications/Treatment: None

O: Physical Appearance/Behavior: Tato body
arm, back, shoulder, chest

Deformities: Acute/Chronic: N/A

T 99³  P 80  R 20  B/P 130/60

A: NKA

P: Disposition: (Instructions: Check or circle as appropriate)
✓ Routine, Sick Call
Instructions Given
Emergency Referral
HIV/TB Instruction Given
Physician Referral:
Urgent / Routine
Medication Evaluation
Work/Program Limitation
Special Housing
Specialty Referrals
Chronic Clinics
Mental Health
OTHER
Infirmary Placement

Other: _____

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Gaines, Garrett_     I.D. # _173280_     Institution _WRF_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/24/9? | | _sore on end of penis — X several days_ | |
| | | _no true injury._ | |
| | | _P — Antibiotic ointment_ | |
| | | _RPR & follow_ | |
| | | _up_ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _____ I.D. #_____ Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

HEALTH SERVICES REQUEST FORM

Print Name: _Garrett Gaines_     Date of Request: _1-4-2000_
ID #: _173280_     Date of Birth: _2/11/77_     Housing Location: _2-41_
Nature of problem or request: _NEED EYE EXAM. EYES OR VISION blurry when Reading or watching television. Causes headaches_

I consent to be treated by health staff for the condition described.

SIGNATURE _Garrett Gaines_

RECEIVED
JAN 04 1999
By R. Godfrey LPN

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

HEALTH CARE DOCUMENTATION

Subjective: "Need to see the eye doctor about glasses. Problem c reading & watching T.V. Eyes will water & get headache."

Objective: BP _142/86_ P _76_ R _20_ T _98.2_
Steady gait. Skin warm-dry. NAD. No inflammation noted to eyes.

Assessment:
22 yr B/M requests eye glasses

Plan:

enter for Eye list

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _B Arthur_     Title: _LPN_   Date _1/5/00_   Time: _0456_

CMS 7156 REV 1394

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: __CARRETT GAINES__ Date of Request: __6/2/99__

ID #: __173280__ Date of Birth: __2/11/77__ Housing Location: __4-63__

Nature of problem or request: __HAVE lost (HRGE) AMOUNT OF HEARING IN RIGHT EAR. CLEANING HAS DONE NO GOOD.__

I consent to be treated by health staff for the condition described.

_Garrell Gaines_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## HEALTH CARE DOCUMENTATION

Subjective: "For three days he had a problem hearing in R ear. Ringing but no pain."

Objective: BP 126/88 P 84 R 18 T 98²

R otic canal c cerumen occlusion. No redness or edema noted.

Assessment:

22 yr B/M c R otic canal occluded

Plan:

see MD orders

Refer to: __✓__ PA/Physician __CA__ Mental Health ____ Dental

Signature: _B Arthur_ Title: _LPN_ Date: _6/3/99_ Time: _0430_

CMS 7166 REV 10/94

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

| Transferring Facility: | KILBY |
|---|---|

Name: Gaines, Garrett

Number: 173280          Race: B W H Other

Age: _____   Date of Birth: 2/11/77   Sex: M F

Date: 3/18/97
Time: 5p   AM PM
Allergies: NKA          Food Handler Approved: Y / N
Current Acute Conditions/Problems: Uses Inhaler
Chronic Conditions/ Problems: V.D. 1996 ~
_____

Current Medications - Name, Dosage, Frequency, Duration:
   Acute Short-term Medications: _____ Ø
_____

Chronic Long-term Medications: _____ Ø
_____

   Chronic Psychotropic Medications: _____ Ø
_____

Current Treatments: _____ Ø
Follow-up Care Needed: _____ Ø
_____

Last PPD: 3-4-97  Results Ø mms   Last Physical: 3/4/97
Chronic Clinics: Ø          Specialty Referrals: Ø

Significant Medical History: Surg (Hernia repair) -h/o dislocated (L)
shoulder - V.D. '96

Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø _____ Glasses: Ø   Contacts: Ø
Mental Health History/Concerns:
Substance Abuse: Y N    Alcohol: Y N    Drugs: Y N
_____ Hx Suicide Attempt: Date: ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

| Signature and Title: R. McKee, LPN   Date: 3/18/97 |
|---|

========================================================

**TRANSFER RECEPTION SCREENING**
Date: 3/20/97  Time: 2:10  AM PM

| Receiving Facility: | WDCF |
|---|---|

S: Current Complaint: _____
_____

Current Medications/Treatment: _____
_____
_____
_____

O: Physical Appearance/Behavior: _____
_____
_____

Deformities: Acute/Chronic: _____
_____

T ____ P ____ R ____ B/P ___/___
A: _____
_____
_____

Not seen by
Sick call
nurse

P: Disposition: (Instructions: Check or circle as appropriate)
_____ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
          Urgent / Routine
_____    Medication Evaluation
_____    Work/Program Limitation
_____    Special Housing
_____    Specialty Referrals
_____    Chronic Clinics
_____    Mental Health
_____    OTHER
_____ Infirmary Placement

Other: _____
Marcus A. Taylor RN
Signature and Title



RECEIVED
DEC 2 3 1997
By_____

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Garrett Graves_     Date of Request: _12/22/97_

ID #: _173290_     Date of Birth: _____     Housing Location: _H-74_

Nature of problem or request: _Strained groin, penis enlarged at the head, difficult to urinate_

I consent to be treated by health staff for the condition described.

