## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines, Garrett   AIS#: 173280   Institution: Easterling

Date Review Completed: 10-4-05   Date Placed in Segregation: 2-14-03

30 DAY REVIEW                 90 DAY REVIEW Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

## MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

## BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other:_____

COMMENTS:

RECOMMENDATIONS:

_X_  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
     *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
     *REFERRED FOR PSYCHIATRIC EVALUATION*
     *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

AL.DOC Form 463-01

4 of 4

AR 465 – November 7, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Gaines, Garrett_  AIS#: _173280_  Institution: _ECF_

Date Review Completed: _7-8-05_  Date Placed in Segregation: _2-14-03_

### 30 DAY REVIEW                          90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

### MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other:_____

COMMENTS:

### RECOMMENDATIONS:

_X_   *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines Garrett  AIS#: D3280  Institution: ECF

Date Review Completed: 4-21-05  Date Placed in Segregation: 2-14-03

**30 DAY REVIEW**                    **90 DAY REVIEW** Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

**MENTAL STATUS EXAMINATION**

| Affect: | Appearance: |
|---|---|
| Appropriate for Segregation | Appropriate for Segregation |
| Concentration: | Intellectual Functioning: |
| Appropriate for Segregation | Within Normal Limits |
| Mood: | Memory: |
| Appropriate for Segregation | Intact |
| Orientation: | Speech: |
| Appropriate for Segregation | Appropriate for Segregation |
| Other: | |

**BEHAVIORAL OBSERVATIONS**

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other: _____

**COMMENTS:**


**RECOMMENDATIONS:**

_X_  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
     *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
     *REFERRED FOR PSYCHIATRIC EVALUATION*
     *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Gaines Garrett_ AIS#: _173280_ Institution: _ECF_

Date Review Completed: _1-11-05_ Date Placed in Segregation: _2-14-03_

30 DAY REVIEW          ✓ 90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

### MENTAL STATUS EXAMINATION

| Affect: | Appearance: |
|---|---|
| Appropriate for Segregation | Appropriate for Segregation |
| Concentration: | Intellectual Functioning: |
| Appropriate for Segregation | Within Normal Limits |
| Mood: | Memory: |
| Appropriate for Segregation | Intact |
| Orientation: | Speech: |
| Appropriate for Segregation | Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other: _____

COMMENTS:

### RECOMMENDATIONS:

___X___ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
REFERRED FOR PSYCHIATRIC EVALUATION
Other:

| Inmate Name | |
|---|---|
| | AIS # |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-7-05 | 5:25PM | "S" I need help. Everytime I get close they write me up. I've been here 3 years. I need from back here or I'm going to be a mental patient. I don't want to hurt myself but they going to force me too. I got no hope. They are leaving me only 2 options do something to myself or do something to someone else. Get me away from here or someone is going to get hurt. "O"- Angry, talking loud, vague threats to self and others, altered emotional state. "A"- Altered emotional state, Angry "P"- Contact on call psychiatrist. | Mitchell |

Patient's Name, (Last, First, Middle): Gaines, Garrett

AIS#: 173280

Age: 18/m

Facility: ECF

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/28/04 | S | I/M seen in Seg Dorm. Indicates that he has no new ψ problem, but has received a disciplinary. I/M does not want to be on mental health roles. Anger is I/M primary problem. Single cell since 12/03. | |
| | O | ⊖SI ⊖HF ⊖AA ⊖DA, oriented x4, polite + well mannered, assertive but not aggressive. Good interaction. ⊖ thought d/o ⊖ mood d/o ⊖Sxs of psychosis. Good MSE. ⊖ Rx. Appears stable @ present. | |
| | A | dx as before. Will change M.H. Code to error HISTORY if remains stable for 2 more visits. | |
| | P | Will see every 2 weeks x 2.   BF | |
| 9/15/04 | | bradley code △ to Hx i/m maintime and taken off MH caseload. | |

Patient';s Name, (Last, First, Middle): GAINES, GARRETT

AIS#: 173280

Age: 27

R/S: B/m

Facility: ECF

F-61

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/14/04 | S | I/M seen in seg dorm. Not taking any meds. I/M does not think there is anything wrong & him and wants to D/C mental health services. | |
| | O | ⊖SI ⊖HI ⊖HA ⊖DA ⊖ paranoia & other delusions, no evidence of thought d/o, mood d/o, or psychosis. Good MSE. | |
| | A | – dx resolved | |
| | P | Change MH code to "HISTORY", I/M told that MH services were always available if needed. BRay | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| GAINES, GARRETT | 173280 | | | ECF |

F-61

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines, Garrett   AIS#: 173280   Institution: ECF

Date Review Completed: 10-12-04   Date Placed in Segregation: 2-14-03

**30 DAY REVIEW**         ✓ **90 DAY REVIEW** Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: __Brian Mitchell, Psychological__ Asst. II

MENTAL STATUS EXAMINATION

| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
|---|---|
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| (Aggressive) | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS: Pt. has fought other individuals during this reporting period.

RECOMMENDATIONS:

__X__ *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
____ *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
____ *REFERRED FOR PSYCHIATRIC EVALUATION*
____ *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines, Garrett  AIS#: 173280  Institution: ECF

Date Review Completed: 7-9-04   Date Placed in Segregation: 2-14-03

**30 DAY REVIEW**        ✓ **90 DAY REVIEW** Brian Mitchell P.A.II

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

### MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other: _____

### COMMENTS:

### RECOMMENDATIONS:

_X_   SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
     SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
     REFERRED FOR PSYCHIATRIC EVALUATION
     Other:

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/8/03 | 1335 | In seg. He refuses to see 4 today. Will offer services again on next day here. | *Ken* |
| 10/21/03 | 1410 | S. Seen in seg cell. No c/o or questions. He has no interest in 4 meds. He just wants out of seg. O. Affect appears neutral to constricted. Little interest in talking No overt distress A Cluster B personality d/o P. Monitor in seg | *Ken Kerm* |
| 2/11/04 | | S- Pt seen during Seg rounds. Pt was not open to talking. Pt spends most of time sleeping O- Normal affect, Non-responsive A- Stable P- Continue to monitor | *J.Griffins, MHP* |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gaines Garrett | 173280 | 25 | B/m | ECF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 16 Sep 03 | | Pt seen in Plu at cell on seg unit. Pt has been refusing Prozac. Wants out of seg. Affect mildly angry + demanding. Ax/DP: As above ① Continue to offer Prozac ② Plu 4 weeks | |
| 9/25/03 | 10:30 am | S: "U don't want my medication. U don't need it and I'm not having any problems." O: In seg. Oriented X3. Came to the door to talk c Nurse. Speaking clearly et very pleasant. A: Non-compliant effort on for a couple of months. Was non-compliant most of August et Apts this above date. P: Will Plu et recommend refer inmate to N.H.N. People. ———  A Henry RN | |
| 9/30/03 | 1430 | Case discussed w/ Ms Henry. Will d/c Prozac order and see inmate only if required.  ⟋ On | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Gaines, Garrett | 173280 | 25 | B/M | Easterling |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/9/03 | | Pt quit taking Prozac for 1 wk & cn tell the diff _RBT adv med cmplc_ Resume Prozac 20 qd | |
| 03/05/03 | | (S) Pt is currently housed in seg, no current complaints with mental health functioning. (O) Coherent; no thought disorder (A) Stable at present (P) Cont. with mental health intervention. _J. Brown, LPC_ | |
| 4/16/03 | | Pt states he is alright (Prin) Prozac renewed A/P no chg | |
| 4/14/03 | | As there arrear | E. Wooley, MD |
| | | 7/3/03 Refused | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| GAINES, GARRETT | 173280 | 26 | Bm | BCCF |

F-61

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name _Gaines Garrett_ AIS#: _173280_ Institution: _ECF_

Date Review Completed: _4-2-04_ Date Placed in Segregation: _2-14-03_

       30 DAY REVIEW       ✓ 90 DAY REVIEW _Brion Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: __Brian Mitchell, Psychological Asst. II__

**MENTAL STATUS EXAMINATION**

| | |
|---|---|
| Affect: <br> Appropriate for Segregation | Appearance: <br> Appropriate for Segregation |
| Concentration: <br> Appropriate for Segregation | Intellectual Functioning: <br> Within Normal Limits |
| Mood: <br> Appropriate for Segregation | Memory: <br> Intact |
| Orientation: <br> Appropriate for Segregation | Speech: <br> Appropriate for Segregation |
| Other: | |

