# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ O/E _____ TREATMENT RECORD
(OTHER)

| DATE 2-14-03 | TIME 3²⁵ AM PM (circled) | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | wt 171 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98² ORAL RECTAL  RESP. 20  PULSE 88  B/P 68/88  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "I don't know for real, I got in a fight"

Sprayed c̄ pepper spray by DOC off. ā IM had consultation c̄ cell mate

**PHYSICAL EXAMINATION**

O: B/M amb to HCU steady gait. A&O x 3 V/S WNL denies burning sensations to eyes or skin denies C/O problem c̄ vision Snelling Chart 20/20 no injuries noted upon visual exam

**ORDERS, MEDICATION, etc.**

A: DOC BC

P: Washed in shower x 10 min by DOC no further tx indicated

E: Instructed IM to Return to HCU PRN

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2/14/03 | TIME 3³⁵ AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE K Shaw RN | DATE 2-14-03 | PHYSICIAN'S SIGNATURE | DATE 2/17/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Haines Harrott | AGE 26 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

NC 041                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

NAPHCARE

## INMATE FOOD SERVICE WORKER CLEARANCE

**MEDICAL RECORD REVIEW:**

| | Yes | No |
|---|---|---|
| Past history of hepatitis: | __ | ✓ No |
| TB test current: | ✓ Yes | __ No |
| TB test negative: | ✓ Yes | __ No |

If history of positive TB test,  verified completed treatment: _____ (Date)

**PHYSICAL ASSESSMENT:**

| | Yes | No |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: | __ | ✓ No |
| Has diarrhea: | __ Yes | ✓ No |
| Has a cough: | __ Yes | ✓ No |
| Lungs clear to auscultation: | ✓ Yes | __ No |
| Signs and symptoms of other contagious diseases: | __ Yes | ✓ No |

Specify:_____

This inmate's Medical Record has been reviewed and he/she has been examined:

✓ __ He/she IS medically cleared for duty as a food service worker.
__ He/she IS NOT medically cleared for duty as a food service worker.

Signature

Date 020503

NAME: Gaines, Garnett    ID#/DOB: 113280    LOCATION: East

NC 072

N CARE

# SEGREGATION MEDICAL DOCUMENTATION FORM

Name: _____ AIS 173280 DOB 2-11-77 UNIT: _____ YEAR 2002 2003

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY 2003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:  M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C – NO COMPLAINTS

NURSES SIGN AND INITIAL

6A41

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*East*

**INSTITUTION**

Gaines  Garrett          173280    B/m

**NAME**                **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

~~(date)~~

_____ due to _____

(date)

Blood   Sugar ✓ X3 days

1-16   3$^{30}$A   73 ——— 3p A

1-17   3$^{30}$A   65 ——— 3p 67

**Instructions:** 1-18  3$^{30}$A  71   3p  69

*Failure to follow the directions above may result in a disciplinary.*

1-15-03 _____     V.O.R.Darbough/tn
**Date Issued**          **Signature**

          173250 Garrett Gaines

F-53

NAPHCARE
EASTERLING CORRECTIONAL FACILITY
WRITTEN COUNSELING

Inmate Name: _Gaines Garrett_

AIS Number: _173280_    Housing Unit: _6 A_

Date: _122702_

This letter is to inform you that you have not been compliant with your medications that our physician has ordered for you. It is imperative for your health that you take this medication, and he has ordered the following medication for you:

_Prozac 20mg QD_

It is prescribed for the following times: _4pm_

_[Nurse's signature]_
Nurse's Signature

_122702_
Date

_____
Witness if refused to sign

_Garrett Gaines # 173280_
Inmate Signature

_12/27/02_
Date

_Inmate wants
medication DCed_

NAPHCARE
EASTERLING CORRECTIONAL FACILITY
WRITTEN COUNSELING

Inmate Name: _Garrett Gaines_

AIS Number: _1132800_    Housing Unit: _6A_

Date: _122202    4pm_

This letter is to inform you that you have not been compliant with your medications that our physician has ordered for you. It is imperative for your health that you take this medication, and he has ordered the following medication for you:

_Prozac 20mg PO QD_.

It is prescribed for the following times: _4pm_.

_Rheale_
Nurse's Signature

_Garrett Gaines_
Inmate Signature

_122202_
Date

_____
Date

_____
Witness if refused to sign

Your medication was found
On the top by the trash can.

# Referral to Mental Health

Inmate Name: Gaines, Garnett        ID #: 173280    Location: EAST    DOB: 021177

Reason for Referral

*Crisis Intervention*
- ○ Family problems: _____
- ○ Problems with peers: _____
- ○ Recent stress: _____
- ○ Other: _____

*Evaluation of Mental Condition*
- ○ Suicidal        ○ Anxious        ○ Physical complaints    ○ Impassivity
- ○ Homicidal       ○ Depressed      ○ Sleep disturbance      ○ Grandiosity
- ○ Mutilative      ○ Withdrawn      ○ Hallucinations/delusions ○ Hyperactivity
- ○ Hostile, angry  ○ Poor hygiene   ○ Suspicious
- ○ Other inappropriate behavior

*Evaluation of Need for Psychiatric Intervention*
*History of Psychotropic Medication prior to Intake*
*Other* _____

Comments: I/m medication found in trash.
I/m reports he doesn't need medication
anymore.

Referred by: [signature] RN        Department: NSG        Date: 122202

## Mental Health Follow-up: Evaluation / Treatment / Disposition

Follow-up by: _____    Date: _____    Time: _____

Referral to Mental Health

NC057

# DEPARTMENT OF CORRECTIONS
### EMERGENCY/ N/A (OTHER) TREATMENT RECORD

| DATE 12/6/02 | TIME 12:35 (AM/PM) | FACILITY ATS ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | Wt | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.6 ORAL RECTAL | RESP 18 | PULSE 124 | B/P 120/86 | RECHECK IF SYSTOLIC <100 >50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S - DOC Body Chart

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O - B/m to HCU c̄ etc for DOC body Chart. A+O x3. Resp c̄ ease. Ø injuries noted to Chest, arms, face or neck. Voices Ø c/o pain or distress. Steady gait s̄ limp. Voices Ⓞ c/o injury to self. Tattoos noted on Chest, arms, back etc.

**ORDERS, MEDICATION, etc.**

a - DOC Body Chart

P No new orders needed

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 12/16/02 | TIME 12:45 (AM/PM) | RELEASE/TRANSFERRED TO Isolation cell per DOC ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Bena Cenoll LPN | DATE 12/6/02 | PHYSICIAN'S SIGNATURE | DATE 12/6/02 7:02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garnett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

NC-041

# EPARTMENT OF CORRECT NS

## EMERGENCY/_____ ∩ 1 8 _____ TREATMENT RECORD
(OTHER)

| DATE 12-7-02 | TIME 6 30 AM PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ⊠ OTHER |
|---|---|---|---|

**ALLERGIES** NKDA ___ wt 164

CONDITION ON ADMISSION ⊠ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 98⁴ (ORAL) RECTAL **RESP** 18 **PULSE** 72 **B/P** 120/78 RECHECK IF SYSTOLIC _____ < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S: "A Body Chart"



**PHYSICAL EXAMINATION**

O: P/m amb to HCU, steady gait
A+O x 3, S WNL, denies injuries
no injuries noted upon exam
no acute phy distress noted

**ORDERS, MEDICATION, etc.**

A: DOC

P: No tx indicated
Release to DOC, admit to seg

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 12/7/02 | TIME 6 40 AM PM | RELEASE/TRANSFERRED TO ⊠ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ⊠ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE P Shaw RN | DATE 12-7-02 | PHYSICIAN'S SIGNATURE TH | DATE 12/9/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

NC 072

NI CARE
SEGREGATION MEDICAL DOCUMENTATION FORM

Name: Gaines Garrett    AIS 173280    DOB _____ UNIT Seg    YEAR 2002

KEY:  M – MEDICAL
      D – DENTAL
      P – PSYCHIATRIC
      N/C–NO COMPLAINTS

NURSES SIGN AND INITIAL

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10/26/02 | TIME 7:55 ☐AM ☐PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  NKA    WT-156

CONDITION ON ADMISSION
☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96°  ☐ORAL ☐RECTAL  RESP 16  PULSE 80  B/P 120/80
RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- "It feels like I have a clot & gas in my stomach. Every time I breath it hurts my left side."

|  | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- B/P amb. to healthroom. Sits with ☐ steady gait per officer Bellamy. Resp even & unlabored, stru (turum) a ble to trick note to breath over. Holds stomach. Describes Pain to stomach as dull. Last Bowel move was this morn, describes as soft.

