IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES | ) |
| Plaintiff(s), | ) |
| v. | ) 2:05-CV-1124-F |
| GWENDOLYN MOSLEY, ET AL. | ) |
| Defendant(s). | ) |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW, the defendants, Gwendolyn Mosley, Carter Davenport, Robert Bryant, Darrell Bell and Samuel Ferrell, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(2), for an enlargement of time of 40 (forty) days in which to comply with this Honorable Court's December 9, 2005, Order establishing a deadline for the defendants to submit an Answer and Written Report and for grounds states as follows:

1. The undersigned encountered some delay in securing discovery materials in this matter.

2. Additional time is needed to adequately respond to plaintiff's allegations.

3. This is the defendants' first request for an extension of time.

4. No party will be prejudiced by the granting of this Motion.

Accordingly, the undersigned respectfully requests an additional forty (40) days to gather the necessary information and file an Answer and Written Report.

        Respectfully submitted,

        TROY KING (KIN047)
        Attorney General


        /s/ Cheairs M. Porter
        Cheairs M. Porter
        Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 17th day of January, 2006, filed the foregoing with the Clerk of Court using the CM/ECF system and have served a copy upon the plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Garrett Leon Gaines, AIS 173280
    Easterling Correctional Facility
    200 Wallace Drive
    Clio, AL 36107


        /s/ Cheairs M. Porter
        Cheairs M. Porter
        Assistant Attorney General