IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES, #173 280   *

    Plaintiff,   *

v.   * CIVIL ACTION NO. 2:05-CV-1124-F

GWENDOLYN MOSLEY, *et al.*,   *

    Defendants.   *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' January 17, 2006 Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 13) is GRANTED; and

2. Defendants Mosley, Davenport, Bryant, Bell, and Farrell are GRANTED an extension from January 17, 2006 to February 27, 2006 to file their answer and written report.

Done this 18th day of January 2006.

                                    **/s/ Delores R. Boyd**
                                    DELORES R. BOYD
                                    UNITED STATES MAGISTRATE JUDGE