_____
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

NKODA

Subjective: _Hurt groin Sunday playing football (non contact) Came up too quick and R testicle started aching. Been doing that often. Hurts to pee. There's a sore @ the tip of my penis._

Objective: _BP 108/72  P 64  R 18  T 98²  Steady gait. Skin warm & dry. Facial frown. Looks uncomfortable._

Assessment: _20 yr B/M c̄ ? injury to testicular area, dysuria from lesion to penis._

Plan: _MD to see_

Refer to: _✓_ PA/Physician ____ Mental Health ____ Dental

Signature: _B Austin_     Title: _LPN_     Date: _12/4/97_ Time: _0422_

CMS 7166 REV. 10/94

## INTER-SYSTEM NURSING ASSESSMENT

RECEIVED: Inmate/Health Record

Institution: **St. Clair**

Date: 11-16-93    Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

**Kilby**

FROM: Institution/Work Release Center
- [ ] Infirmary
- [ ] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASED: Inmate/Health Record

Institution **KILBY**

Date 11/18/93    Time: _____ AM/PM

RELEASED FROM:
- [ ] Infirmary
- [ ] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASED TO:
- [ ] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: **NKA**

PHYSICAL EXAMINATION

Date of last exam: 8/6/93
- [ ] Initial
- [ ] Biannual
- [ ] Other

PPD Reading    0 mm    _____ mm

Classification: I

Limitations: _____

LAB RESULTS -- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 8/7/93 | ☒ | ☐ |
| Urinalysis | 8/7/93 | ☒ | ☐ |
| HIV + RPR | 8/7/93 | ☒ | ☐ |

X-RAY RESULTS -- LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| Chest | No chest fitm | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

negative

CURRENT MEDICATION -- DOSAGE AND FREQUENCY

MEDICATIONS:
- [ ] Sent w/inmate
- [ ] Not sent w/inmate

X-RAY FILM:
- [ ] Sent w/inmate
- [ ] Not sent w/inmate

HEALTH RECORD:
- [x] Sent w/inmate
- [ ] Not sent w/inmate

Released to: _____

Signature of DOC Representative

Date: _____    Time: _____ AM/PM

MEDICATIONS:
- [ ] Received
- [ ] Not Received

X-RAY FILM:
- [ ] Received
- [ ] Not Received

HEALTH RECORD:
- [x] Received
- [ ] Not Received

Received by: _____

Signature of CMS Nurse

Date: 11-16-93    Time: 300    AM/PM

FOLLOW-UP CARE ORDERED
- [ ] Medical
- [ ] Dental
- [ ] Mental Health

| | Date | Time | With Whom -- Location | Specialty |
|---|---|---|---|---|

NURSING ASSESSMENT
(Noted from health record documentation) ✓

| | | | | ✓ |
|---|---|---|---|---|
| Regular | | Incontinent | | |
| Low Salt | Elimination | Bowel | | |
| Salt Free | | Bladder | | |
| Diabetic | | Colostomy | | |

(Noted from inmate assessment)

| | | ✓ | | | ✓ |
|---|---|---|---|---|---|
| Skin | Bruises/Lac./Abrasions | | Condition | Alert | |
| | Occubitus | | | Oriented | |
| | Edema | | | Uncooperative | |
| | Warm & Dry | | | Depressed | |
| | Cool & Moist | | | | |

OTHER PERTINENT NURSING ASSESSMENT

11-16-93    not seen by nurse

Signature of Nurse Completing Assessment

PATIENT'S NAME (Last, First, Middle)
ames, Garrett

DATE OF BIRTH
8/9/72

RACE/SEX
B/M

AIS #

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Garrett Gaines_ Date of Request: _Aug. 11, 1998_

ID #: _173280_ Date of Birth: _2/11/77_ Housing Location: _2-60_

Nature of problem or request: _Requesting Eye Exam, In Need_
_of glasses_

I consent to be treated by health staff for the condition described.

_Garrett Gaines_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:


Objective: BP _____ P _____ R _____ T _____


Assessment:


Plan:


Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

CMS 7166 REV. 10/94

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3/18/02 | | s/p Physical Assault with cut to face with razor blade. | |
| | O: | talked to them + Active Bleeding from lacerations over face. | |
| | | - 5cm laceration over L forehead. + active bleeding | |
| | | - superficial laceration 3cm L facial area | |
| | | - 4cm laceration post aspect L ear lobe | |
| | | - 5cm superficial laceration L temporal occipital area | |
| | A/P | Multiple lacerations face/head | |
| | | Plan: - 4 sutures to forehead after cleaning + local xylocaine | |
| | | - 2 deep sutures with chromic gut #0 and continue 5-0 to L ear. | |
| | | - steri strips to L temporo-occipital area | |
| | | - T40 + Dressing | |
| | | - Anuf 1q × 1m | |
| | | + Tetanus Tox. | |

INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Game, Garrett    I.D. #: 173280    Institution: Easterling

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/19/02 | S | 25 BY s/p Physical assault and razor cut with laceration over forehead, post L ear lobe, L temporal area | |
| | O | r/u - doing well. | |
| | O | - 5 cm laceration L forehead dry, no [pus?] erythema, +/d edema | |
| | | - 5 cm laceration post s/p L ear lobe [2 sutures] minimal bloody exudate / erythema / edema | |
| | | - superficial laceration w/ occip temporal area + steri strips healing well | |
| | A | Facial / scalp lacerations healing well. | |
| | P | Daily cleaning + T40 f/u 3/21/02 | |
| 3/21/02 | | Pt wt ~162    BP ~140/90 P ~76  R  T - 99.8 | |
| | | F/u wound, dry, cleaned. sutures intact | |
| | | Plan, f/u 2/25/02 | |

1M #7113 8/94



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

1-29-04 1³⁰  BP 120/100   T 97.6   P 84   R 16
wt 176 body chart

27 BM r/u

S  Injury to Temporal area 3 days ago with complaint
of mild soft tissue swelling upon initial exam on
1/28/04 and Headache eased by Motrin.

O  NAD, BP 120/100 - 110/84 - 130/74
HEENT: Pupils, throat, VC/AT, no bony deformity or
tenderness - lungs: clear - cardio: intact
neck supple.

Lymph node: throat: nml
Glands: intact
skin: Hyperpigmented scaly patches over lower
neck, upper chest and back

A)  Headache, Tinea versicolor

P)  #1 Tylenol
-Selsun lotion QW pro x 6 weeks

AP



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Gaines, Garrett | D.O.B.: 2 / 11 / 79 |
|---|---|---|

11/11/04    WT-171    130/80    86    18

S/C

f/u Dental Clinic

c/o lump in Gum

Oral _ & rythema, on Abscess

Gingival Mass or cyst at the base of the 25th, 27th

internal aspect

_____

12/28/04 >    27 BM c/o "sizing" over forehead 1 week ago"

0. Skin : 1 x 0.5 cm crusty/dry superficial ulcer over the

forehead healing well.