**BEHAVIORAL OBSERVATIONS**

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

**COMMENTS:**

**RECOMMENDATIONS:**

    __X__   *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
            *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
            *REFERRED FOR PSYCHIATRIC EVALUATION*
            *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

AR 465 – November 7, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name _Gaines, Garrett_ AIS# _173280_ Institution: _Easterling_

Date Review Completed: _1-5-04_ Date Placed in Segregation: _2-14-03_

30 DAY REVIEW          90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. II_

## MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

## BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other:_____

## COMMENTS:

## RECOMMENDATIONS:

___X___  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
*SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
*REFERRED FOR PSYCHIATRIC EVALUATION*
*Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines, Garrett  AIS#: D3280  Institution: Easterling

Date Review Completed: 10-2-03  Date Placed in Segregation: 2-20-03

30 DAY REVIEW          ✓ 90 DAY REVIEW  Brian Mitchell

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst. II

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | ~~Passive~~ |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS:

RECOMMENDATIONS:

   X   *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
       *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
       *REFERRED FOR PSYCHIATRIC EVALUATION*
       *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Gaines, Garrett_ AIS#: _173280_ Institution: _Easterling_

Date Review Completed: _7-2-03_ Date Placed in Segregation: _2-20-03_

30 DAY REVIEW      90 DAY REVIEW _Brian Mitchell_

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. I_

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other: _____ |

COMMENTS: _Coded SMI,_

RECOMMENDATIONS:

    _X_   SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
            SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
            REFERRED FOR PSYCHIATRIC EVALUATION
            Other:

| Inmate Name | |
|---|---|
| | AIS # |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### <u>REFERRAL TO MENTAL HEALTH</u>

Inmate Name: _Garrett Gaines_ AIS# _B/173280_ Date of Referral: _23 May 03_

**REASON FOR REFERRAL:**

- ☐ CRISIS INTERVENTION
- ☐ Family problem: _____
- ☐ Problems with other inmates: _____
- ☑ Recent stress: _Needs to talk with someone_
- ☐ Other: _____

- ☐ **EVALUATION OF MENTAL STATUS**

| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical complaints |
| ☐ Homicidal | ☑ Depressed | ☐ Sleep disturbance |
| ☐ Mutilative | ☐ Withdrawn | ☐ Hallucinations/delusions |
| ☐ Hostile, angry | ☐ Poor hygiene | ☑ Suspicious |
| ☐ Other inappropriate behavior: _____ | | |

- ☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

- ☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

- ☐ **OTHER:** _____

**COMMENTS:**

Referred by: _Sgt. Newton Brown_ Phone Contact #: _____

☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

"S" The Prozac has not done any good. I stopped taking it about a week and a half ago. I need to transfer.

"O"- Good eye contact, appropriate speech, oriented x 3.

"A"- Impulse control disorder, ASPD, Narcisstic PD.

"P"- Refer to psychiatrist.

Follow-Up by: _Brian Mitchell MS_ Date: _6-5-03_

| Inmate Name | AIS # |
|---|---|
| | |

33

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines, Garrett   AIS#: 173280   Institution: ECF

Date Review Completed: 4-1-03   Date Placed in Segregation: 2-20-3

30 DAY REVIEW                    90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, Psychological Asst.

MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect: Appropriate for Segregation | Appearance: Appropriate for Segregation |
| Concentration: Appropriate for Segregation | Intellectual Functioning: Within Normal Limits |
| Mood: Appropriate for Segregation | Memory: Intact |
| Orientation: Appropriate for Segregation | Speech: Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

(Aggressive)                    Irrational                    Passive
Agitated                        Labile                        Rational
Delusional                      Lethargic                     Terrified/Crying
Eye Contact                     Loose Associations            Withdrawn
Hallucinating                   Manipulative                  Suicidal
Hyperactivity                   Paranoia                      Other:_____

COMMENTS: Coded SMI

RECOMMENDATIONS:

__X__  SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
       SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
       REFERRED FOR PSYCHIATRIC EVALUATION
       Other:

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

*ECF*

INSTITUTION

Crisis Cell
Gaines, Garrett
NAME

173280    B/m

NUMBER    R/S

Lay-in for _____ days from _____

_____ (date) _____ to

(date) _____ due to

Instructions: *Please describe any*
*special observations. Pt may be*
*cleared from crisis cell & may*
*have mattress, blanket, clothing, personal*
*hygiene, regular food & tray*

failure to follow the directions above may result in a disciplinary.

*...re O2*

issued

*Willie Bryant CO?*    Signature *Wendell Bell MD*

1330

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*ECF*

INSTITUTION

Gaines, Garrett

NAME

173280    B/m

NUMBER    R/S

Lay-in for _____ days from _____

(date) _____ to _____

(date) _____ due to _____

Instructions: *Please place patient on*
*close observation for suicide precaution.*
*Plast mat & paper gown only. No*
*nothen, no blanket no clothing*
*no personal belongings + no*
*regular food tray. It may have*
*each luncher & safe blanket*

Failure to follow the directions above may result in a disciplinary.

Issued _____

Signature

*Sgt Willie Byrd    Wendell Bell m*

*1330*

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS**

Inmate Name: Gaines, Garrett                    AIS#: B 173280

Institution: Easterling CF    Date of Disciplinary Report: 12-5-02

Is the inmate currently on the mental health caseload?                    (Yes)    No
    If Yes, referred for mental health evaluation/consultation on: 12 Dec. 2002

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*              *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*           *Is inmate able to speak coherently?*      *Does the inmate avoid eye contact?*
*Does the inmate make sense?*                    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    (Yes)    No
    If Yes, referred for mental health evaluation/consultation on: 12 Dec. 2002

**MENTAL HEALTH STAFF:**
Date request for consult received: 12-12-02        Date consult returned: 12-12-02

Is the inmate competent to participate in the hearing?                          (Yes)    No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: Brian Mitchell        Phone Contact: 391-4471

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    (Yes)    No
Have the mental health recommendations been considered?                  (Yes)    No

Hearing Officer: _____    Date: 12 Dec. 2002

| Inmate Name | AIS # |
|---|---|
| Gaines, Garrett | B 173280 |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Gaines, Garrett          AIS#: B 173280

Institution: Easterling C.F.   Date of Disciplinary Report: 14 Nov. 2002

Is the inmate currently on the mental health caseload?          (Yes)     No
    If Yes, referred for mental health evaluation/consultation on: 25 Nov. 2002

**HEARING OFFICER:**

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?      Does the inmate know what date it is?    Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?    Is inmate able to speak coherently?       Does the inmate avoid eye contact?*
*Does the inmate make sense?             Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?     (Yes)     No
    If Yes, referred for mental health evaluation/consultation on: 25 Nov. 2002

**MENTAL HEALTH STAFF:**

Date request for consult received: 11-25-02          Date consult returned: 11-25-02

Is the inmate competent to participate in the hearing?                                          (Yes)     No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?     Yes     (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?     Yes     (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?     Yes     (No)
Mental Health Staff Member: Brian Mitchell, MS          Phone Contact: 397-4471

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?     (Yes)     No
Have the mental health recommendations been considered?                     (Yes)     No

Hearing Officer: _____          Date: 25 Nov. 2002

| Inmate Name | AIS # |
|---|---|
| Gaines, Garrett | B 173280 |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _Gaines, Garrett_ AIS#: _173280_ Institution: _ECF_

Date Review Completed: _9-30-02_ Date Placed in Segregation: _5-17-02_

30 DAY REVIEW      X 90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: _Brian Mitchell, Psychological Asst. I_

### MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:<br>Appropriate for Segregation | Appearance:<br>Appropriate for Segregation |
| Concentration:<br>Appropriate for Segregation | Intellectual Functioning:<br>Within Normal Limits |
| Mood:<br>Appropriate for Segregation | Memory:<br>Intact |
| Orientation:<br>Appropriate for Segregation | Speech:<br>Appropriate for Segregation |
| Other: | |

### BEHAVIORAL OBSERVATIONS

Aggressive     Irrational     Passive
Agitated     Labile     Rational
Delusional     Lethargic     Terrified/Crying
Eye Contact     Loose Associations     Withdrawn
Hallucinating     Manipulative     Suicidal
Hyperactivity     Paranoia     Other: _Bad attitude_