**ORDERS, MEDICATION, etc.**

Denies Melena. Denies nausea or vomiting. Bowel sounds hypoactive upper quadrant. hyperactive lower quadrant. Return tenderness (mild) to (L) abdomen. abdomen soft nondistd.

A- Alt in Comfort

**DIAGNOSIS**  P- See Order Sheet

**INSTRUCTIONS TO PATIENT**  Follow T C sick call as Need

| RELEASE/TRANSFER DATE 10/26/02 | TIME 8:15 ☐AM ☐PM | RELEASE/TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE McKinnon LPN | DATE | PHYSICIAN'S SIGNATURE | DATE 10/29/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

JC 041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

A-9

# D CIPLINARY SEGREGATION P DICAL DOCUMENTATION

| INITIAL ASSESSMENT | VITAL SIGNS: | BP _____ | P _____ | R _____ |
|---|---|---|---|---|

Signs of Trauma ☐ No ☐ Yes Describe:

Medical/Mental Health Complaints ☐ No ☐ Yes Describe:

Existing Medical/Mental Health Conditions ☐ No ☐ Yes Describe: *See Admit note*

| Signature | | Date | Time |
|---|---|---|---|

| DATE/TIME | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9-16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | |
| Signs of Trauma | | | | ✓ | ✓ | | | | | | ✓ | ✓ | |
| Oriented x's 3 | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Withdrawn | | | | | | | | | | | | | |
| Hostile/Angry | ✓ | ✓ | | ✓ | | ✓ | | | ✓ | | | ✓ | ✓ |
| Quiet | ✓ | | ✓ | | | ✓ | ✓ | | | ✓ | ✓ | | ✓ |
| Manic Behavior | | | | | ✓ | | | | | | | | |
| Denies Complaint | ✓ | ✓ | | | | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ |
| Nurse's Signature | | | B.LubaRN | BBracewell | BBracewell | P.Shaw M | V.Hathaway | S.McClain | Anckians | BBracewell BBracewell | B. Luba pal | P.Shaw M |  |

Comments (By Date)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | | |
|---|---|---|---|---|
| Gaines Garrett | | | 3/n | 173280 |

Naphcare

## DISCIPLINARY SEGREGATION MEDICAL DOCUMENTATION

| INITIAL ASSESSMENT | VITAL SIGNS: | BP_____ | P_____ | R_____ |
|---|---|---|---|---|

Signs of Trauma  ☐ No  ☐ Yes  Describe: _____

Medical/Mental Health Complaints  ☐ No  ☐ Yes  Describe: _____

Existing Medical/Mental Health Conditions  ☐ No  ☐ Yes  Describe: _See Adm't_

_____     2002
Signature                                            Date        Time

| DATE/TIME | 8/13 | 8/14 | 8/17 | 8/18 | 08/19/02 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | |
| Signs of Trauma | | ✓ | | | | | | | | | | | |
| Oriented x's 3 | ✓ | ✓ | ✓ | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Withdrawn | | | | | | | | | | | | | |
| Hostile/Angry | | | | | | | | | | | | | |
| Quiet | ✓ | ✓ | ✓ | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Manic Behavior | | ✓ | | | | | | | | | | | |
| Denies Complaint | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Nurse's Signature | | | | | | | | | | | | | |

Comments (By Date)
_____
_____
_____
_____

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Gains, Garrett | | | B/m | 173280 |

# ┌ PARTMENT OF CORRECT ┐NS

## EMERGENCY/ _he_ TREATMENT RECORD
(OTHER)

| DATE 8-22-02 | TIME 1200 ☐AM ☐PM | FACILITY  E ast <br> ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY <br> ☑ OTHER |
|---|---|---|---|

| ALLERGIES N K A | 163 # | CONDITION ON ADMISSION <br> ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98° ☑ORAL ☐RECTAL  RESP 20  PULSE 88  B/P 130/80  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- I was fighting!

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- Ambulate per self
to H.U. Escorted by off.
Pat. ant- leg iron & Handcuffs
in tact. No broken area or
bruises noted to skin the
c/o  Verbal- Resp c ease
Lung Sounds cl. bil.
A- Body chart per Doc
Protocol

**ORDERS, MEDICATION, etc.**

P- Released to DOC  No Rx needed

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 8/22/02 | TIME ☐AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC <br> ☐ AMBULANCE <br> ☐ | CONDITION ON DISCHARGE <br> ☑ SATISFACTORY  ☐ POOR <br> ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  ___ Innes ___ | DATE | PHYSICIAN'S SIGNATURE  Eric Chew | DATE 8/22/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) <br> Gaines  Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|



## DISCIPLINARY SEGREGATION MEDICAL DOCUMENTATION

| INITIAL ASSESSMENT | VITAL SIGNS: | BP | P | R |
|---|---|---|---|---|

Signs of Trauma  ☐ No  ☐ Yes  Describe:

Medical/Mental Health Complaints  ☐ No  ☐ Yes  Describe:  *See Admit Sheet*

Existing Medical/Mental Health Conditions  ☐ No  ☐ Yes  Describe:

| Signature | | Date | Time |
|---|---|---|---|

| DATE/TIME | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 07/3002 | 7/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | | | |
| Oriented x's 3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Withdrawn | | | | | | | | | | | | | | |
| Hostile/Angry | | | | | | ✓ | | | | | | | ✓ | ✓ |
| Quiet | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Manic Behavior | | | | | | | | | | | | | | |
| Denies Complaint | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| Nurse's Signature | | | | | | | | | | | | | | |

Comments (By Date)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Gaines Garrett | | | B/m | 173288 |



## DISCIPLINARY SEGREGATION MEDICAL DOCUMENTATION

| INITIAL ASSESSMENT | VITAL SIGNS: BP 140/94 | P 76 | R 16 |
|---|---|---|---|

Signs of Trauma  ☑ No   ☐ Yes   Describe:

Medical/Mental Health Complaints  ☑ No   ☐ Yes   Describe:   See Admit Sheet

Existing Medical/Mental Health Conditions  ☑ No   ☐ Yes   Describe:

Signature _____    Date _____   Time _____

| DATE/TIME | 6/20 7-3 | 6/21 11-7 | 6/22 11-7 | 6/23 11-7 | 6/24 3-11 | 6/25 3-11 | 6/26 7-3 | 6/27 7-3 | 6/28 11-7 | 6/29 11-7 | 6/30 11-7 | 7/1 3-11 | 7/2 3-11 | 7/3 7-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | | | |
| Oriented x's 3 | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Withdrawn | X | X | X | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| Hostile/Angry | N | | N | | | | ✓ | | | | | | ✓ | |
| Quiet | S | S | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Manic Behavior | O | O | | | | | | | | | | | | |
| Denies Complaint | C | | | ✓ | | ✓ | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| Nurse's Signature | | | | | | | | | | | | | | |
| Comments (By Date) | | | | | | | | | | | | | | |

| FULL NAME  (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Gaines Garrett | | | Blm | 173280 |