P: - keep area dry/clean,

- Mx PRN



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Gaines, Carrett  173280 | DIAGNOSIS (If Chg'd) |
| D.O.B. 2/11/77  Noted  S makinson 2/2/05  7/2/05 | Pepto bismal tabs #6 1.d PRN X3days |
| ALLERGIES: NKA | Tylenol 500mg #6 1.d PRN X3days |
| Use Third    Date 2/1/05 | V.s Dr Darbouze S mckinnon y  ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED   2/1/05 |

| | |
|---|---|
| NAME: Gaines, Carrett  173280 | DIAGNOSIS (If Chg'd)  PPD |
| D.O.B. 2/11/77  Noted  S makinson 1/6/05 | RPR for Army |
| ALLERGIES: NKA | |
| Use Second    Date 1/6/05 | V.s Dr Darbouze S mckinnon y  ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED   2/1/05 |

| | |
|---|---|
| NAME: Gaines, Garrett  #173280 | DIAGNOSIS  Headache - |
| noted  m mobley  10-19-04 | Naproxen 375mg ī ƀo BID PRN X30 days  Tylenol 500mg ī ī ƀo BID PRN X 30 days  start on 10/27/04 |
| D.O.B. 2/11/77 | Naproxen 375mg ī ƀo BID PRN X 30 days |
| ALLERGIES: NKDA | |
| Use First    Date 10/19/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Gaither Garnett

D.O.B. 2/1/77
ALLERGIES: NKDA

Use Last     Date 9/27/04

DIAGNOSIS (If Chg'd)

Naproxen 375 mg 1 tab BID PRN X30days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Gaines - Garrett

D.O.B. 2/1/77
ALLERGIES: NFA

Use Fourth     Date 9/18/04

DIAGNOSIS (If Chg'd)

Tylenol 500mg X2 10 X jelly BID/
Dc Prteyn & Dioxil

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    9/20/04

---

NAME: Gaither Garnett

D.O.B. 2/11/77
ALLERGIES: NKDA

Use Third     Date 9/8/04

DIAGNOSIS (If Chg'd)

Dc Naproxen
Percocet 1 po BID PRN X14days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Gaither Garrett
# 173288

D.O.B. 2/1/77
ALLERGIES: NKDA

Use Second     Date 8/18/04

DIAGNOSIS (If Chg'd)

Naproxen 375mg po BID PRN X30days
BP + Pulse CHE X 7 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Gaither Garrett

D.O.B. 02/11/77
ALLERGIES: NKDA

Use First     Date 1/29/04

DIAGNOSIS: Tinea Versicolor, Headache

Tylenol 500mg # Po BID PRN X14days
Selsun lotion to rash QW PRN X6weeks

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

# RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
### 184 Commerce Street
### Montgomery, AL 36104
### (334) 206-3100

### To: Medical Records Department
Company: Easterling Correctional Facility
Fax: 13343973128
Phone:

### From: Brett Garrett
Fax: (334) 481-0808
Phone: (334) 206-3138
E-mail: ks@rsjg.com

## NOTES:

Please see attached medical records request.

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by the telephone and return the original message to us at the above address via the U.S. postal service at our expense. Thank you.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to U.S. Treasury Regulations, we are now required to advise you that, unless explicitly stated above to the contrary: (1) the contents and conclusions (if any) contained in this communication (including any attachments) are preliminary in nature and do not express a formal opinion contemplated by IRS Circular 230; (2) nothing contained in this communication (including any attachments) is intended to be used, or may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code; and (3) any statement contained in this communication (including any attachments) relating to any federal tax issue may not be used by any person to support the promotion, marketing of, or used to recommend any transaction or matter addressed in this communication.

**Date and time of transmission:** Thursday, December 15, 2005 9:01:20 AM
**Number of pages including this cover sheet:** 02

Charles A. Stakely
Jesse M. Williams, III
J. Theodore Jackson, Jr
James W. Garrett, Jr
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.

LAW OFFICES

# RUSHTON, STAKELY, JOHNSTON & GARRETT

## A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama  36101-0270

Telephone: (334) 206-3138
Facsimile: (334) 481-0808
Website: www.rsjg.com

Chris S. Simmons
Robert C. Ward, Jr
Bowdy J Brown
Daniel L. Lindsey, Jr
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr
Richard L. McBride, Jr
R. Mac Freeman, Jr.
James R. Dickens, Jr
R. Brett Garrett
Bethany L. Bolger

December 15, 2005

*VIA FACSIMILE 334-397-3128*
Medical Records Department
Easterling Correctional Facility

Re:     Claimant:          Garrett Leon Gaines AIS# 173280
        Location:          Easterling Correctional Facility

To Whom It May Concern:

Please allow this correspondence to serve as a formal request for a **complete single-sided and certified copy** of Mr. Gaines' medical records. Please have the appropriate person copy Mr. Gaines' entire chart and FedEx it to my attention at the address listed above. If you have any questions or comments concerning this request, please feel free to contact me at the number above listed.