COMMENTS: _Currently coded as SMI. Inmate was reported by a seg. officer as having a bad attitude._

### RECOMMENDATIONS:

    _X_   *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
       *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
       *REFERRED FOR PSYCHIATRIC EVALUATION*
       *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: Gaines, Garrett    AIS#: 173280    Institution: ECF

Date Review Completed: 6-26-02    Date Placed in Segregation: 5-17-02

__X__ 30 DAY REVIEW                    ___ 90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: Brian Mitchell, MSCCSAP   Brian Mitchell, Psychological Asst. I

MENTAL STATUS EXAMINATION

| Affect: | Appearance: |
|---|---|
| Appropriate for Segregation | Appropriate for Segregation |
| Concentration: | Intellectual Functioning: |
| Appropriate for Segregation | Within Normal Limits |
| Mood: | Memory: |
| Appropriate for Segregation | Intact |
| Orientation: | Speech: |
| Appropriate for Segregation | Appropriate for Segregation |
| Other: | |

BEHAVIORAL OBSERVATIONS

Aggressive
Agitated
Delusional
Eye Contact
Hallucinating
Hyperactivity

Irrational
Labile
Lethargic
Loose Associations
Manipulative
Paranoia

Passive
(Rational)
Terrified/Crying
Withdrawn
Suicidal
Other: _____

COMMENTS:

RECOMMENDATIONS:

__X__  *SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH*
       *SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH*
       *REFERRED FOR PSYCHIATRIC EVALUATION*
       *Other:*

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/14/02 | | Pt is not Metellize c ag Pt's done Still in SG App nec | |
| 1/3/03 | | S- I dont want that medication its not doing any good. O- B/m alert Oriented X3. Visual contact. Calm. A. med non compliant P- Referred to Dr Landiss ————— MFnow | |
| 2/16/03 | | (S) Close watch follow-up. Pt. report feeling the same (does not believe he wants to go on living) (O) Affect- appears normal, suicidal threats (verbal) (A) Axis I Impulse Control Di. (P) Cont. on close watch entered in error — J. Bower, LPC wrong chart | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Mains, Garrett | 173280 | 25 | 6/M | Easterling |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6-10-02 | | P-orders noted - close watch D/c'ed | B.K. Battle LP. |
| 09/12/02 | | (S) F/u; Pt. reports that he is doing OK; no current complaints | |
| | | (O) Affect normal; no thought disorder present | |
| | | (A) Axis I: Impulse Control | |
| | | (P) Continue CD intervention to help Pt. gain insight on controlling impulses | J.S. Bower, LPC |
| 16 Sep 02 | | Pt seen in F/u. Pt has been gone to court. Pt complains he is "stressed out." Pt thinks Prozac is helping ___ not as impulsive, maybe more mellow. | |
| | | Affect mildly depressed but not as irritable and belligerent as in the past | |
| | | Axis I: Impulse Control Disorder NOS | |
| | | Axis II: PD (Cluster B) | |
| | | (1) Continue care + Prozac 20 mg Ø By | |
| | | (2) F/u 4 weeks | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| Gaines, Garrett | 173280 | 25 | B/M | ECF |

F-61

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Galanis Garrett_ AIS #: _173280_ R/S _B/m_

Date: _3_ / _6_ / _97_ DOB: _2_ / _11_ / _77_ AGE: _20_

Beta II _90_ WAIS _/_ _/_ WRAT-RL _92_ Last School Grade Completed _7_

MMPI Welsh Code _4*2-68 370/91'5#_ Megargee Type _____

_6-1C-#/_

### General Appearance

_X_ a. Neat and generally appropriate _No PSI_    _____ c. Flat or avoiding interaction

_____ b. Poorly groomed    _____ d. Sad or worried

_____ e. Other _Recidivant_
_Burgery III / Theft III_

---

### I.   Interpersonal Functioning

_____ a. Normal-good relationships likely    _____ d. Lacks skill or confidence

_____ b. Withdrawn / apparent loner    _X_ e. Probably difficult to get along with

_____ c. Likely to ignore rights / needs    *Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _X_ 6. (See Copy) _S/was diagnosed Conduct_
_Disorder Solitary Aggressive in 1993_

---

### II.   Personality

_____ a. Healthy    _____ d. Explosive

_X_ b. Antisocial    _____ e. Dependent

_____ c. Paranoid    _____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _Previous conduct Disorder_
_Solitary (aggressive per (N-259) Subject lays_
_blame on others, never on himself._

---

### III.   Substance Abuse

_X_ a. Alcohol addiction / abuse history _____
_Whiskey - Beer weekender_

_____ b. Drug addiction / abuse history _____
_MJ - daily =_

---

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"

Psychological Interview / Data En____ Form
Page Two

_____ c. Current use _____
_____
_____

_____ d. Current addiction _____
_____
_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. ✗ 5. ✗ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____
_____

IV.  Emotional Status

_____ a. No significant problems

_____ b. Depressed _____
_____

_____ c. Anxious or stressful _____
_____

_____ d. Angry or resentful _____
_____

_____ e. Confusion or psychotic symptoms _____
_____
_____

_____ f. Mood disturbances _____
_____

_____ g. Sexual maladjustment _____
_____

_____ h. Paranoid ideation _____
_____

_____ i. Sleep / appetite disorder _____
_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. ✗✗ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _S// has history of A/S behavior, and use_
_and discipline___ Has career criminal lifestyle_

V.  Mental Deficiency

_____ a. Mild                          _____ d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe        Ave I O         _____ f. Memory deficit

Remarks: _____
_____
_____

*See manual for selections and numbers for "*other"

Psychological Interview / Data En    Form
Page Three

VI.    Management Problems        Ideation _____

_____ a.  Suicide potential     Plans _____

                                  History of attempts / gestures _____

_____

_____ b.  Serious mental history (specify) _____

_____

_____ c.  Impulsive / acting-out behaviors predicted _____

_____

_____ d.  Authority conflict _____

_____

_____ e.  Manipulative / untrustworthy _____

_____

_____ f.  Easily victimized _____

_____

_____ g.  Escape potential _____

_____

_____ h.  Assaultiveness _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.(See Copy)

_Iff has been management problem in past. He_
_Claims he wants to start fresh here med security_

VII.  Educational Needs
_X_ a.  ABE          _____ b.  Special Education    _X_ c.  Trade School    _____ d.  Jr. College

VIII. Mental Health Needs
                                  Date referred  Month _____  Year _____

_____ A. Refer to psychiatric service    _____ C. Depression         _____ K. Personal Development
_____ B. Substance abuse counseling      _____ E. Sexual adjustment   _____ L. Inst. Pre-Release
_____ D. Stress management               _X_ G. Anger induced acting out  _____ M. Residential Pre-Release
_X_ F. Reality therapy                   _____ I. Self-concept enhancement
_X_ H. Values clarification              _____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____
_GED - Trade School_
_MH Workshop_
_Manage @ WED or St Class med security_

_____
_C. Jata MS_                                     _3/6/87_
              Signature                               Date

*See manual (pages 23-25) for selections for "other". Give number and wording of selection.