Naph'are

## DISCIPLINARY SEGREGATION MEDICAL DOCUMENTATION

| INITIAL ASSESSMENT | VITAL SIGNS: | BP 140/94 | P 76 | R 16 |
|---|---|---|---|---|

Signs of Trauma  ☐ No   ☐ Yes   Describe:

Medical/Mental Health Complaints  ☑ No   ☐ Yes   Describe:

Existing Medical/Mental Health Conditions  ☑ No  ☐ Yes   Describe:

Signature: _McKinna_   Date: 6/7/02   Time: ___

| DATE/TIME | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crying | | | | | | | | | | | | | |
| Signs of Trauma | | | | | | | | | | | | | |
| Oriented x 3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | C |
| Withdrawn | | | | | | | | | | | | | |
| Hostile/Angry | | | | | | | | | | | | | |
| Quiet | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | C |
| Manic Behavior | | | | | | | | | | | | | |
| Denies Complaint | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | C |
| Nurse's Signature | | | | | | | | | | | | | |

Comments (By Date):

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Gains Garrett | | | B/M | |

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 6-23-02 | TIME 12:00 AM (PM) | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

| ALLERGIES NKA | Wt-158# | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 96⁴ (ORAL) RECTAL  RESP. 16  PULSE 80  B/P 120/78  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- Doc Bodychart
returning from court

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- B/m amb. to hcu
c̄ steady gait. Resp. even
and unlabored, skin warm
and dry to touch, no cuts,
bruises or scratches noted
to body. No visible distress
noted. States "I haven't
had my Prozac in 4 or 5 days"
A- Bodychart

**ORDERS, MEDICATION, etc.**

P- Morning dose of Prozac 20g given as ordered

Released to Doc

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Follow + c̄ sick call prn

| RELEASE/TRANSFER DATE 6/23/02 | TIME 12:06 AM (PM) | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J McKinnon LPN | DATE 6/23/02 | PHYSICIAN'S SIGNATURE | DATE 6/24/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 6-7-02 | TIME 1:05 AM/PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA Wt-177# | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97.6 (ORAL) RECTAL RESP 16 PULSE 76 B/P 140/94 RECHECK IF SYSTOLIC _____ < 100 > 50

NATURE OF INJURY OR ILLNESS

S- DOC Bodychart

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

O- B/m amb to hcu c̄ steady gait. Escorted by Officer Fayson. Resp even and unlabored. Skin warm and dry to touch. C/o pain to (N) wrist. Rom WNL to hand. No cuts, scratches or bruises noted to body. No injury noted to (N) hand or wrist

ORDERS, MEDICATION, etc.

A- Doc Bodychart

P- Release to D.OC.

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Follow ↑ c̄ sick call prn

| RELEASE/TRANSFER DATE 6/7/02 | TIME 1:1 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE McKinnon lpn | DATE | PHYSICIAN'S SIGNATURE | DATE 8/7/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

NC-041    ORIGINAL- MEDICAL RECORD  YELLOW- TRANSFER COPY

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 6-7-02 | TIME 1330 AM/PM | FACILITY _Easterling_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  N K A

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6  ORAL/RECTAL  RESP. 16  PULSE 80  B/P 138/92  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- "I'am going to hurt myself and any one else. I don't talk to white folks"

O- B/M alert - amb to hcu c̄ steady gait, Escorted by . Skin W/D to touch

PHYSICAL EXAMINATION
Ø c/o's pain dis comfort @ this time. Ø cuts scratchs bruises noted to body @ this time, Ø other injuries noted @ this time

A - Suicide Watch

P- Continue to Monitor

ORDERS, MEDICATION, etc.  Placed behind Central

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 6/7/02 | TIME 1330 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE Behind Central | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE B K Battle LPN | DATE 6-7-02 | PHYSICIAN'S SIGNATURE | DATE 10 Jne 02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Mains, Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173?0 |
|---|---|---|---|---|



# NAPHCARE
## AMINISTRATIVE SEGREGATION LOG

Name: Gaines, Garrett   AIS 163282   DOB 2/11/77   UNIT SEG   YEAR 2002

KEY: M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL



# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ N/S _____ TREATMENT RECORD
(OTHER)

| DATE 5/20/02 | TIME 125 AM PM | FACILITY Easterlin ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES NKDA          Wt. 160

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98⁴ ORAL/RECTAL    RESP. 16    PULSE 96 B/P 120/76 RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

S-Seg

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

O- B/m AA×O×3 Resp c
ease. Skin W/D.
No injuries noted to
body. Denies any
complaints NAD noted

ORDERS, MEDICATION, etc.

A- Bodychart per DOC - Over per Officer Jew -
P- No tx needed.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 5/20/02 | TIME 1229 AM PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Skoushen | DATE 5/20 | PHYSICIAN'S SIGNATURE ___ DATE 5/21/02 | CONSULTATION |
|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

# ≡EPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 5/7/0? | TIME 850 AM/PM | FACILITY Easterling  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ EMERGENCY  ☑ OTHER |
|---|---|---|---|

ALLERGIES NKDA    WT 162

**CONDITION ON ADMISSION**
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98⁴  ORAL/RECTAL  RESP 18    PULSE 88  B/P 104/60  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS |  | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

S. "uh uh."

PHYSICAL EXAMINATION

O. Inmate to HCU for Doc
Body Chart. Denies injuries.
No cuts, bruise or abrasions
noted. A&O x3. Skin W/D to touch.
No c/o voiced. No visible dis-
tress noted.

A- Doc Body

ORDERS, MEDICATION, etc.

P- No tx indicated

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return if needed

| RELEASE/TRANSFER DATE 5 17 | TIME 10 2 am/pm | RELEASE/TRANSFERRED TO ☑ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 5/7/0? | PHYSICIAN'S SIGNATURE | DATE 5/8/0? | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 25 | DATE OF BIRTH 2 11 77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

# Release of Responsibility

Gaines, Garrett                     5/2/02
_____    _____
ame of Inmate                       Date

173280
_____
mate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

Physical Exam for BodyChart
_____

_____

_____

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
d the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
d agents from all responsibility and ill effect which may result from this action.

Refused to sign
_____    _____
mate Signature                      Witness

_____
te / Time

e aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
s form.

Randy Daniels COI               May 02, 2002    8 ᵃ/AM
_____    _____
ness                                Date / Time

McKinron LP
_____
ness

lease of Responsibility                                              NC025



# Release of Responsibility

Gaines, Garrett                    5/2/02
Name of Inmate                     Date

173280

Inmate ID Number/Date of Birth


I hereby refuse to accept the following treatment / recommendations:

Physical Exam  for BodyChart

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Refused to sign

_____        _____
Inmate Signature                   Witness


_____
Date / Time


The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

Sandy Daniels COI                  May 02, 2002  8⁰⁰ AM
Witness                            Date / Time

McKinnon Lt.
Witness


Release of Responsibility

NC025

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 5-2-02 | TIME 8:00 (AM) PM | FACILITY Easterly □ SIR □ PDL □ ESCAPEE □ | □ EMERGENCY □ OTHER |
|---|---|---|---|

**ALLERGIES** Wt-Refused

**CONDITION ON ADMISSION** ☑GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

**VITAL SIGNS: TEMP** Refusal ORAL/RECTAL **RESP** Refused **PULSE** Refused **B/P** Refused  RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**
Doc Body Chart

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**
A- B/m amb. to hav c
steady gait pr officer Daniels,
Resp even and unlabored,
Skin warm and dry to touch.
Refused Physical Exam.
Inmate noted to be
using Profanity when
asked questions. No
visible distress noted.