Sincerely,

Brett Garrett (KS)

R. Brett Garrett

RBG2/ks

# PROBLEM LIST

Name _Gaines Garrett_

ID # _173280_

DOB _2-11-77_

Medication Allergies _NKDA_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 3/4/97 | ② Nicotine Addiction | | _gr_ |
| 12/26/01 | — Tinea Versicolor. | | |
| 3-7-02 | NONE | | |
| 3/18/02 | Facial and scalp laceration | returned 3/18/02. | |
| | Assault + cut with razor. | | |
| | Impulse Control Disorder NOS | | |
| | ASPD | | |
| | Narcissistic PD } Threats of Suicide | | |
| 10 June 02. | ⟨SMI⟩ | | |
| 4/2/04 | ⟨SMI⟩ | | _BRey_ |
| 6/16/04 | ⟨HISTORY⟩ | | _BRey_ |
| 1/29/04 | — Headache | | _A_ |
| | Tinea Versicolor | | |
| | 2½ in FH c | | |
| | 2 in | | |
| | left s.e Po | | |

7189



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | Headache off + on Past Hx |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight __172__ Temp __98⁴__ Pulse __92__ Resp __16__ Blood Pressure __136/78__

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

Eye Exam: 20/30 OD 20/30 OS 20/30 OU

**II.    TESTING – (LPN or RN)          RESULTS**

Tuberculin Skin Test (q yr)          Date given __11/6/04__ Site __(L) Forearm__
                                     Read on __11/8/04__ Results __0__ mm

Past Positive TB Skin Test →         **Survey Completed**
(Chest x-ray if clinical symptoms)   Date _____ Results _____
RPR (q 3 yrs)                        Date __11/6/04__ Results _____
EKG (baseline at 35, over 45 q 3 yrs)   __N/A__
Cholesterol (at 35 then q 5 yrs)     __N/A__
Tetanus/Diptheria (q 10 yrs)         Last Given __3/4/97__ Due __2007__
  (if done today)                    Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen)  __N/A__
Mammogram                            Date __N/A__ Results _____
  (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart                 RRR
Lungs                 Clear bilaterally
Breast Exam           Self Exam explained. Verbal Understanding
Rectal (yearly after 45)   Results __N/A__
  with Hemoccult      Results _____
Pelvic and PAP (q 1 yr)   Date __N/A__ Results _____

Facility __Easterling__ Nurse Signature __S McKinnon LP__ Date __11/6/04__

M.D. or Mid-Level Signature _____ Date __1/11/05__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Gaines, Garrett | 173280 | 2/11/77 | B/m |



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

FANNIS BAII                          GRANDMOTHER
Name _____    Relationship _____

784 JASPER Rd.                              (205) 373-2747
Street Address _____    Phone Number _____

ALICEVIIB                    AL.                    35442
City _____    State _____    Zip Code _____

Marrott Maines            173280        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  11/6/04
Inmate Signature _____    Doc# _____    S.S.# _____    Date _____

McKinnon Lr                                        11/6/04
Witness _____                                    Date _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Gaines, Garrett | 173280 | 2/11/71 | B/M | East |

PHS-MD-70003         **(White – Medical Record, Yellow – Active File, Pink – Control Center)**

# NAPHCARE
# PERIODIC HEALTH ASSESSMENT

**I.    HISTORY – (Nurse)**

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) | | ✓ | Last weight at least 6 mos. |
| (Compare Weight Below) | | | ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight __164__  Temp __97.5__  Pulse __76__  Resp __16__  B.P. __140/90__

**II.    TESTING – (Nurse)**

RESULTS

Tuberculin Skin Test (q yr.)
(chest x-ray if clinical symptoms)
RPR (q3yrs)
EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs.)
Tetanus/Diptheria (q10 years)
If Done Today:
Optometry exam (age 50 if not already seen)

Date given __4-17-03__ Site __Lt. FA__
Read on __4/19/03__ Results __0__ mm
Date __11-29-01__ Results __NR__

Last given __3-4-97__ Due _____
Site given_____ Dose_____ Lot #_____

**III.    PHYSICAL    RESULTS**

Heart
Lungs
Breast (q2 yrs. p 30)
Rectal (yearly p50)
With Hemoccult
Pelvic and PAP (q 1 yr)

__RRR__
__Clear__
Date _____ Results _____
Results _____
Results _____
Date _____ Results _____

Emergency Addressee __Ball Fannie__
Address __784 Jasper Rd. Aliceville__       Phone# __205-373-274,__
Facility __Easterling__ Nurse Signature __d Ewing LPN__  Date __4-17-03__
PhysicianSignature _____  Date __4/21/??__
DOB __2-11-77__ AGE __26__ RACE __B__    SEX __m__   SSN __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__
Immate Name __Gaines, Garrett__          AIS # __173280__

NC070

NaphCare

4/21/2003

# chCare

## nual Health & TB Screening Appointment

me        GAINES,GARRETT LEON

OC #    **173280**

rth Date **2/11/1977**

ppointment Date        **4/20/2003**

### TB Screening Data

| | |
|---|---|
| Date Given | 4/17/2003 |
| Site Given | Left Arm |
| Lot # | 4525G261 |
| Nurse Administering | L.EWING |
| Date Read | 4/19/2003 |
| Size in MM | OMM |
| Nurse Reading | S.BUSH |
| Previous Positive | |

### Medical Data

| | |
|---|---|
| Current Weight | 164# |
| Previous Weight | 164# |
| Height | |
| Blood Pressure | No |
| Recent Chest Pain | Yes |
| Kitchen Clearance | No |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | No |
| Diabetic Condition | N /A |
| Prosthetic | No |

### Emergency Contact Data

| | |
|---|---|
| Name | FANNIE BALL |
| Phone | 205-373-2747 |
| Address | 784 JASPER RD. ALICEVILLE   AL   35442 |

Reviewer Signature:

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility __Easterling__    Retest 4/24/02

Date Given: __4/20/02__    Date Read __4/26/02__

Site Given: __LFA__    Size in M.M. __∅__

Lot# __4525G260__

Nurse __SBushUPN__    Nurse __Amakinror__

Note: **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight __165__    Previous Weight __158__    B/P __120/80__

*circle*

Recent chest pain       Yes  or  (No)
Kitchen clearance assess. done and attached    (Yes)  or  No
Productive cough       Yes  or  (No)
Any bleeding       Yes  or  (No)

Emergency contact __FANNIE BALL__    Phone# __205) 373-2747__

Address __784 Jasper Rd.__

__Aliceville, AL. 35442__

Inmate signature __Garrett Gaines__    Date __4/20/02__

Witness signature __SBushUPN__    Date __4/20/02__

DOB __2/11/77__  AGE __25__  Race __B__  SEX __M__  SSN __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__