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

--- CLIENT INFORMATION ---

Client        : GAINES, GARRETT          Age              : 20

Sex           : Male                     Marital Status   :

Education     :                          Date of Birth    : 02/11/77

File Name     : 173280

Prepared for: DEPARTMENT OF CORRECTIONS on 03/05/97

The interpretive information contained in this report should be viewed as only one source of hypotheses about the individual being evaluated.  No decisions should be based solely on the information contained in this report.  This material should be integrated with all other sources of information in reaching professional decisions about this individual.  This report is confidential and intended for use by qualified professionals only.  It should not be released to the individual being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc. All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT                                                PAGE  2
PREPARED FOR: DEPARTMENT OF CORRECTIONS

--- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES ---

```
          L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
110 --                                                                      -- 110
                     +
                     +
                     +
100 --               +                                                      -- 100
                     +
                     +
                     +
                     +
 90 --               +              *                                       -- 90
                     +
                     +
                     +
                     +
 80 --               +                                                      -- 80
                     +
                     +
                     +
 70 --               +                                                      -- 70
                     +
                     +
           *         +         *
 60 --          *    +                        *                             -- 60
                     +                                   *
                     +
               *     +         *                    *
 50 --               +                                      *    *          -- 50
                     +
               *     +
                     +
 40 --               +              *                                       -- 40
                     +
                     +
                     +
 30 --               +                                                      -- 30
                     +
                     +
                     +
 20 --               +                                                      -- 20
           1    2    3    4    5    6    7    8    9    0
           L    F    K    Hs   D    Hy   Pd   Mf   Pa   Pt   Sc   Ma   Si
-Score    61   51   60   45   61   52   92   36   57   51   56   49   50
Unanswered (?) Items = 0
```

Welsh Code:  4*2-68370/91:5# L-K-F/

--- PROFILE MATCHES AND SCORES ---

| Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|
| Codetype match: | | Spike 4 | Spike 4 |
| Coefficient of Fit: | | .97 | .97 |
| Scores:  ? (raw) | 0 | | |
| L | 61 | 56 | 56 |
| F | 51 | 53 | 53 |
| K | 60 | 54 | 54 |
| Hs (1) | 45 | 50 | 50 |
| D (2) | 61 | 54 | 54 |
| Hy (3) | 52 | 51 | 51 |
| Pd (4) | 92 | 71 | 71 |
| Mf (5) | 36 | 44 | 44 |
| Pa (6) | 57 | 50 | 50 |
| Pt (7) | 51 | 50 | 50 |
| Sc (8) | 56 | 51 | 51 |
| Ma (9) | 49 | 51 | 51 |
| Si (0) | 50 | 47 | 47 |
| Mean Clinical Elevation: | 57 | 54 | 54 |
| Ave age-males: | | 33 | 33 |
| Ave age-females: | | 31 | 31 |
| % of male codetypes: | | 7.7% | 7.7% |
| % of female codetypes: | | 3.5% | 3.5% |
| % of males within codetype: | | 82.2% | 82.2% |
| % of females within codetype: | | 17.8% | 17.8% |

Configural clinical scale interpretation is provided in the report for the following codetype(s):

Spike 4

MMPI-2 INTERPRETIVE REPORT                                          PAGE   4
PREPARED FOR: DEPARTMENT OF CORRECTIONS


### -- CONFIGURAL VALIDITY SCALE INTERPRETATION --

There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.


### -- VALIDITY SCALES --

? (raw) = 0

Scores in this range reflect a relatively small number of
unanswered items, which in and of itself should not have an
impact on the validity of the profile.

L        T = 61

L scores in this range are suggestive of individuals who
may be defensive, lack insight, and be slightly more conforming
and moralistic than usual.  They may have a tendency to repress
or deny problems and unfavorable traits.

F        T = 51

F scores in this range usually indicate that the individual
responded to the test items as do most individuals who are
relatively free of stress.

K        T = 60

Scores in this range are typically obtained by individuals
who tend to be defensive and unwilling to acknowledge
psychological problems and distress.  They are prone to minimize
and disregard problems with themselves and their lives.
Self-insight and self-understanding are usually lacking.  They
are very concerned about how they are perceived by others and
typically view emotional problems as weaknesses.

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --

Spike 4 Codetype

Clinical Presentation:

This codetype is the most frequently occurring in both men and women, although it is much more frequent in men.  Review of the supplementary and content scales is important for additional understanding of the multiple types of persons with this codetype.  In addition, the role of several moderator variables such as intellectual level, educational achievement, and socioeconomic status, needs to be considered to understand how the potential behaviors may be manifest.  Marital problems, substance abuse, sexual acting-out, delinquent behaviors, academic underachievement, and/or legal difficulties are potential problems, although persons with this codetype will not exhibit any of these behaviors nearly as frequently as other codetypes in which Scale 4 is elevated such as 4-8/8-4, 4-9/9-4, etc.

These individuals are very comfortable with themselves and their behavior.  As a consequence they report little emotional distress and few physical symptoms.  They indicate that they are happy most of the time.  They think clearly and rationally, and report good insight into their own behavior.  Memory and concentration are very good.

The self-concept of these individuals is outwardly very good.  However, this may be a facade for underlying feelings of insecurity, inadequacy, and dependency.

They are extraverted and make a good first impression on others, but this impression is not very lasting.  Their interpersonal relationships are often shallow, superficial, and meaningless.  These relationships are typically not reciprocal and are marked by distrust, a lack of empathy, and irresponsibility.

Treatment:

The prognosis is guarded unless treatment begins early in the life of the individual.  These individuals experience little personal distress and they expect others to change to meet their expectations rather than undertaking any serious examination of their own behavior.

Possible Diagnoses:

    Axis I    — Rule Out Adjustment Disorder
          Rule Out Cyclothymia
          Rule Out Psychoactive Substance Abuse Disorders

    Axis II   — Rule Out Antisocial Personality Disorder
          Rule Out Narcissistic Personality Disorder

--- CLINICAL SCALES ---

Hs (1)   T = 45

    Scores in this range are considered to be within normal
limits.

D  (2)   T = 61

    Scores in this range are typically obtained by individuals
who are not satisfied with their current life situation or with
themselves.  Individuals obtaining scores in this range may not
be aware of the degree to which they feel dissatisfied or may
have learned to adjust to a long term dissatisfaction.

Hy (3)   T = 52

    Scores in this range are considered to be within normal
limits.

Pd (4)   T = 92

    Scores in this range are typically obtained by individuals
who are characterized as angry, belligerent, rebellious,
resentful of rules and regulations, and hostile toward authority
figures.  These individuals are likely to be impulsive,
unreliable, egocentric, and irresponsible.  They often have
little regard for social standards.  They often show poor
judgment and seem to have difficulty planning ahead and
benefiting from their previous experiences.  They make good first
impressions but long term relationships tend to be rather
superficial and unsatisfying.  Analysis of the Content Scales
and/or the Harris-Lingoes Subscales may facilitate interpretation
of scores within this range.

Mf (5)   T = 36

    Males obtaining scores within this range usually identify
strongly with the traditional masculine role.  They may
over-emphasize their strength and physical ability.

Pa (6)   T = 57

    Scores in this range are considered to be within normal
limits.

Pt (7)   T = 51

    Scores in this range are considered to be within normal
limits.

Sc (8)   T = 56

    Scores in this range are considered to be within normal
limits.

Ma (9)   T = 49

    Scores in this range are considered to be within normal
limits.  Normal adolescents and college students tend to score in
the upper end of this range (T-scores of 54-57).  Persons older
than 60 who score in the upper end of this range are likely to be
overly energetic and active.

Si (0)   T = 50

    Scores in this range are considered to be within normal
limits.


                         -- ADDITIONAL SCALES --


    No additional scales were selected for interpretation by
the user.



                         END OF REPORT
                         * * * * * * * *

## IN-PATIENT MEDICAL RECORD
### PROGRESS NOTES

| DATE | |
|------|---|
| 4/26/94 | SCCF, seg. — Chart not available. Not suicidal or psychotic. No acute distress, no cognitive or affective problems at this time. |
| | _[signature]_ Todd W. ___, M.D. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Gaines, Garrett | | | |

**IN-PATIENT MEDICAL RECORD**
**PROGRESS NOTES**

| DATE | |
|---|---|
| 3/24/94 | SCCF reg - not suicidal or psychotic. No acute distress. No cognitive or affective aberrations. Discussed his thoughts and feelings about anger problems he has experienced. |

| Patient's Name, (Last, First, Middle) | AIS # | Age | R/S |
|---|---|---|---|
| Gaines, Garrett | 175280 | | |

F-61

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

GAINES, GARRETT

Name: _____ AIS #: 173280 _____ R/S B/M

Date: 08 / 10 / 93 DOB: 02 / 11 / 77 AGE: 16

Beta II 95 _____ WAIS _____ / _____ / _____ WRAT-RL 08.8 Grade Completed 07 Last School

MMPI Welsh Code *4 2'3-598076/1:≈ _____ Megargee Type DELTA 06

### General Appearance

NO PSI

_____ a. Neat and generally appropriate

_____ b. Poorly groomed

_____ e. Other _____

_____ c. Flat or avoiding interaction

_____ d. Sad or worried

_____

_____

### I. Interpersonal Functioning

_____ a. Normal-good relationships likely

_____ b. Withdrawn / apparent loner

*** c. Likely to ignore rights / needs

_____ d. Lacks skill or confidence

**** e. Probably difficult to get along with

*Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. *** 5. _____ 6. (See Copy) _____

_____

_____

### II. Personality

_____ a. Healthy

_____ b. Antisocial

_____ c. Paranoid

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

*** 9. See Copy (Write in your wording) CONDUCT DISORDER , SOLITARY AGGRESSIVE TYPE

_____

_____

### III. Substance Abuse

_____ a. Alcohol addiction / abuse history _____

HE DENIED ABUSE.