**ORDERS, MEDICATION, etc.**
A- Body Chart

P- NO TX given
   Released to DOC

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Follow T c sick call prn

| RELEASE/TRANSFER DATE 5/2/02 | TIME 8:05 (AM) PM | RELEASE/TRANSFERRED TO ☑DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☑SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Jmckinnon u | DATE | PHYSICIAN'S SIGNATURE Eliny Crup 5/2/02 | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

## HEALTH CARE UNIT
### PATIENT INFORMATION SLIP

*Easterling*
INSTITUTION

DATE 4|20|0.

ALLERGIES N

VITAL SIGNS: TEM

NATURE OF INJURY

S-"Do

NAME  *Gaines, Garrett*     NUMBER     B/m R/S

PHYSICAL EXAMINATIO

O - B/m
ease A
↑ (l) el
injuries
Denies a
No visi
noted

Lay-in for _____ days from _____ to _____
                              (date)

due to _____
       (date)

Report to hcu on
(Fri) 4-26-02 @
6A Pill call for PPP Readi)

Instructions:

GENCY
THER

RRHAGE □ COMA

CERATION/
SUTURES

ORDERS, MEDICATION, etc.

A - Body
P - Cleau
1AO C
No C

*Failure to follow the directions above may result in a disciplinary.*

4-20-02          Signature  J. McKinnon
Date Issued               *Garrett Gaines*

DIAGNOSIS          F-53

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO □ DOC | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 4 | 20 | 02 | 10 AM / PM | □ AMBULANCE □ | ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Xbushen | 4/20 | | 4/22/02 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Gaines Garrett | 25 | 2/11/77 | B/m | 173280 |

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

Easterling
_____
INSTITUTION

Gaines Garrett          173280 B/m
_____    _____  ____
NAME                          NUMBER      R/S

Lay-in for _____ days from _____ to
                                          (date)

_____  due to  _____
        (date)

Report to HCU
4-22-02   6:30AM
Instructions:   for PPD reading.

*Failure to follow the directions above may result in a disciplinary.*

4.20.02                    JScottqn
_____          _____
Date Issued               Signature
                          Garrett Gaines

F-53

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_~~lon~~_ (OTHER) TREATMENT RECORD

| DATE 3-18-02 | TIME 1058 AM/PM | FACILITY East ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

**ALLERGIES** NKDA

**CONDITION ON ADMISSION** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 98° ORAL RECTAL **RESP.** 20 **PULSE** 96 **B/P** 150/90 **RECHECK IF SYSTOLIC** _____ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S - The dude cut me
For no reason.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|



**PHYSICAL EXAMINATION**

O - Escorted to HCU
per OFF Bland. Bleeding
Noted From Facial wds.
Answers all questions
appropriately. Lac cut
Noted above Left eye brow
2½ in. in length, behind
Left ear 2 in. in length.
Superficial wd Noted to Left side of face.

**ORDERS, MEDICATION, etc.**

A - Alteration to Skin intergerity.
P - MD seeing client.

4 sutures L forehead laceration
12 sutures L ear lobe
Steri - Strips L temporo-occipital area
Ancef 1g IM c Tetanus Tox. 0.5cc IM.
☐ no Amy.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 3/18/02 | TIME AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 3/18/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 25 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|



# Release of Responsibility

_..rreth Gaines_
of Inmate

R 1/30/02
Date

_73250_    _2/11/77_
ID Number/Date of Birth

_..y refuse_ to accept the following treatment / recommendations:

_Examination    MD App._

_..ledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)_
_...isk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees_
_...ts from all responsibility and ill effect which may result from this action._

_..rreth Gaines_
nature

Witness

_..l    12 pm_

_..tioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign_

Date / Time

sponsibility

DEPARTMENT OF CORRECTIONS

EMERGENCY/ _non-sch._  TREATMENT RECORD
(OTHER)

| DATE 1-21-02 | TIME 910 AM/PM | FACILITY _Easterling_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |

ALLERGIES _NKDA_    _VA.1604_

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ORAL/RECTAL   RESP 16   PULSE 84   B/P 120/80   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- "my © testicle is swollen"

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

O- BM ambulated to H/cell.
A+O x3. Skin warm + dry
to touch. © testicle swollen.
No sharp pain/testicle.
Denies injury to testicle.
Denies pain on urination.

**ORDERS, MEDICATION, etc.**

A- Alteration in comfort.
P- Motrin 800mg TID x 5 days V.O. Darbouze.
Referred to sick call.

**DIAGNOSIS**
See above

**INSTRUCTIONS TO PATIENT**
See above

| RELEASE/TRANSFER DATE 1/21/02 | TIME 915 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE V. Hathaway RN | DATE 1-21-02 | PHYSICIAN'S SIGNATURE _Elcop Clop_ | DATE 1-22-02 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 24 | DATE OF BIRTH 2,11,77 | R/S BM | AIS # 173280 |

NC 041          ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY Easterling | ☐ EMERGENCY |
|------|------|---------------------|-------------|
| 1-18-02 | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OTHER |

ALLERGIES  NKA      Wt. 163x

**CONDITION ON ADMISSION** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP. 96⁸ (ORAL) RECTAL    RESP. 17    PULSE 63    B/P 12 180

RECHECK IF SYSTOLIC _____ < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- Sore Genitals "hurts to touch

PHYSICAL EXAMINATION

O- B/m steady gait, Resp. clear unlabored, ℞ testical swollen and painful to touch no redness or drainage noted

A- V/S 96⁸ - 17 - 63 - 112/80

ORDERS, MEDICATION, etc.

P- motrin 600 X 3 days BID. Follow with sick call

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO: ☒ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 1 / 18 / 02 | AM PM | ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S. Kennedy RN | 1-18-02 | | 1/8/.x | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Gaines, Garrett | 28 | 2/11/77 | B/m | 173280 |

NC 041          ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# D_PARTMENT OF CORRECT_NS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 11/02/01 | TIME 5104 AM/PM | FACILITY Eastly. ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | wt. 160 lbs. | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98° | ORAL RECTAL | RESP 18 | PULSE 76 | B/P 132/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S — "My wrist is only problem. I knee might be scraped."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

laceration

**PHYSICAL EXAMINATION**

O — Ambulant to HCU per DOC. Had cuffs noted. C/o discomfort to (R) wrist. Superficial laceration noted to inner aspect of (R) wrist. Laceration approx. 1½" long. No active bleeding noted. Superficial abrasion to (R) knee. No break in skin integrity. Denies any other c/o injury or medical c/o. A & O x 3. Speech clear. Skin warm & dry. Able to move (R) wrist & difficulty. No edema or discoloration noted.

**ORDERS, MEDICATION, etc.**

VS. c/c. Skin care daily. Dr. no medication. Last tetanus 02/04/97. No other charting noted.

A — Doc Body chart

P — Laceration to wrist cleansed & provided. TAO & bandage applied. Return to DOC.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 11/02/01 | TIME 5:16 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Deb Smith | DATE 11/2/01 | PHYSICIAN'S SIGNATURE | DATE 11/8/01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Barrett | AGE 24 | DATE OF BIRTH 02/11/77 | R/S B/m | AIS # 173528 |
|---|---|---|---|---|

NC 041                ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

158

**NAPHCARE**

## INMATE FOOD SERVICE WORKER CLEARANCE

MEDICAL RECORD REVIEW:

| | | |
|---|---|---|
| Past history of hepatitis: | | ___ Yes  ✓ No |
| TB test current: | 050201 | ✓ Yes  ___ No |
| TB test negative: | | ✓ Yes  ___ No |

If history of positive TB test,  verified completed treatment:        _____ (Date)

PHYSICAL ASSESSMENT:

| | | |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: | ✓ Yes | ___ No |
| Has diarrhea: | ___ Yes | ✓ No |
| Has a cough: | ___ Yes | ✓ No |
| Lungs clear to auscultation: | ___ Yes | ___ No |
| Signs and symptoms of other contagious diseases: | ___ Yes | ✓ No |

Specify:_____

This inmate's Medical Record has been reviewed and he/she has been examined:

___ He/she **IS** medically cleared for duty as a food service worker.
✓ He/she **IS NOT** medically cleared for duty as a food service worker.