Inmate Name __Gaines Garrett__    AIS# __173280__

NC-069

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Bibb Co._

Date Given: _5-2-01_                    Date Read _5/4/01_

Site Given: _LFA_                       Size in M.M. _0mm_

Lot# _4525G260_

Nurse _____                         Nurse _____

**Note: Past Positives and conversions,** use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _158_    Previous Weight _164#_  B/P _110/62_

|  | *circle* |
|---|---|
| Recent chest pain | Yes or (No) |
| Kitchen clearance assess. done and attached | (Yes) or No |
| Productive cough | Yes or (No) |
| Any bleeding | Yes or (No) |

Emergency contact _Fannie Ball_          Phone# _(205) 373-2747_

Address _Picken County_

Inmate signature _Garrett Gaines_        Date _5-2-01_

Witness signature _____              Date _5-2-01_

DOB _2/11/77_  AGE _24_  Race _B_  SEX _M_  SSN _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_

**Inmate Name** _Gaines Garrett_          AIS# _173280_

NC-069

*NaphCare*

# Inmate Food Service Worker Clearance

**Medical Record Review:**

○ Yes  ⊘ No    Past history of hepatitis
⊘ Yes  ○ No    TB test current
⊘ Yes  ○ No    TB test negative

If history of positive TB test, verified completed treatment: _____
                                                              Date

**Physical Assessment**

○ Yes  ⊘ No    Open sores or rashes on hands, arms, face and neck
○ Yes  ⊘ No    Has diarrhea
○ Yes  ⊘ No    Has a cough
⊘ Yes  ○ No    Lungs clear to auscultation
○ Yes  ⊘ No    Signs and symptoms of other contagious diseases

Specify: _____

_____

_____

**This inmate's Medical Record has been reviewed and he/she has been examined.**

He/she  ⊘ IS  ○ IS NOT  medically cleared for duty as a food service worker.

_____Yho Un_____                    5-2-01
Signature                          Date

| Name: | ID # / DOB: | Location: |
|-------|-------------|-----------|
| Gaines Garrett | 173280 / 211-77 | Biblo. |

Inmate Food Service Worker Clearance

NC011

## HEALTH EDUCATION
## FOOD SERVICE WORKER GUIDELINES

### HAIRNETS

1. Put hairnet on before washing hands.

2. Be sure to include all hair, especially bangs on the front of the head.

3. Do not touch hair or hairnet when handling food.

### HANDWASHING

1. Turn warm water on.

2. Wet hands.

3. Lather hands with soap. Scrub at least 30 seconds.

4. Rinse off bar of soap. Replace in soap dish.

5. Rinse hands.

6. Dry hands with paper towels.

7. Turn faucet off with paper towels.

### SICKNESS

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_Marrett Stairs_
Inmate Signature

5-2-01
Date

Nurse Signature

5-2-01
Date

## PERIODIC HEALTH ASSESSMENT

|  | YES | NO | COMMENTS |
|---|---|---|---|

**HISTORY**

Weight Change (>15 lb.)  —  ✓  Last Weight at least 6 mo.'s ago: _____
(Compare Weight Below)  —  ✓  _____
Persistent Cough  —  ✓  _____
Chest Pain  —  ✓  _____
Blood in urine or stool  —  ✓  _____
Difficult urination  —  ✓  _____
Other illnesses (details)  —  ✓  ½ ρρᵈ
Smoke, dip, or chew  ✓  ✓
ALLERGIES

Weight _164_  Temp. _98._  Pulse _72_ Resp. _18_  B.P. _120/70_
Eye Exam: Without Glasses  O.D.____ O.S.____ O.U. _20/20_
With Glasses  O.D.____ O.S.____ O.U.____

**II. TESTING**      **RESULTS**

Tuberculin skin test (q yr)  Date given _3/13/ω_ Site _RA_
(Chest x-ray if clinical symptoms)  Read on _3/15/ω_ Results _0_ mm
RPR (q 3 yr.)  Date _12/97_ Results _NK_
Urine dip (yearly)  Results _wg_
 (Glu, Pro, RBC, WBC)  _N/A_
EKG (baseline at 35, >45 q 3 yr.)  _N/A_
Cholesterol (at 35 then q 5 yr.)  last given _3/4/97_ due _2007_
Tetanus/diphtheria (q 10 yr.)  Dose____ Lot____
  If done today  Site given____

**III. PHYSICAL**      **RESULTS**

Heart  _WNL_
Lungs  _Clear_
Breast (q2 yr. p 30)  Date____ Results____
Rectal (yearly p 45)  Results____
 With Hemocult  Results____
Pelvic and PAP (q 1 yr)  Date____ Results____

Inmate Name _Gaines, Garrett_   Ais# _173280_
DOB _3/11/77_ Age _23_  Race _B_ Sex _M_  SSN____ Phone____
Emergency Addressee____
Address____ Date _3/13/00_
Facility _DONALDSON_ Nurse _G. Cash, LPN_
Physician Signature____ Date _5/25/00_

# PERIODIC HEALTH ASSESSMENT

## I. HISTORY – (Nurse)

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) |  | ✓ | Last weight at least 6 mos. |
| (Compare Weight Below) |  |  | ago 116 lbs 2 99 |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew | ✓ | ✓ | < 1/2 pack daily |
| ALLERGIES |  | ✓ |  |

Weight 159 lbs  Temp 98.4°  Pulse 64  Resp. 18  B.P 128/64

Eye Exam:     Without Glasses     OD 20/20 OS 20/20 OU 20/20
            With Glasses     OD _____ OS _____ OU _____

## II. TESTING – (Nurse)          RESULTS

- Tuberculin Skin Test (q yr.)     Date given 5/19/00  Site ® forearm
  (chest x-ray if clinical symptoms)   Read on 5/21/00  Results 0 mm
- RPR (q3yrs)     Date 5/19/00  Results _____
- Urine Dip (yearly)     Results 5/19/00 WNL
  (Glu., Pro., RBC, WBC)
  EKG (baseline at 35, over 45 q 3 yrs)   N/A
  Cholesterol (at 35 then q 5 yrs.)   N/A
  Tetanus/Diptheria (q10 years)   Last given 3/4/97  Due 3/07
  If Done Today:     Site given _____  Dose _____  Lot # _____