_____

_____ b. Drug addiction / abuse history HE DENIED ABUSE.

Date Entered Terminal By _____

N-259

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____
_____
_____

_____ d. Current addiction _____
_____
_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____
_____

IV.  Emotional Status

_____ a. No significant problems

_____ b. Depressed _____
_____

_____ c. Anxious or stressful _____
_____

_____ d. Angry or resentful _____
_____

_____ e. Confusion or psychotic symptoms _____
_____
_____

_____ f. Mood disturbances _____
_____

_____ g. Sexual maladjustment _____
_____

_____ h. Paranoid ideation _____
_____

_____ i. Sleep / appetite disorder _____
_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. ***___ 7. _____ 8.
_____ 9. (See Copy) _____
_____
_____

V.  Mental Deficiency

_____ a. Mild                          _____ d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe                        _____ f. Memory deficit

Remarks: _____
_____

*See manual for  selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI.  Management Problems       Ideation _____ NONE INDICATED _____

_____ a. Suicide potential      Plans _____

History of attempts / gestures _____

_____

_____ b. Serious mental history (specify) _____

_____

***_____ c. Impulsive / acting-out behaviors predicted _____

_____

***_____ d. Authority conflict _____

_____

_____ e. Manipulative / untrustworthy _____

_____

_____ f. Easily victimized _____

_____

_____ g. Escape potential _____

_____

***_____ h. Assaultiveness __ HELL RAISING IN SCHOOL.      CAUSED HIM TO BE EXPELLED AND
HELL RAISING IN THE COUNTY( MULTIPLE FIGHTS WITH OTHER INMATES AND ONE ADMITTED
ASSAULT /ATTACK OF THE SHERIFF) CAUSED HIM TO BE SENT TO USE AS A SPECIAL CASE.
*Other ___ 1. ___ 2. ___ 3. ___ 4. ___ 5. ___ 6. ___ 7. ___ 8. ___ *** 9.(See Copy)
WHEN ASKED IF HE HAD ANY PENDING CASES TO RESULT FROM HIS ___ MANY FIGHTS, HE SAID
HE WAS NOT SURE? "MAY BE YES." (Q) " I DID THIS ONE DUDE REAL BAD. (Q) I POURED HOT
GREASE ON HIM. (Q) NO. IT DID NOT GET IN HIS FACE.. I COULD HAVE HAD I WANTED TO .(Q) IT
GOT ON HIS ARMS."

VII.  Educational Needs

_____ a.  ABE         **b.  Special Education        ***c.  Trade School         ____d.  Jr. College

Date referred  Month _____  Year _____

VIII.  Mental Health Needs

_____ A. Refer to psychiatric service   ___ C. Depression         ***K. Personal Development

_____ B. Substance abuse counseling   ___ E. Sexual adjustment

_____ D. Stress management         *** G. Anger induced acting out

***F. Reality therapy            ___ I. Self-concept enhancement

***H. Values clarification         ___ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: __ WE MAY NEED TO INVESTIGATE HIS       BEHAVIOR IN THE
CO JAIL TO SEE IF THERE ARE ENOUGH SUPPORTING DOCUMENTATION OF VIOLENCE TO  START IN CLOSE
CUSTODY .... HE IS SO MATTER-OF - FACT ABOUT  WHAT HE HAS DONE .

_____     _____
              Signature                                Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

ID=00173280   DATE=19930009   SEX = M   GAINES, GARRETT                IN = 17

```
         L    F    K   HS    D   HY   PD   MF   PA   PT   SC   MA   SI
RAW:     5    5   13    9   25   24   32   25    8   24   24   20   28
  T:    53   55   51   44   70   64   81   59   50   52   53   59   53
```

WELSH CODE:   *4 2*3-598076/1:=

D IS THE BEST GROUP, LEVEL IS HIGH

                GROUP= D          LEVEL= HIGH    TYPE= (06)


THIS GROUP OF INMATES ARE TYPICALLY ANTI-SOCIAL, DOMINANT, ASSERTIVE INDIVIDUALS
WHO WANT THEIR OWN WAY AND LACK ABILITY TO POSTPONE GRATIFICATION. THEY WILL NOT
HESITATE TO RESPOND AGGRESSIVELY TO PERCEIVED PROVOCATION.  THEY ARE EXCITEMENT
SEEKING AND HAVE A HIGH INCIDENCE OF DRUG USE, ESPECIALLY AMPHETAMINES, BARBIT-
URATES AND COCAINE.  RATE OF DISCIPLINARY INFRACTIONS IS TYPICALLY HIGH AND WORK
PERFORMANCE LOW.  RECIDIVISM RATE IS HIGH WITH FAILURE TO LEARN FROM PUNISHMENT
BY INCARCERATION.  "THEIR BASIC PROBLEM IS A SELF-DEFEATING NEED TO HAVE THEIR
OWN WAY..."
TREATMENT APPROACHES SHOULD FOCUS ON DEVELOPING RESPONSIBILITY FOR THEIR OWN
BEHAVIOR, SETTING FIRM LIMITS CONSISTENTLY ADMINISTERED BY SUPERVISORS IMMUNE
TO MANIPULATION, AND SEPARATION FROM MORE VULNERABLE, EASILY INFLUENCED INMATES.
REALITY THERAPY WHICH AVOIDS GIVING THEM THE CHANCE TO PROJECT BLAME FOR
THEIR BEHAVIOR TO OTHERS, CIRCUMSTANCES, OR THE ENVIRONMENT MAY BE HELPFUL WHERE
THERE IS A NUCLEUS OF DESIRE FOR CHANGE.

INST = 17

00173280   MALE   AGE 16 FORM B 19930809   GAINES, GARRETT

M M P I     P R O F I L E



|     | L | F | K | HS | D | HY | PD | MF | PA | PT | SC | MA | SI |
|-----|---|---|---|----|---|----|----|----|----|----|----|----|----|
| RAW | 5 | 5 | 13 | 9 | 25 | 24 | 32 | 25 | 8 | 24 | 24 | 20 | 28 |
| T | 53 | 55 | 51 | 44 | 70 | 64 | 81 | 59 | 50 | 52 | 53 | 59 | 53 |

00173280   MALE   AGE 16 FORM B 19930809   GAINES, GARRETT              INST =  17

P R O F I L E     I N T E R P R E T A T I O N

THE FOLLOWING MMPI INTERPRETATION SHOULD BE VIEWED AS A SERIES OF
HYPOTHESES WHICH MAY REQUIRE FURTHER INVESTIGATION. THIS REPORT IS
CONFIDENTIAL AND SHOULD NOT BE SHARED WITH THE PATIENT.

THIS IS A VALID PROFILE. IT APPEARS THAT THIS PATIENT HAS MADE AN
ATTEMPT TO FOLLOW INSTRUCTIONS AND READ THE ITEMS CAREFULLY. THE
RESPONSES APPEAR TO BE REALISTICALLY TRUTHFUL AND ARE LIKELY TO
REFLECT THIS INDIVIDUAL'S CURRENT STATUS.

INDIVIDUALS WHO OBTAIN SIMILAR PROFILES OFTEN DISPLAY DEPRESSION,
RESTLESSNESS AND AGITATION TO SITUATIONAL STRESS. THIS REACTION IS
CHARACTERISTIC OF A LONG-STANDING CYCLIC PATTERN OF POOR BEHAVIORAL
CONTROL WHICH IS FOLLOWED BY EXAGGERATED FEELINGS OF GUILT. THIS
DISTRESS IS OFTEN RELIEVED AFTER ENVIRONMENTAL MANIPULATION OR THE
BEGINNING OF ANOTHER PERIOD OF ACTING-OUT. THE BEHAVIORAL PATTERNS
OF THESE INDIVIDUALS SUGGEST A SELF-DEFEATING AND SELF-PUNITIVE
TENDENCY. LOW FRUSTRATION TOLERANCE AND A TENDENCY TOWARD ADDICTIVE
STATES MAY BE PRESENT. WHILE THE INSIGHT THESE PERSONS SHOW MAY BE
GOOD AND THEIR PROTESTATIONS OF RESOLVE TO DO BETTER SEEM GENUINE,
LONG RANGE PROGNOSIS FOR BEHAVIOR CHANGE IS POOR. RECURRENCE OF
ACTING-OUT BEHAVIORS AND SUBSEQUENT EXAGGERATED GUILT ARE COMMON.