_____        _____
Signature                                                              Date

| NAME: *Garnes Garrett* | ID#/DOB: 173280 | LOCATION: ECF |
|---|---|---|

# DE ARTMENT OF CORRECTIO S

## EMERGENCY/___F15___ TREATMENT RECORD
(OTHER)

| DATE 09-12-01 | TIME 720 AM (PM) | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☑ Inmate | | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP __99.4__ (ORAL) RECTAL   RESP __20__   PULSE __80__   B/P __150/60__   RECHECK IF SYSTOLIC _____ <100 > 50

Wt 155 1/2 #

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S "I'm Okay"

PHYSICAL EXAMINATION

O A&O x 3 No Visible bruises or lacerations noted to body. Old scar noted to right arm

A F15 for DOC

ORDERS, MEDICATION, etc

P F15 for DOC

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 09/12/01 pl | TIME 725 AM (PM) | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE N Cliles RN | DATE 09/12/01 | PHYSICIAN'S SIGNATURE B Hue CRNP | DATE 9-15-01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 24 | DATE OF BIRTH 02/11/77 | R/S B/M | AIS # 173380 |
|---|---|---|---|---|

NC 041

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTION

**EMERGENCY/** _BIBB_ **TREATMENT RECORD**
(OTHER)

| DATE 8-8-01    330 TIME (AM/PM) | FACILITY BIBB  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ Inmate | ☑ EMERGENCY  ☐ OTHER |
|---|---|---|

ALLERGIES MKDA

| | CONDITION ON ADMISSION |
|---|---|
| | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

O₂ 97% VITAL SIGNS: TEMP 98 (ORAL/RECTAL)   RESP 18   PULSE 80   B/P 140/86   RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

(s) "I've been feeling bad, I've been having diarrhea, dizzy spells and nausea"

**PHYSICAL EXAMINATION**

(o) Alert and oriented x3. No s/s of acute distress or edema that noted. Resp are even and unlabored. Skin is WNL to touch. Heart. Lungs are clear & no wheezing noted. Last BM noted this am 880.

**ORDERS, MEDICATION, etc.**

(A) Alteration in comfort

(P) Instructed inmate per Nausea/vomiting protocol. Instructed inmate to drink plenty of liquids.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 340 TIME 8 8 01 (AM/PM) | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☑ POP | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|
| NURSE'S SIGNATURE  Lawson LPN   DATE 880 | PHYSICIAN'S SIGNATURE  B Hue CRNP   DATE 8-9-01 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE)  GAINES, GARROTT | AGE 24 | DATE OF BIRTH 2 11 72 | R/S BLM | AIS # 175280 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _BIBB_ TREATMENT RECORD
(OTHER)

| | |
|---|---|
| DATE 6-27-01   TIME 745   AM (PM) | FACILITY _BiBB_   □ SIR  □ PDL  □ ESCAPEE  ☑ Inmate   _F-15_   □ EMERGENCY  □ OTHER |

ALLERGIES  NKWA

CONDITION ON ADMISSION
□ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

VITAL SIGNS: TEMP 99.0 (ORAL) RECTAL    RESP 18    PULSE 280    B/P 118/74    RECHECK IF SYSTOLIC < 100 > 50

NATURE OF INJURY OR ILLNESS

⑤ 4" Inj of flight

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|



Skin Abrasions

PHYSICAL EXAMINATION

Ⓐ A+O x3 ∅ S/S of acute distress noted
Resp. are even and unlabored. Skin
is w/N to touch. Skin abrasion
noted ® under arm & center
of back

ORDERS, MEDICATION, etc.

① F-15 for WDC

① F-15 for WDC

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 750 TIME AM (PM)   6 / 27 / 01 | RELEASE/TRANSFERRED TO ☑ DOC  □ AMBULANCE  □ | CONDITION ON DISCHARGE ☑ SATISFACTORY  □ POOR  □ FAIR  □ CRITICAL |
|---|---|---|

| NURSE'S SIGNATURE Caulson CN   DATE 6-27-01 | PHYSICIAN'S SIGNATURE B Hill CRNP   1116   DATE 6-27-01 | CONSULTATION |
|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) GAINES, GARRETT | AGE 24 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 5/18/01 | TIME 10:35 AM/PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP. 99.0 ☐ORAL ☐RECTAL   RESP. 18   PULSE 76   B/P 136/86   RECHECK IF SYSTOLIC <100> 50   O₂ Sat 99%

### NATURE OF INJURY OR ILLNESS

"I was playing basketball when I felt something pull in my groin area, then I felt a knot, the pain is getting worst."
"I had hernia surgery on both sides in 1992."

| | ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

### PHYSICAL EXAMINATION

A & O x3. Heart RRR Bilat BS clear. Skin w/D. c/o pain ® groin area. Protruding nodule in ® groin, tender to touch. BM normal

Alteration in comfort.

### ORDERS, MEDICATION, etc.

Instructed inmate on muscle strain protocol. Do not pick up anything heavy, Do not strain. Do not play sports. Hernia (truss) belt issued.

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT
Return to HCU for ↑ pain

| RELEASE/TRANSFER DATE 5/18/01 | TIME 10:55 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE POP | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D. Conway RN 5/18/01 | PHYSICIAN'S SIGNATURE UWI | DATE 5/18/01 | CONSULTATION |
|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 34 | DATE OF BIRTH 2/11/71 | R/S | AIS # 173280 |
|---|---|---|---|---|

E-15

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Bibb*

**INSTITUTION**

Gaines, Garrett                    173280   B/M
**NAME**                            **NUMBER**   **R/S**

**Lay-in for** _____ **days from** _____ **to**

                                    **(date)**

_____ **due to** _____
**(date)**

**Instructions:**   Hernia belt

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

5/18/01                    D. Conway RN
**Date Issued**            **Signature**

                           unit

F-53

# CORRECTIONAL MEDICAL SERVICES

## RECEIPT FOR MEDICAL PRODUCT

Inmate Name: _Garreth Gaines_                    ID# _173280_

Institution: _Hernia Belt_

Medical Product: _____    Date Received: _5/18/01_

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_Garreth Gaines_
                                              **Inmate Signature**

_M Bennett CMA_
    **Signature of Healthcare Staff Dispensing Product**

_441_

CMS 7188

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _BiBB_ (OTHER) TREATMENT RECORD

DATE 3-7-0     TIME (AM/PM) 6

FACILITY _BiBB_  ☐ SIR ☐ PDL ☐ ESCAPEE ☑ Inmate    F-15    ☑ EMERGENCY ☐ OTHER

ALLERGIES NKwA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.8 (ORAL/RECTAL)   RESP 20   PULSE 88   B/P 158/82   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S - "I'm fine"

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/SUTURES |
|---|---|---|---|---|

O - p/s/s of distress or discomfort noted
Keep even and unlabored. Old skin scar
noted to (L) arm (forearm) & shoulder. No other
skin tears, Abrasions, Cuts, Bruises noted

**PHYSICAL EXAMINATION**

A - F-15 for DOC

**ORDERS, MEDICATION, etc.**

P - F-15 For DOC

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

RELEASE/TRANSFER DATE 3/7/01   TIME (AM/PM) 6
RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐
CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE Cowsen LPN   DATE 3/7/01
PHYSICIAN'S SIGNATURE ___   DATE 3/7/01   CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett   AGE 24   DATE OF BIRTH 3/11/71   R/S B/M   AIS # 173280