## III. PHYSICAL     RESULTS

Heart     RRR
Lungs     clear bilat
Breast (q2 yrs. p 30)   Date N/A  Results _____
Rectal (yearly p 45)   Results N/A
With Hemoccult   Results N/A
Pelvic and PAP (q 1 yr)   Date N/A  Results N/A

Inmate Name Gaines Garrett     AIS # 173280
DOB 2/11/77  AGE 23  RACE B  SEX M  SSN 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
Emergency Addressee Fannie Ball (Grandmother)
Address 784 Jasper Rd. Aliceville, AL 35442  Phone# (005)373-2747
Facility Bibb CCF  Nurse Signature A Paxton LPN  Date 5/19/00
Physician Signature _____ Date 6/9/00

# TUBERCULIN PPD FOR INMATES

## INITIAL SKIN TEST

Date Given: 5|19|00          Date Read: 5/21/00

Site Given: (L) forearm          Size: 0 mm

Lot#: 4525G260

Nurse: JPayton LPN          Nurse: P.X. ___ LPN

---

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.


Garrett Gaines
Inmate Signature

5|19|00
Date


JPayton LPN
Witness Signature

5|19|00
Date


| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Gaines Garrett | 173280 | B | Bibb Co C 7 |

# FOOD SERVICE WORKER CLEARANCE

## HAIRNETS

1. Put hairnet on before washing hands.
2. Be sure to include all hair, especially bangs on the front of head.
3. Do not touch hair or hairnet when handling food.

## HANDWASHING

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

## SICKNESS

Notify kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand the above guidelines especially when handling food on kitchen detail.

_Inmate Signature and Date_

_Nurse Signature and Date_

MEDICAL RECORD REVIEW:

Past history of hepatitis:                    ___Yes  ✓No
TB test current:                              ✓Yes  ___No
TB test negative:                             ✓Yes  ___No

If history of positive TB test, verified completed treatment:      _____(Date)


PHYSICAL ASSESSMENT:

Open sores or rashes on hands, arms, face, and neck:    ___Yes  ✓No
Has diarrhea:                                           ___Yes  ✓No
Has a cough:                                            ___Yes  ✓ No
Lungs clear to auscultation:                           ✓Yes  ___No
Signs and symptoms of other contagious diseases:       ___Yes  ✓No

Specify:_____


This inmate's Medical Record has been reviewed and he/she has been examined:

✓__He/She IS medically cleared for duty as a food service worker.
___He/She IS NOT medically cleared for duty as a food service worker.


Signature: _J Payton LPN_____     Date: _5|19|00_____

Name: Gaines Garrett
ID#/DOB: 173280 / 2|11|77
Location: Bibb CoCF

# PERIODIC HEALTH ASSESSMENT

**YES  NO  COMMENTS**

## I. HISTORY

| | YES | NO | |
|---|---|---|---|
| Weight Change (>15 lb.) | — | ✓ | Last Weight at least 6 mo.'s ago: ____ |
| (Compare Weight Below) | | ✓ | _____ |
| Persistent Cough | — | ✓ | _____ |
| Chest Pain | — | ✓ | _____ |
| Blood in urine or stool | — | ✓ | _____ |
| Difficult urination | — | ✓ | _____ |
| Other illnesses (details) | — | ✓ | ½ p p d |
| Smoke, dip, or chew | ✓ | ✓ | _____ |
| ALLERGIES | | | |

Weight _164_  Temp. _98.4_  Pulse _76_  Resp. _20_  B.P. _120/70_

Eye Exam:
Without Glasses  O.D.____ O.S.____ O.U. _20/20_
With Glasses  O.D.____ O.S.____ O.U.____

## II. TESTING

**RESULTS**

Tuberculin skin test (q yr)
(chest x-ray if clinical symptoms)
Date given _2/18/99_  Site _CA_
Read on _2/20/99_  Results____ mm

RPR (q 3 yrs)
Date _12/97_  Results _NR_
Results _neg_

Urine dip (yearly)
(glu, Pro, RBC, WBC)

EKG (baseline at 35,>45 q 3 yrs)  _NA_

Cholesterol (at 35 then q 5 yrs)  _NA_

Tetanus/diphtheria (q 10 yrs)
last given _3/4/97_  due____
If done today  Site given____  Dose____ Lot____

## III. PHYSICAL

**RESULTS**

Heart  _WNL_
Lungs  _Clean_
Breast (q2 yrs p 30)  Date____ Results____
Rectal (yearly p 45)  Results____
  With Hemocult  Results____
Pelvic and PAP (q 1 yr)  Date____ Results____

Inmate Name _Gaines, Garrett_  Ais# _173280_
DOB _2/11/77_  Age _22_  Race _B_  Sex _M_  SSN _unknown_
Emergency Addressee____  Phone____
Address____  Date _2/18/99_
Facility _DONALDSON_  Nurse _G. Cash, LPN_  Date _18 Feb 99_
Physician Signature _____

## PERIODIC HEALTH ASSESSMENT

**I.**  **HISTORY -  (Nurse)**          **YES   NO    COMMENTS**

Weight Change (>15 lb.)          ___   X    Last Weight at least 6 mo.'s.
(Compare Weight Below)                       ago: _____
Persistent Cough                 ___   X    _____
Chest Pain                       ___   X    _____
Blood In Urine or Stool          ___   X    _____
Difficult Urination              ___   X    _____
Other Illnesses (Details)        ___   X    _____
Smoke, Dip or Chew               X     ___  ½ ppd
ALLERGIES                        ___   X

Weight _161_ Temp. _98.6_ Pulse _78_ Resp. _20_ B.P. _120/96_

Eye Exam:     Without Glasses    OD _20/20_ OS _20/25_ OU _20/25_
              With Glasses       OD _____ OS _____ OU _____