--- DIAGNOSTIC AND THERAPEUTIC INDICATIONS ---

ASSESS SUICIDAL POTENTIAL. A CAREFUL REVIEW OF HISTORY MAY REVEAL
SIMILAR EPISODES. THESE INDIVIDUALS ARE MOST OFTEN SEEN AS CHARACTER
DISORDERS, THOUGH PREPSYCHOTIC STATES MAY OCCUR.

```
00173280   MALE  AGE 16 FORM B 19930809  GAINES, GARRETT          INST =  17

     B A S I C    A N D   S U P P L E M E N T A L   S C A L E S


     QU    L    F    K    HS    D    HY    PD    MF    PA    PT    SC    MA    SI

R    1    5    5   13    9    25   24    32    25    8    24    24    20    28
T   50   53   55   51   44   70   64    81    59   50    52    53    59    53


    D-O   D-S  HY-O HY-S PD-O PD-S PA-O PA-S MA-O MA-S

R   13   12    6   18   14   13    2     6    4    13
T   62   56   53   62   73   66   48    50   44    64


     A    R    ES   DY   CA   LB   OH   HE    AL   CR    PZ    DR    SM    AR

R   13   17   54   29   14   11   12   34    23   44    28    26    18    22
T   51   53   66   60   58   58   49   68    51   52    51    56    48    40


    D1    D2   D3   D4   D5   HY1  HY2  HY3   HY4  HY5   PD1   PD2   PD3   PD4A

R   13    9    2    4    5    4    8    5     2    3     7     5     7     6
T   68   70   42   61   66   53   62   62    47   53    80    55    47    52


    PD4B  PA1  PA2  PA3  SC1A SC1B SC2A SC2B SC2C SC3   MA1   MA2   MA3   MA4

R   10    2    1    4    4    3    1    5     0    0     3     5     4     3
T   74   50   42   51   52   58   47   68    40   40    60    60    53    52


    SOC  DEP  FEM  MOR  REL  AUT  PSY  ORG   FAM  HOS   PHO   HYP   HEA

R    8   10    6   10    6    8    6    3     7    5     8    13     2
T   49   56   41   54   49   46   46   44    64   41    56    52    42


F-K =   -8     AI =    73     IR =  0.81
```

00173280   MALE   AGE 16 FORM B 19930809   GAINES, GARRETT        INST = 17

## C R I T I C A L    I T E M S

THESE ITEMS WERE ANSWERED IN THE INDICATED DIRECTION. THOUGH TOO MUCH
SIGNIFICANCE SHOULD NOT BE PLACED ON ANY INDIVIDUAL TEST RESPONSE,
THESE RESPONSES MAY SUGGEST AREAS FOR FURTHER INVESTIGATION.

### --- DISTRESS AND DEPRESSION ---

I CERTAINLY FEEL USELESS AT TIMES. (T)
MOST NIGHTS I GO TO SLEEP WITHOUT THOUGHTS OR IDEAS BOTHERING ME. (F)
I AM AFRAID OF LOSING MY MIND. (T)
I HAVE DIFFICULTY IN STARTING TO DO THINGS. (T)

### --- AUTHORITY PROBLEMS ---

IN SCHOOL I WAS SOMETIMES SENT TO THE PRINCIPAL FOR CUTTING UP. (T)
I HAVE NEVER BEEN IN TROUBLE WITH THE LAW. (F)

### --- FAMILY DISCORD ---

AT TIMES I HAVE VERY MUCH WANTED TO LEAVE HOME. (T)
I HAVE VERY FEW QUARRELS WITH MEMBERS OF MY FAMILY. (F)
I BELIEVE THAT MY HOME LIFE IS AS PLEASANT AS THAT OF MOST PEOPLE
     I KNOW. (F)
MY PEOPLE TREAT ME MORE LIKE A CHILD THAN A GROWN-UP. (T)

0017328C   MALE   AGE 16  FORM B  19930809   GAINES, GARRETT              INST =  17

## ITEM RESPONSES

```
  1 T    2 T    3 T    4 F    5 F    6 F    7 T    8 F    9 T   10 F
 11 T   12 T   13 F   14 F   15 F   16 F   17 T   18 T   19 F   20 T
 21 T   22 F   23 F   24 T   25 F   26 T   27 F   28 F   29 F   30 T
 31 F   32 F   33 F   34 F   35 F   36 T   37 T   38 F   39 F   40 T
 41 F   42 T   43 F   44 F   45 F   46 F   47 F   48 F   49 F   50 F
 51 T   52 F   53 F   54 T   55 T   56 T   57 F   58 F   59 F   60 T
 61 T   62 F   63 F   64 F   65 T   66 F   67 T   68 T   69 F   70 T
 71 F   72 F   73 T   74 F   75 T   76 T   77 F   78 F   79 F   80 F
 81 F   82 F   83 T   84 T   85 F   86 F   87 F   88 T   89 F   90 T
 91 F   92 F   93 F   94 T   95 F   96 F   97 T   98 T   99 T  100 T
101 T  102 T  103 T  104 F  105 F  106 F  107 F  108 F  109 F  110 T
111 T  112 T  113 T  114 F  115 T  116 F  117 F  118 T  119 T  120 T
121 F  122 T  123 F  124 T  125 F  126 F  127 T  128 T  129 F  130 T
131 F  132 F  133 T  134 T  135 T  136 F  137 F  138 F  139 F  140 F
141 T  142 T  143 F  144 F  145 F  146 T  147 F  148 F  149 F  150 T
151 F  152 F  153 F  154 T  155 T  156 F  157 F  158 F  159 F  160 F
161 F  162 T  163 F  164 T  165 F  166 F  167 F  168 F  169 F  170 F
171 T  172 T  173 T  174 T  175 T  176 T  177 F  178 T  179 F  180 T
181 F  182 T  183 F  184 F  185 T  186 F  187 F  188 T  189 F  190 T
191 F  192 T  193 F  194 T  195 T  196 F  197 F  198 T  199 T  200 F
201 F  202 F  203 F  204 F  205 F  206 F  207 T  208 T  209 F  210 F
211 F  212 T  213 F  214 F  215 F  216 F  217 T  218 F  219 T  220 T
221 T  222 T  223 F  224 T  225 F  226 F  227 F  228 F  229 F  230 F
231 F  232 F  233 T  234 T  235 F  236 F  237 T  238 F  239 T  240 F
241 F  242 F  243 F  244 F  245 F  246 F  247 F  248 F  249 F  250 F
251 F  252 F  253 F  254 F  255 F  256 F  257 T  258 F  259 T  260 F
261 F  262 T  263 F  264 F  265 F  266 F  267 F  268 T  269 F  270 T
271 F  272 T  273 F  274 F  275 F  276 T  277 T  278 F  279 F  280 F
281 T  282 T  283 F  284 F  285 T  286 F  287 F  288 F  289 F  290 F
291 F  292 F  293 F  294 F  295 T  296 T  297 F  298 T  299 F  300 T
301 F  302 T  303 F  304 F  305 T  306 T  307 F  308 T  309 T  310 T
311 F  312 F  313 F  314 F  315 F  316 T  317 F  318 F  319 F  320 F
321 T  322 F  323 F  324 F  325 F  326 F  327 T  328 F  329 T  330 T
331 F  332 F  333 F  334 F  335 F  336 F  337 F  338 F  339 F  340 F
341 F  342 F  343 F  344 F  345 F  346 F  347 F  348 F  349 F  350 F
351 F  352 F  353 T  354 F  355 F  356 F  357 F  358 F  359 F  360 F
361 F  362 F  363 F  364 F  365 F  366 F  367 T  368 F  369 F  370 F
371 F  372 T  373 F  374 F  375 F  376 T  377 F  378 F  379 T  380 T
381 F  382 T  383 F  384 F  385 F  386 F  387 F  388 F  389 F  390 T
391 T  392 F  393 F  394 T  395 F  396 F  397 T  398 T  399 T  400 T
401 T  402 F  403 F  404 T  405 T  406 F  407 F  408 F  409 F  410 T
411 F  412 T  413 F  414 F  415 T  416 F  417 F  418 F  419 F  420 F
421 F  422 F  423 T  424 F  425 F  426 T  427 F  428 F  429 F  430
431 T  432 F  433 F  434 F  435 F  436 T  437 F  438 T  439 F  440 T
441 T  442 F  443 T  444 T  445 F  446 F  447 F  448 F  449 T  450 T
451 F  452 F  453 T  454 F  455 T  456 F  457 F  458 F  459 F  460 T
461 F  462 F  463 F  464 T  465 T  466 F  467 F  468 F  469 F  470 F
471 F  472 F  473 F  474 T  475 T  476 F  477 F  478 F  479 T  480 F
481 F  482 T  483 F  484 T  485 T  486 F  487 T  488 F  489 F  490 F
491 F  492 F  493 F  494 F  495 F  496 F  497 F  498 T  499 T  500 F
501 T  502 T  503 T  504 F  505 F  506 T  507 F  508 T  509 F  510 F
511 T  512 F  513 T  514 F  515 T  516 F  517 F  518 F  519 F  520 F
521 T  522 T  523 F  524 T  525 T  526 F  527 F  528 T  529 F  530 F
531 F  532 T  533 T  534 T  535 F  536 F  537 F  538 F  539 F  540 T
541 T  542 T  543 F  544 F  545 F  546 T  547 T  548 F  549 T  550 F
551 F  552 F  553 F  554 F  555 F  556 T  557 F  558 T  559 F  560 T
561 T  562 F  563 T  564 F  565 F  566 T
```