F-15    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# CORRECTIONAL MEDICAL SERVICES

## SEGREGATION LOG

Name: Gainer, Donnell     I.D. # 173880     D.O.B. 2/11/72     Unit B-Doo     Year 9/2000

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEY:  M—MEDICAL          N/C—NO COMPLAINTS
      D—DENTAL
      P—PSYCHIATRIC

NURSES PLEASE SIGN AND INITIAL

CMS 7179  6/94

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 8/31/00 | TIME 9:00 AM/PM | FACILITY Bibb County Corr Facility ☐SIR ☐PDL ☐ESCAPEE ☑Inmate | ☐EMERGENCY ☑OTHER |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP 101 °F ORAL/RECTAL   RESP 20   PULSE 118   B/P 170/94   RECHECK IF SYSTOLIC <100 >50

**NATURE OF INJURY OR ILLNESS**

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |

S "I don't know where I'm hurt at. I got a couple of scars"

Last tetanus 3/97

**PHYSICAL EXAMINATION**

O O₂ Sat 99%. A+O x3 Skin W/D approx ½ cm abrased area to ℓ knee; approx 2cm scratch to upper ℓ back; 1cm abrased area to mid ℝ back. No active bleeding or s/s of infection noted. No other visible s/s of injury noted
A Alteration in Skin integrity

**ORDERS, MEDICATION, etc.**

P Areas cleaned c̄ soap + water. Advised to follow up on sick call if s/s of infection develop
F-15 done per DOC request

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

RELEASE/TRANSFER DATE 8/31/00   TIME 9:00 AM/PM   RELEASE/TRANSFERRED TO ☑DOC ☐AMBULANCE ☐   CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL

NURSE'S SIGNATURE: J Payton LPN   DATE 8/31/00   PHYSICIAN'S SIGNATURE: [signature] MD   DATE 9/1/00   CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE): Gaines Garrett   AGE 23   DATE OF BIRTH 2/11/77   R/S BM   AIS # 173280

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 8-15-00 | TIME 625 AM PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE X Inmate | ☐ EMERGENCY X OTHER |
|---|---|---|---|

ALLERGIES NKA

**CONDITION ON ADMISSION** X GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP_____ (ORAL) RECTAL    RESP 18    PULSE 70    B/P 118/68    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S "I was playing ball and I hit a dude's knee. My whole leg went numb and I fell. I can move it but it just looks crazy."

**PHYSICAL EXAMINATION**

O Small amt of swelling above ® knee. ROM good. Ø discoloration noted. Skin warm & dry. Ø other injuries noted. Walks c wt bearing.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

A alteration in comfort

P Applied ice to area. Instructed inmate to cont c ice therapy. Then can use heat for comfort. Motrin can be purchased over the counter for discomfort. Elevate leg for swelling.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 8/15/00 | TIME 630 AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE POP | CONDITION ON DISCHARGE X SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Q. Smith L | DATE 8/15/00 | PHYSICIAN'S SIGNATURE | DATE 8/16/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 23 | DATE OF BIRTH 2/11/77 | R/S BM | AIS # 173280 |
|---|---|---|---|---|

F-15

# DEPARTMENT OF CORRECTION

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7-7-00 | TIME 0520 ☑AM ☐PM | FACILITY _Bibb_ <br> ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY <br> ☑ OTHER |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98⁸ ORAL/RECTAL  RESP 24  PULSE ___  B/P 138/70  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S/ I still have this cough, worse when I get hot "

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

(O) A+O X3, Resp even c̄, Lungs scattered wheezing, head congestion noted. Ø c̄ drainage, O₂ St 99%, Cap refill <3 sec, throat slightly red c̄ purulent, last PPD 5/21/00 neg, no acute distress noted.

(A) Alteration in comfort c̄ Ineffective airway clearance.

**ORDERS, MEDICATION, etc.**

(P) Refer to M.D. for review, Inmate instructed regarding cough protocol.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 7/7/00 | TIME ☐AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR <br> ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE M. Colben LPN | DATE 7-7-00 | PHYSICIAN'S SIGNATURE _____ | DATE 7/7/00 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |

*Seg 6-42*

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE

CORRECTIONAL MEDICAL SYSTEMS - ALABAMA

I, _Gains Garrett_ acknowledge
    (Inmate's Name, AIS #)    *143280*

receipt of the following medical equipment/appliance.

(✓)   Eyeglasses

( )   Dentures

( )   Prosthesis      (please specify)_____

( )   Wheelchair

( )   Other           (please specify)_____

I acknowledge that the equipment/appliance is functional for
my use.

I also acknowledge the equipment/appliance is in good working
condition.

_Garrett Gaines_                    _4-28-00_
(Inmate's Signature)                (Date)


_____            _____
(Witness' Signature                 (Date)


Distribution:

    Original - Red Medical Jacket
    Yellow - Blue Medical Jacket

F-42
4/85

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4/10/00 | TIME 1056 ☑AM ☐PM | ☐ FACILITY WDCF ☑Inmate<br>☐ SIR ☐ PDL ☐ ESCAPEE | ☐ EMERGENCY<br>☑ OTHER |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION<br>☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP. 97 ORAL/RECTAL    RESP. 16    PULSE 76    B/P 110/76    RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|---|

S: "Body sheet for process into segregation."

PHYSICAL EXAMINATION

O: Alert + Oriented X 3
Resp even + Unlabored
no distress – Ø rashes
Ø abrasion

A: 23 year old Black
male being processed
into Segregation

Weight - 156 lbs

ORDERS, MEDICATION, etc

P: Release to DOC

DIAGNOSIS

INSTRUCTIONS TO PATIENT: May sign for sick call if any Problems develops

| RELEASE/TRANSFER DATE 4/10/00 | TIME ☑AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE Seg 6 | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J. Hadler RN | DATE 4/10/00 | PHYSICIAN'S SIGNATURE C. Turleur MD | DATE 4/11/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Haines, Garrett | AGE 23 | DATE OF BIRTH 02/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

F-15

## DEPARTMENT OF CORRECTIONS
### EMERGENCY/ _N-S_ _____ TREATMENT RECORD
(OTHER)

Oz 9970

| DATE 3/6/00 | TIME 10^10 (AM) | FACILITY WDCF □ SIR □ PDL □ ESCAPEE ☒ Inmate | □ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION
☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 98.6 (ORAL) RECTAL   RESP. _____   PULSE 91   B/P 140/100   RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S) Altercation c̄ another inmate.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

O) 23 yo Black male for Body Chart to seg for fighting. V/S WNL. Resp. even & unlabored. Skin warm & dry to touch

ORDERS, MEDICATION, etc.

A) Body Chart for Seg
P) Released to DOC

DIAGNOSIS

INSTRUCTIONS TO PATIENT

SSC if needed

| RELEASE/TRANSFER DATE 3/6/00 | TIME 1005 (AM) PM | RELEASE/TRANSFERRED TO ☒ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE R Busby RN | DATE 3/6/00 | PHYSICIAN'S SIGNATURE C. Timberen | DATE 3/7/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Garrett, Gaines | AGE 23 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTION

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

O z Sut 99

| DATE 9-1-99 | TIME 8⁵⁰ (AM) | FACILITY WDCF | ☐ EMERGE. |
|---|---|---|---|
| | | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ INMATE | ☑ OTHER |

ALLERGIES  NKA

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ CC

VITAL SIGNS: TEMP 97⁸  ORAL  RECTAL  RESP /16  PULSE 56  B/P 108/78  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S: "I was running and I tripped and fell. And when I go out and play football I knocked the scab off again"

PHYSICAL EXAMINATION
Rt. elbow - Abrasion - 2 in circular abrasion - Pink tissue visible Ⓝ bleeding Ⓝ drainage Ⓝ swelling -

A: Alt. skin intergrity

ORDERS, MEDICATION, etc.
P: Cleanse c̄ NS apply TAO + Bandage

DIAGNOSIS

INSTRUCTIONS TO PATIENT  Monitor site for drainage + warmth - follow up c̄ sick call if symptoms develops.