**II.**  **TESTING - (Nurse)**               **RESULTS**

Tuberculin Skin Test (q yr.)        Date Given _2/26/98_ Site _LL arm_
(chest x-ray if clinical symptoms)  Read On _3/1/98_ Results _0_ mm
RPR (q 3 yrs.)                      Date _1997_ Results _____
Urine Dip (yearly)                 Results _neg_
  (Glu., Pro., RBC., WBC.)          _____
EKG (baseline at 35, over 45 q 3 yrs.) _____
Cholesterol (at 35 then q 5 yrs.)   _____
Tetanus/Diphtheria (q 10 yrs.)      Last Given _3-4-97_ Due _____
  If Done Today:     Site Given _____ Dose _____ Lot # _____

**III.**  **PHYSICAL**                        **RESULTS**

Heart                _WNL_
Lungs                _WNL_
Breast (q 2 yrs. p 30)   Date _____ Results _____
Rectal (yearly p 45)     Results _____
  With Hemocult          Results _____
Pelvic and PAP (q 1 yr.) Date _____ Results _____

Inmate Name _Gaines, Garrett_          AIS # _173280_
DOB _2/11/77_ Age _20_ Race _B_ Sex _M_ SSN _unknown_
Emergency Addressee _____         Phone # _____
Address _____
Facility _WDCF_      Nurse Signature _D Carter_      Date _2/26/98_
Physician Signature _____         Date _____

# CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

| INMATE NAME: | ID #: | RACE: | D.O.B: |
|---|---|---|---|
| Haines, Harrett | 173280 | B | 2/11/77 |

### INMATE QUESTIONNAIRE (circle one)

| | |
|---|---|
| 1. Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes **No** |
| 2. Have you fainted or had a head injury within past six months? | Yes **No** |
| 3. Are you allergic to any medications? _N/A_ | Yes **No** |
| 4. Have you been seen by a doctor in the past six months? | Yes **No** |
| 5. Do you wear dentures or partial plate? | Yes **No** |
| 6. Do you wear glasses or contact lenses? | Yes **No** |
| 7. Do you have a prosthesis, splint, crutches, cast or brace that you need while here? | Yes **No** |
| 8. Do you drink wine, beer or **whiskey**? How often? _weekend_ How much? _1 fifth_ Last time? _Jan 4, 1997_ | **Yes** No |
| 9. Have you had seizures or blackouts when you stop drinking? | Yes **No** |
| 10. Do you use drugs? Type? _marijuana_ How often? _daily_ Last time? _Jan 4, 1996_ | **Yes** No |
| 11. Have you had withdrawal problems when you stop taking drugs? | Yes **No** |
| 12. Do you have any medical problems we should know about? | **Yes** No |
| 13. Are you covered by medical insurance or a benefits program? | Yes **No** |
| 14. Have you been in this facility before? _1993_ | **Yes** No |

### FEMALE INMATES ONLY

| | |
|---|---|
| 1. Are you pregnant? | Yes No |
| 2. Do you use birth control? Type? | Yes No |
| 3. Have you recently had a baby, miscarriage or abortion? | Yes No |

**COMMENTS: (Explain "Yes" responses)**

C/o dislocated ® shoulder

### CURRENT MEDICAL CONDITIONS (circle terms that apply)

| | |
|---|---|
| Unconscious | Skin Infestation |
| Intoxicated | Restricted Mobility |
| Lesions | Skin Rash |
| Obvious Pain | Jaundice |
| Bruises | Needle Marks |
| Fever | Swollen Glands |
| Nausea | Active Cough |
| Uses Tobacco | Vaginal/Penile Discharge |

### MEDICAL HISTORY (circle terms that apply)

| | |
|---|---|
| Arthritis | Frequent Diarrhea |
| Diabetes | Genital Sores |
| Seizure Disorder | V.D. _1996_ |
| Asthma | Hepatitis |
| Special Diet | HIV+ |
| Heart Condition | Tuberculosis |
| Hypertension | Persistent Sore Throat |
| Stomach Ulcer | Dental Problems |
| Cancer | Surgeries _Hernia repair_ |
| Sickle Cell Anemia | Chest Pain |
| Emphysema | Jaundice |

### TB SCREENING

Ever treated with TB Drugs? Yes **No**
PPD test? **Yes** No Positive Reaction? Yes **No**
When: _1993_
Where: _Kilby_
Chronic Cough/Blood        Fever
Recent Weight Loss          Night Sweats
Recent Appetite Loss        Fatigue

### MEDICATIONS

Current medications: _none_

Prescriber:

### ALLERGIES

Medication Allergies  Yes  **No**
  Type: _____
Other Allergies  Yes  **No**
  Type: _____

### VITAL SIGNS

HT _5'6_  WT _145_  BP _130/90_
Pulse _94_  Resp _22_  Temp _____

### DISPOSITION

**Referrals** ✓ None
___ Emergency Room (Pre-booking injury)
___ Emergency Room (Acute condition)
___ Physician
___ Sick Call

**Placement**
___ Infirmary
___ Detoxification Setting
___ General Population
___ Other

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.
Inmate signature: X _Harrett Haines_

| SCREENED BY: D. Cooper | DATE: 3/4/97 | TIME: |
|---|---|---|
| REVIEWED BY: | DATE: | TIME: |

CMS 7107 REV. 10/94

# REPORT OF HEALTH ASSESSMENT

D.O.B. 8/11/77    Age 26  (S) M  W  D    ALLERGIES NKA

Former Occupation _____    How Long _____

If any BLOOD RELATIVE has suffered any of the following-relationship of person

**Date of last Immunization**

| | |
|---|---|
| T.B. _____ | Gout _____ |
| Stroke _____ | ✓ Hypertension G-mother |
| Migraine _____ | Heart Attack _____ |
| Mental Illness _____ | |
| Epilepsy _____ | |
| ✓ Diabetes G-mother, G-father | |
| Cancer _____ | |

Typhoid _____
Measles _____
Rubella _____
Diptheria _____
Pertussis _____
Polio _____
Tetanus 8/6/93