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 9/7/05 | TIME 5:25 AM (PM) | ORIGINATING FACILITY _Easterling_ □ SIR □ PDL □ ESCAPEE □ _____ | □ SICK CALL □ EMERGENCY ☒ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |

| VITAL SIGNS: TEMP _____ ORAL RECTAL _____ RESP _____ PULSE _____ B/P ___/___ RECHECK IF SYSTOLIC <100> 50 ___/___ |

**NATURE OF INJURY OR ILLNESS**

S: Inmate seen by Mr. Mitchell
ADOC Psych Associate. & inmate
stated "I need help. Everytime
I get close they write me" up. I've
been here 3 years. I need from back
here or I'm going to be a mental
patient. I don't want to hurt my-
self, but they are going to force me
too.

O: Angry, talking loud, vague
threats to self & others, Altered
emotional state. No apparent visible
injury noted.

**PHYSICAL EXAMINATION**

A: Altered emotional state. Angry

P: Will notify on call psychiatrist
regarding inmate status.

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**

| | TIME | BY |

Dr. Nevels returned call 5:45 pm
& stated "Not to put on
watch at this time & observe
& notify him of any
attempts to hurt self & others
per Dr. Nevels (R. Flowers, LPN)

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 9/7/05 | TIME 5:45 AM (PM) | (RELEASE) / TRANSFERRED TO ☒ DOC □ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE R. Flowers LPN | DATE 9/7/05 | PHYSICIAN'S SIGNATURE SBanerjee, MD. | DATE 11/9/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | DOC# 173280 | DOB 2/11/77 | R/S B/m | FAC. ECF |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY
ECF

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 11/1/05 | 815 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL | ☐ EMERGENCY |
| | | | ☒ OUTPATIENT | |

ALLERGIES NKDA    wt 169

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.4 ORAL/RECTAL    RESP 18    PULSE 80    B/P 140/90    RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

DOC
"My head is hurting"

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Blm A+Ox3 Resp c̄ ease
Skin WD c/o H/A  ō
injury noted to body
Skin intact NAD noted
Amb c̄ steady gait

A- Bodychart per DOC

P- See orders-

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol 500mg po now | 8ᵃ | SB |
| V/O Dr. Darbouze /SB | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 11/1/05 | 820 AM/PM | ☒ DOC ☐ AMBULENCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| SBushen | 11/1 | | 11/1/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Gaines Garrett | 173280 | 2/11/77 | Blm | ECF |

**Mosley, Gwendolyn**

From:        Brannan, Jane
Sent:        Monday, November 08, 2004 1:00 PM
To:          Mosley, Gwendolyn
Subject:     Garrett Leon Gaines  173 280

The Court has ordered us to produce copies of every thing in the inmate's  medical records in this case
from July 18, 2004 through July 28, 2004.
 The Court wants to  see all records, documents, request slips etc as the inmate claims he went back to the health care unit for additional medical care

Thank you
Jane

S _____ )    C.A. NO. _____
                            )
                            )
                            )
                            )

I, _Beth Long_____, hereby certify and affirm that I am
_HCU Medical Records_____, at _EASTERLING CORRECTIONAL FACILITY_;

that I am one of the custodians of inmate medical records at this institution;
that the attached documents are true, exact, and correct photocopies of certain
documents maintained here in the institutional medical file of one _____
_Gaines, Garrett L._, AIS NO. _173280_: and that I am over the age of twenty-one
years and am competent to testify to the aforesaid documents and matters stated
herein.

I further certify and affirm that said documents are maintained in the
usual and ordinary course of business at the _EASTERLING CORRECTIONAL FACILITY_;
and that said documents (and the entries therein) were made at, or reasonably
near, the time that by, or from information transmitted by, a person with
knowledge of such acts, events, and transactions referred to therein are said
to have occured.

This, I do hereby certify and affirm to , on this the _10_ day of
_November_____,_2004_.

                                        _Beth Long_____

SWORN TO AND SUBSCRIBED before me this the _10th_ day of _Nov___,_2004_.

                    _Linda A. Wilkinson_____
                    NOTARY PUBLIC
                    SEAL:
                    My Commission Expires _9/16/2007_

32

A-2J



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/6/04

**To:** ADOC ( Easterling )

**From:** PHS ( Easterling )

**Inmate Name:** Gaines, Garrett          **ID#:** 173280

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:** PPD Reading (mon) 11/8/04 Am pill call

_____

_____

_____

_____

**Date:** 11/6/04   **MD Signature:** Von Dr. Durbon Brockem   **Time:** 7:20p

60418

Garrett Gaines # 173280



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/22/04

**To:** DOC

**From:** PHS.

**Inmate Name:** Gaines, Garrett     **ID#:** 173280.

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Return to HCU. 9/27/04 to see
M.D.

**Date:** 9/22/04 **MD Signature:** S. Anderson LPN.     **Time:** 1155.

Garrett Gaines # 173280

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME 11:30 | ORIGINATING FACILITY Easterling | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 9/22/04 | AM / PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐_____ | ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP 98 | ORAL / RECTAL | RESP 20 | PULSE 92 | B/P 126/80 | RECHECK IF SYSTOLIC _____ /_____ <100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S - "I was letting the window down and I smashed my finger."

O - B/M alert & oriented, escorted to HCU by DOC officers c̄ cut to left hand tip of ring finger. Approx 2 cmm curved cut. Small amount of bleeding noted.

A - Alteration in skin integrity

PHYSICAL EXAMINATION

P - Wound cleansed c̄ NS, pressure applied to stop bleeding, steristrips applied c̄ pressure dressing

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to HCU as needed

| DISCHARGE DATE | TIME 11:45 | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 9/22/04 | AM / PM | | | ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE S. Anderson LPN | DATE 9/22/04 | PHYSICIAN'S SIGNATURE | DATE 9/27/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | DOC# 173280 | DOB 2/11/77 | R/S B/M | FAC Easterling |
|---|---|---|---|---|

PHS MD 70007                    (White - Record Copy, Yellow - Pharmacy Copy)

*Seg*



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/18/04

**To:** Doc

**From:** HCU

**Inmate Name:** Gaines, Garrett          **ID#:** 173280

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

8/19/04 – 8/25/04

Blood pressure & pulse check × 7 days.