RELEASE/TRANSFER DATE 9-1-99  TIME 9⁰⁰ (AM)  RELEASE/TRANSFERRED TO  ☐ DOC  ☐ AMBULANCE  CONDITION ON DISCHARGE  ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL

NURSE'S SIGNATURE  J Hagler  DATE

PHYSICIAN'S SIGNATURE  Cunningham  DATE 9/2/99  CONSULTATION

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Haines, Garrett | AGE 22 | DATE OF BIRTH 02/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# HEALTH CARE UNIT

## PATIENT INFORMATION SLIP

WDC

4-63

53

**INSTITUTION**

Gaines, Garrett          173280    B/M
**NAME**                 **NUMBER**  **R/S**

**Lay-in for** _____ **days from** _____ **to** _____

**(date)**

**due to** _____

**(date)**

**Instructions:** Come to population pink slip

call on 6/9/99 to have Den

flushed. Document results on tx.

sheet

*Failure to follow the directions above may result in a disciplinary.*

6/3/99                    Dr Faulian / Bautista(?)
**Date Issued**                    **Signature**

F-53

**AREA OF TR**

Date of Request
6/3/99

Clinical Diagnosis

MONTH | 1 | 2 | 3 | 4 | 5 | 6

| atient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Gaines, Garrett | | | 22 | B/m | 173280 |

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 1/21/99 | TIME 1030 AM/PM | FACILITY WCCF □ SIR □ PDL □ ESCAPEE □ inmate | □ EMERGENCY □ OTHER |
|---|---|---|---|

ALLERGIES NKDA

CONDITION ON ADMISSION
□ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 98° (ORAL) RECTAL   RESP 18   PULSE 65   B/P 120/84

RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S: I was lifting weights and I had 315 lbs over my head and I was coming down c them & slipped but did not fall but hurt my left leg.

O: 21 y/o B/M ambulated into infirmary. c/o L upper leg being numb. Ø Edema. Ø Redness

A: Alteration in Comfort

P: Apply warm compress to L upper leg - Sign sick call if pain persist.

ORDERS, MEDICATION, etc

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 1/21/99 | TIME 1040 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 1/21/99 | PHYSICIAN'S SIGNATURE K Ahm | DATE 1-22-99 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 21 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 12-29-98 | TIME 1920 AM PM | FACILITY WDCF ☐ SIR ☐ PDL ☐ ESCAPEE ☒ INMATE | ☐ EMERGENCY ☐ OTHER |

ALLERGIES  NKDA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 978  ORAL RECTAL  RESP 20  PULSE 78  B/P 150/90
RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

S: "I'm going to have it rough man"

O: Awake, alert & verbal. Regular nonlabored resp noted. Voices no pain or discomfort present. No visible signs of any injuries noted

**PHYSICAL EXAMINATION**

A: Inmate being processed to seg.

P: Release to DOC

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 12/29/98 | TIME 1938 AM PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE C. Paul RN | DATE 12-29-98 | PHYSICIAN'S SIGNATURE | DATE 30 Dec 98 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, ~~Gary~~ Garrett | AGE 21 | DATE OF BIRTH 2/11/77 | R/S B/M | AIS # 173380 |

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 3/19/98 | TIME 2 45 AM/PM | FACILITY WDCF □ SIR □ PDL □ ESCAPEE □ inmate | □ EMERGENCY ☑ OTHER |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |

| VITAL SIGNS: TEMP 996 ORAL/RECTAL   RESP 16   PULSE 76   B/P 110 76 | RECHECK IF SYSTOLIC ___ < 100 > 50 |

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S. I have broke out and need to bee see.

O. Walked into inf. ∃ diff. small round pustule bumps protruding from back slightly rasied & slightly discolored. and more

A. Prob. Chicken Pox. Early stage.

P. Place into ward 2 Quarantine for observation until MD evaluation.
VS ā Shift. Calamine Lot. if needed.

**PHYSICAL EXAMINATION**



**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
SSC

| RELEASE/TRANSFER DATE 3 19 89 | TIME 300 AM/PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE Infirmary | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE A Tuber | DATE 3/19/98 | PHYSICIAN'S SIGNATURE KA Leyourns | DATE 3/20/98 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 21 | DATE OF BIRTH 3 11 177 | R/S Bm | AIS # 173280 |

5

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 9 Feb 98 | TIME 1345 AM/PM | FACILITY _WPCF_  ☐ SIR ☐ PDL ☐ ESCAPEE ☒ Inmate | ☐ EMERGENCY  ☒ OTHER |
|---|---|---|---|

**ALLERGIES** _NKDA_

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP _98.4_ ORAL / RECTAL  RESP. _18_  PULSE _72_  B/P _120/80_

RECHECK IF SYSTOLIC _____ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S — For Body Chart. Involved
in altercation c another inmate.
"No injury"
O - NA
A - NA
P - NA

| | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

**ORDERS, MEDICATION, etc.**

TLC PRN

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2-9 | TIME 1345 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 2/9/98 | PHYSICIAN'S SIGNATURE | DATE 2-13-98 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Jones, Barrett | AGE 20 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |
|---|---|---|---|---|

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 2-6-98 | TIME 2:50 AM/PM | FACILITY WDCF □SIR □PDL □ESCAPEE ☒inmate | ☒EMERGENCY □OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION: ☒GOOD □FAIR □POOR □SHOCK □HEMORRHAGE □COMA

VITAL SIGNS: TEMP 98.8 (ORAL/RECTAL)  RESP 18  PULSE 94  B/P 140/88  RECHECK IF SYSTOLIC ___ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S. I broke my nose playing ball it has been broke before
O. nose swollen bruses on both sides of nose
Hurts worse when broken before bleeding when inmate blows it - able to breath out of it

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

A: 20 y/o b/m with complaints of pain related to injury
P: MD to evaluate body sheet
Apply ice
Ibuprofen 600 mg TID X 5 days
Sign Sick Call

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2 6 98 | TIME 3:00 AM/PM | RELEASE/TRANSFERRED TO ☒DOC □AMBULANCE | CONDITION ON DISCHARGE ☒SATISFACTORY □POOR □FAIR □CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Q. Tutoff RN | DATE 2-6-98 | PHYSICIAN'S SIGNATURE | DATE 2-13-98 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) ain, Garrett James | AGE 20 | DATE OF BIRTH 2 14 178 | R/S BM | AIS # 173280 |

ORIGINAL MEDICAL RECORD, YELLOW-TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 6/21/97 | TIME 8:30 AM/PM | FACILITY WPCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ J3 | ☐ EMERGENCY ☒ OTHER |

ALLERGIES  NKA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP_____ ORAL RECTAL_____ RESP_____ PULSE_____ B/P ____/____ RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S: "I'm not hurt"
O: To infirm S, assistance
per DOC request. No injuries noted
A: N/A
P: N/A

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

**ORDERS, MEDICATION, etc**

Body sheet - return from court

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

SSC

| RELEASE/TRANSFER DATE 6/21/97 | TIME 8:30 AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE Jack Hoganson | DATE 6/21/97 | PHYSICIAN'S SIGNATURE Bm Mooue | DATE 6-23-97 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 20 | DATE OF BIRTH 2/11/77 | R/S B/m | AIS # 173280 |

F-15

N610

## ALABAMA DEPARTMENT OF CORRECTIONS

### *RECEIVING SCREENING FORM*

Inmate's Name: Gaines, Garrett     Date: 3/19/99     Time: _____

DOB: 2/11/77     Officer: STEVENSON     Institution: Donaldson

#### *Booking Officer's Visual Opinion*

| | Yes | No |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | Yes | No |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. Have you ever attempted suicide? | | ✓ |