PREVIOUS OPERATIONS  (Year) 1990 Hernia

Current Medications: N/A

MARK (c) for Current problems/check space and indicate age you had any of the following symptoms of disease

| | | | |
|---|---|---|---|
| Head injury | High Blood Pressure | Chronic Fatigue | Eczema |
| Decreased hearing | Heart Murmur | Weight Loss | Nervousness |
| Ringing in ear(s) | Pounding Heart | Lb/time _____ | Depression |
| Ear Infections (freq.) | Swollen Ankles | Anemia | Use of Alcohol |
| Dizzy spells | Leg Pain When Walking | Sickle Cell Anemia | oz. EtOH/week |
| Fainting spells | Varicose veins / Phlebitis | Bruise Easily | C Smoke |
| Double / blurred vision | Rheumatic Fever | Cancer | 6 Cig. per day |
| Eye pain | Urinary Tract Infect. | Tumor(s) | **FEMALES:** |
| Eye Infections (freq.) | Painful Urination | Diabetes | MENSTRUAL HISTORY |
| Nose bleeds (freq.) | Blood in Urine | Thyroid trouble | N/A Age of Onset |
| Sinus problems | Overnight Urination | Convulsions / | Regular / Irregular |
| Sore Throats (freq.) | More than 2x / night | Seizures | FLOW: |
| Hayfever / Allergies | Lost Control of Urination | Stroke | Light |
| Hoarseness-Prolonged | Decrease in force of | Tremor / Hands | Moderate |
| more than 1 month | Urination | Shaking | Pain / Cramps with |
| Recent change in | Kidney Stones | Numbness of | Menstrual Flow |
| Bowel Habits | Venereal Disease | Extremities | Length of Cycle |
| Diarrhea | Gonorrhea | Tingling in Extremities | Number of Pregs. |
| Constipation | Syphilis | Headache(s) | Number Live Births |
| Bleeding / Tarry Stools | Herpes | Frequent | Number of Miscarriages |
| Hemarrhoids | Penis Discharge | Memory Loss | Method of |
| Gallbladder Trouble | Penis sores or growths | Rheumatism | Birth Control |
| Jaundice / Hepatitis | Tuberculosis | Joint Problems | If pill, |
| C Hernia | Pneumonia/Pleurisy | Back Pain | name of pill |
| 90 Surgery for Hernia | Bronshitis | Back Pain persistent | Hot Flashes |
| Loss of Appetite-recent | Cough-productive | Bone fracture(s) | Menopause |
| Difficulty Swallowing | purulent (circle) | Gout | Breast knots / masses |
| Indigestion / Heartburn | C Asthma / Wheezing No Meds | Foot Pain | Pain in Breasts |
| Persistent Nausea | Shortness of breath: | Arthritis | Other Symptoms or Disease |
| Vomiting | On EXERTION | C Rashes Arms | My |
| Vomiting Blood | LYING FLAT | Psoriasis | |
| Stomach Ulcers | Night Sweats | Cold / Numb | |
| Abdominal Pain | | Feet | |
| Chest Pain | | Hives | |

COMMENTS: _____

_____

CLASSIFCATION: I

NAME: Gaines, Garrett Leon    AISN 173280    8/M

F-26A

Ht _5'7½"_  Wt _150_  P _N/A_  R _____  T _____   BP _104/70_

VISION:  R _20/20_  L _20/25_ _____  P.P.D. _0 mm_

COMMENTS: _____  Hct. _44.1_

GENERAL APPEARANCE: _____  HIV _Done_

## PHYSICAL EXAMINATION:

VDRL _RPR-NR_

| | NEG. | ABNOR. | | NEG. | ABNOR. |
|---|---|---|---|---|---|
| Head/Scalp | | | Neck | | |
| Lids/Sclera/Conj | | | Shoulders | | |
| Eye Muscles | | | Touch Hands on | | |
| (E.O.M.'S) | | | Head | | |
| Pupils | | | Elbows | | |
| Fundi | | | Wrists | | |
| Ears | | | Fingers | | |
| Hearing T.F. | | | Back | | |
| Nose | | | Hips | | |
| Teeth/Gums | | | Knees | | |
| Pharynx | | | Ankles/Feet | | |
| Thyroid | | | Paralysis | | |
| Neck Glands | | | Gait | | |
| Carotid Bruits | | | Muscle Atrophy | | |
| Chest/Lungs | | | Tremor(s) | | |
| Heart (P.M.I.) | | | Squats on Toes | | |

**HEART:**
| | NEG. | ABNOR. |
|---|---|---|
| Rhythm | | |
| Rate | | |
| Murmur | | |
| Breast Nipples | | |
| Axillary Nodes | | |
| Abd. Masses | | |
| Abd. Tenderness | | |
| Liver/Spleen | | |
| Abd. Bruits | | |
| Hernia Rings | | |
| Inguinal Nodes | | |

**TENDON REFLEXES:**
| | NEG. | ABNOR. |
|---|---|---|
| Elbow | | |
| Wrists | | |
| Knees | | |
| Achilles | | |

**FEMALES:**
| | NEG. | ABNOR. |
|---|---|---|
| Vulva/Vagina | | |
| Adnexae | | |
| Cervix | | |
| Uterus | | |
| Utero/Rectocoele | | |
| Pap Smear done | | |

**PULSES:**
| | NEG. | ABNOR. |
|---|---|---|
| Femoral | | |
| Dorsalis Pedis | | |
| Varicose Veins | | |
| Pedal Edema | | |
| Skin Lesions | | |

**MALES:**
| | NEG. | ABNOR. |
|---|---|---|
| Penis | | |
| Penile Discharge | | |
| Penile lesions | | |
| Herpes | | |
| Testes | | |
| Scrotal Sac | | |
| Prostate | | |

**NAIL BEDS:**
| | NEG. | ABNOR. |
|---|---|---|
| Fingers | | |
| Toes | | |

Hemoccult
Anal/Rectal

COMMENTS: _Diffuse rash noted to arms; instructed to_ _begin up_
_sick call._

EXAMINER

_8/6/93_
DATE

**IN CASE OF EMERGENCY NOTIFY:**

Name _Fannie Ball_ _373-2747_  Address _Rt. 2 Box 165  Aliceville Al. 35442_

Name _Gaines, Garrett Leon_  AISN _173880_  _B/M_

F-26B