8/19/04 5A BP ____ P ____ 5p BP ____ P ____

8/20/04 5A BP ____ P ____ 5p BP ____ P ____

8/21/04 5A BP ____ P ____ 5p BP ____ P ____

8/22/04 5A BP ____ P ____ 5p BP ____ P ____

**Date:** 8/18/04  **MD Signature:** Dr. Darbouze, LLE    **Time:** 2²⁵ P.M.

8/23/04 5A BP ____ P ____ 5p BP ____ P ____

8/24/04 5A BP ____ P ____ 5p BP ____ P ____

8/25/04 5A BP ____ P ____ 5p BP ____ P ____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-22-04

**To:** PHS / DOC / Easterling

**From:** PHS / HCU

**Inmate Name:** Gaines Garrett    **ID#:** 173280

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

BP✓ twice daily at 3⁰⁰am + 3⁰⁰pm

7/23    39 $\frac{128}{88}$ ⁸³ 3p _____    7/24    39 $\frac{130}{90}$ 3p ____

7/25    39 $\frac{100}{70}$ 3p _____

**Date:** 7/22/04    **MD Signature:** Dr. Darbouze / SScott LPN    **Time:** 938m

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7/25/04 | TIME 915 AM/PM (PM) | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☑ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98⁸  ORAL/RECTAL  RESP 16  PULSE 78  B/P 110, 64  RECHECK IF SYSTOLIC <100> 50 ____/____

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|---|

S: "It's hard to describe how I feel."
O: B/m standing @ cell door. A&O x3. Resp even et unlabored. Skin warm et dry to touch. O₂ sat-99%. Vital signs WNL. Small raised area noted @ (L) temple area. Ø nausea (+) headache Ø vomiting Ø diarrhea Ø constipation. PM meds given

PHYSICAL EXAMINATION

A: alt in comfort.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P: Continue current Rx as ordered. Appt has been scheduled c̄ MD for 7/28/04. | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/25/04 | TIME 925 AM/PM (PM) | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  Hawkins LPN | DATE 7/25/04 | PHYSICIAN'S SIGNATURE | DATE 1/26/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Gaines, Garrett | DOC# 173280 | DOB 2-11-77 | R/S B/M | FAC ECF |
|---|---|---|---|---|

PHS-MD-70007    (White - Record Copy, Yellow - Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY
ECF

| ADMISSION DATE 7/18/04 | TIME 1005 ☑AM ☐PM | ORIGINATING FACILITY ☐SIR ☐PDL ☐ESCAPEE ___ | ☑SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | 104 180 | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP 101.6 | ORAL RECTAL | RESP 20 | PULSE 100 | BP 140/80 | RECHECK IF SYSTOLIC <100>50 / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S" "all these scratches
the o/c did it not and
inmate." They choked me."
Doc bodychart.

O- B/m A+O X3. Skin
warm et sweaty. Resp
even et unlabored
Scratch noted to ℗
side of nose, Scratch
noted to ℗ shoulder

PHYSICAL EXAMINATION

Scratch noted to ℗
breast. No acute
distress noted. Denies
any other injuries.
No redness noted to neck.

A- Doc bodychart

P- Release to DOC.
Areas cleansed c peroxide and dried.
RTC PRN

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT
as above

| DISCHARGE DATE 7/18/04 | TIME 1010 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 7/18/04 | PHYSICIAN'S SIGNATURE | DATE 7/19/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Gaines Garrett | 133080 | DOB 2-11-77 | R/S B/m | FAC. ECF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Easterling_ | |
|---|---|---|---|
| 7 /18 /04 | 1145 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

ALLERGIES _NKDA_

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98.8_  ORAL/RECTAL  RESP _22_  PULSE _104_  B/P _150/98_  RECHECK IF SYSTOLIC <100> 50 _____

NATURE OF INJURY OR ILLNESS

S: "I have these 2 lumps on my head. I need looked at." "DOC Boys Chat" I want to get seen because I'm dizzy." "My head hurts Can you give me some Tylenol"

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: B/m Ambulating over to HCU, resp even, no acute distress noted. Steady Gait. Pupils are equal & reactive to light. Handgrips are strong & equal. noted 2 small raised areas to ⊕ temple of forehead. no S&S of dizziness at this time.
A: Alt in Comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P. Tylenol 500 po Now | 11:55A | as. |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

return to HCU if needed.

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7 /18 / 04 | 11:55 AM/PM | 7/18/04 11:55p ☑ DOC ☐ AMBULENCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| AR Osmun RN 7/18/04 | | | 7/19/04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Gaines, Garrett | 173280 | 2-11-77 | B/m | ECF |

PHS MR 70007          (White - Record Copy  Yellow - Pharmacy Copy)

## NAPhCARE
## SEGREGATION MEDICAL DOCUMENTATION FORM

Name: _____  AIS 173260  DOB _____  UNIT Seg  YEAR 2003



| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:  M – MEDICAL
D – DENTAL
P—PSYCHIATRIC
N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE | TIME | ORIGINATING FACILITY Easterling | | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|---|
| 12 /27/03 | 11:05 AM/PM | ☐ SIR   ☐ PDL   ☐ ESCAPEE   ☐ | | ☐ OUTPATIENT |

| ALLERGIES NKA    cut 180 | CONDITION ON ADMISSION ☐ GOOD   ☐ FAIR   ☐ POOR   ☐ SHOCK   ☐ HEMORRHAGE   ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.8   ORAL RECTAL 97.0   RESP. 18 | PULSE 98   B/P 130/90 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

5'8" c/m lightheaded
dizzy, get spots before
my eyes."

D&B/M amb to office of
seg with steady gait
skin W/D to touch, color
WNL for race. pt states
that he isn't taking any
medications but does
drink a lot of coffee.

**PHYSICAL EXAMINATION**

States that he has
been feeling like this
for a week but it just
got real bad. BBS [illegible]
et clear, [illegible] RRR.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

At rest in comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Pt instructed pt to cut down on coffee intake et sign up for sick call if symptoms continue. V.O. Dr Darbouse K Carter | | |

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT |
|---|

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 12 /27/03 | 11:15 AM/PM | ☑ DOC ☐ AMBULENCE ☐ Seg | ☑ SATISFACTORY   ☐ POOR ☐ FAIR   ☐ CRITICAL |

| NURSE'S SIGNATURE K Carter | DATE 12/27/03 | PHYSICIAN'S SIGNATURE | DATE 12 27 03 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Gaines Garrett | DOC# 173280 | DOB 2/11/77 | R/S B/M | FAC. Easter |
|---|---|---|---|---|

PHS MD 70007          (White - Record Copy   Yellow - Pharmacy Copy



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _GARROTT GAINES #173280_

Date of Birth: _2/11/77_   Social Security No.: _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_

Date: _12/8/05_   Time: _7:00_   (A.M.) P.M.

This is to certify that I, _Garrett Gaines_ , currently in
(Print Inmate's Name)

custody at the _Easterling Corr. Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Garrett Gaines_
(Signature of Inmate)**

_JMcKinnon_
(Signature of Medical Person)

_L Ewing_
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

Sdy
A Side 18

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_____ E Asterliv _____
**INSTITUTION**

Gains, Garrett _____      17328      B/m
**NAME**                  **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to**

_____          **due to** _____
**(date)**

**(date)**

PPD Reading   4-19-0 3
10 A.M.

**Instructions:**

_Failure to follow the directions above may result in a disciplinary._

4-17-03                    _L Ewin_
_____        Harold Haines
**Date Issued**            **Signature**

F-53

## DEPARTMENT OF CORRECTIO. ᒲ

### EMERGENCY/ N/S (OTHER) TREATMENT RECORD

☐ EMERGENCY
☑ OTHER

| DATE 2/14/03 | TIME 2:20 ☐AM ☑PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ |
|---|---|---|

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES NKDA    Wt. 170

VITAL SIGNS: TEMP 98.4 ☑ORAL ☐RECTAL    RESP. 16    PULSE 80    B/P 130/90
RECHECK IF SYSTOLIC <100 > 50

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S - Fight -
Bodychart per DOC

**PHYSICAL EXAMINATION**

O - Blm Amb to HCU c/o burning to face small abrasion ® wrist No other injury noted. No other complaints voiced.

**ORDERS, MEDICATION, etc.**

A - Bodychart per DOC
P - face irrigated c̄ water x 5-10min
   - Cleaned abrasion c̄ soap + water TAO applied
E - Advise to apply cool compresses
   Return PRN  verbalizes understanding

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2/14 03 | TIME 2:25 ☐AM ☑PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S Bushin | DATE 2/14 | PHYSICIAN'S SIGNATURE | DATE 2/14/03 | CONSULTATION |
|---|---|---|---|---|

PATIENT'S NAME (LAST, FIRST, MIDDLE)

| AGE 26 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 1732 |
|---|---|---|---|