(If YES, When? _____     How? _____)

| | Yes | No |
|---|---|---|
| 16. Do you want to do any harm to yourself now? | | ✓ |

# RECEIVING SCREENING FORM

**INMATE'S NAME:** Gaines, Garrett   **DATE:** 3/3/97   **TIME:** 12:10 pm

**DOB:** 2-11-77   **OFFICER:** A. Gibson   **INSTITUTION:** Kilby

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ |  |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? |  | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? |  | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? |  | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? |  | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc) |  | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  | ✓ |
| Does the inmate have any obvious physical handicaps? |  | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ___✓__ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit

_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## CORRECTIONAL MEDICAL SYSTEMS
## CONSENT TO TREATMENT FORM

_Gaines, Garrett_ _____ _3-4-97_ _____
Name of Inmate                                    Date

_173280_ _____
Inmate ID Number / Date of Birth

I hereby give my consent to Correctional Medical Systems, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Systems.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Systems, its employees and agents from any and all liability which may arise from this action

_Garrett Gaines_ _____     _3-4-97_ _____
Inmate Signature                                    Date

_(signature)_ _____     _D. Cofer_ _____
Witness                                    Witness

CMS 7173 REV. 6-93

# PARTMENT OF CORRECT NS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 12/20/93 | TIME 10 :50 AM/PM | FACILITY SCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☑ Inmate | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** N/A

**CONDITION ON ADMISSION** ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP N/A ORAL/RECTAL   RESP N/A   PULSE N/A   B/P N/A   RECHECK IF SYSTOLIC <100 > 50 N/A

**NATURE OF INJURY OR ILLNESS**

To HCU per Officer Kay & Lt. Huntley. Pt's inj. (R) hand. "I was rushing to the cell door & trapped on my head phone cord."

| ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

Edema noted on back of (R) hand @ #4 knuckle joint. ↓ ROM, Painfull to touch.

**ORDERS, MEDICATION, etc.**

Ice pk applied Tylenol ii PO now

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
S.C. PRN

| RELEASE/TRANSFER DATE 12/20/93 | TIME 11:10 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ Lt. Huntley | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M Bullard RN | DATE 12/20/93 | PHYSICIAN'S SIGNATURE | DATE 12/3/93 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines, Garrett | AGE 16 | DATE OF BIRTH 2/1/77 | R/S B/M | AIS # 173280 |
|---|---|---|---|---|

F-15

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10/10/93 | TIME AM PM | FACILITY _____ KCF SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP_____ ORAL RECTAL  RESP. _____ PULSE_____ B/P_____/_____

RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

Pt Daily Chart - Infraction with another inmate

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

O - No abrasion or contusion noted on body

ORDERS, MEDICATION, etc. P - none

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 10/10/93 | TIME AM PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10/10 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Gaines Garrett | AGE 16 | DATE OF BIRTH 011170 | R/S BW | AIS # 123280 |
|---|---|---|---|---|

F-15

ORIGINAL MEDICAL RECORD, YELLOW TRANSFER WITH

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP



**INSTITUTION**

Gruns Garrott    N32K0B/M

NAME                NUMBER    R/S

**Lay-in for** _____ **days from** _____ **to**

(date)

_____  **due to** _____

(date)

_____

_____

**Instructions:** Dental clinc

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

9-15-93    Dr Guot /S/t

**Date Issued**        **Signature**

F-53

# PARTMENT OF CORRECT NS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 9-15-93 | TIME 10:10 ☑AM ☐PM | FACILITY _HCF_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

| ALLERGIES _NKDA._ | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP _95.?_  ORAL RECTAL  RESP _18_  PULSE _74_  B/P _104154_  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS
~~⊘⊘⊘~~ S- I am sleepy
I have'nt had any
sleep all night
long.

PHYSICAL EXAMINATION
S- Inmate brought to
LCW by officer for
+x Officer states that
inmate took someone
Medications apparantly
Inmate is able to
respond to you but
speach is slured and
is unable to stay
awake. MD notified of condition

ORDERS, MEDICATION, etc.
footnote 5w day, no sleep last pm.
? took drug - PG pupils RLA 3mm. sleepy.

Bedrest - Rouse q 2h x 48h -

DIAGNOSIS
Dental Clinic _(signature)_

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 9-15-93 | TIME ☑AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _(signature)_ | DATE 9/15/93 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Sains , Gerrett | AGE 16 | DATE OF BIRTH 2/1/11 | R/S B/M | AIS # |
|---|---|---|---|---|

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

KCF   A-12

**INSTITUTION**

Coaines, Garrett          173280   B/M
**NAME**                  **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

_____

_____

_____

**Instructions:** Issue inmate clean linens et clothes immediately due to body lice

*Failure to follow the directions above may result in a disciplinary.*

8/19/93          Dr Guest /L Branlen

**Date Issued**      **Signature**

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_KCF   A-12_

**INSTITUTION**

_Gaines, Garrett_            _173280_   _B/M_

**NAME**                      **NUMBER**   **R/S**

Lay-in for _____ days from _____ to _____

(date)

_____ due to _____

(date)

_Lidane shampoo KOP_

Instructions: _Wash entry body_

_with shampoo_

*Failure to follow the directions above may result in a disciplinary.*

_8/19/93_            _Lun LPN/Dr Guet_

**Date Issued**            **Signature**

F-53

## DEPARTMENT OF CORRECTIONS

## PATIENT CONSENT TO TREATMENT FORM

_Gaines Garrett_ ___16___ ___8/6/93___

Name of Patient            Age        Admission date/time

_See F 16 A_

Name and Address of Spouse or Parent

1. I hereby authorize the Department of Corrections, its contracted employees, agents, physicians, dentists, psychiatrists and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2. Should surgical or diagnostic procedure(s) become necessary, I will be informed of them with regard to alteration modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

3. This in no way constitutes a warranty or guarantee that my present condition will be cured; the Department of Correction, its contracted staff and employees, will provide with the best possible care available, but no assurance of cure is to be assumed.

4. I sign this willingly and voluntarily in full understanding of the above, and in so doing I release the Department of Correction, its directors and officers, its contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present.

_Shirley Turner_

Witness

_L Garrett Gaines_

Patient Signature

_8/6/93_

Date

Witness

### HHS BROCHURE RECEIVED

_G.G_

F-83

|  | Yes | No | No Response |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | ___ | ✓ | ___ |
| 18. Are you allergic to any medication? | ___ | ✓ | ___ |
| 19. Have you recently fainted or had a head injury? | ___ | ✓ | ___ |
| 20. Do you have epilepsy? | ___ | ✓ | ___ |
| 21. Do you have a history of tuberculosis? | ___ | ✓ | ___ |
| 22. Do you have diabetes? | ___ | ✓ | ___ |
| 23. Do you have hepatitis? | ___ | ✓ | ___ |
| 24. Do you have a painful dental problem? | ___ | ✓ | ___ |
| 25. Do you have any medical problem we should know about? | ___ | ✓ | ___ |
| 26. Do you have a past alcohol or drug history? | ✓ | ___ | ___ |

What type? _mari. Alcohol_  How much use? _Daily_

For how long? _6 yrs_    Last time used? _1/4/97_

*Comments:*  (Unusual behavior, etc.)

_____

_____

*For the Officer:*

_____

27. Was the new inmate briefed on sick/dental call procedures?    _yes_

28. This inmate was:  a. Released for normal processing    _N/A_

           b. Referred to appropriate health care unit    _____

           c. Immediately sent to health care unit    _____

                                    Officer's Signature

*Note:* This form is completed on inter and intra system transfers at receiving and will be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

                            Inmate's Signature