IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT LEON GAINES #173280
  PLAINTIFF,

Vs.                                    2:05-CV-1124-F

GWENDOLYN MOSELY et al,
  DEFENDANTS,

## AFFIDAVIT Statement

I, GARRETT GAINES #173280, who is over (21) twenty-one years of age would like to state the following:

That on November 1, 2005, I was assaulted by Sgt. Byrant, and CDI Darrell Bell; I reported this to Nurse Smothers and showed her the injuries to my lip, and forehead. Sgt. Byrant took another inmate Richy Davis #173073 out of his cell on December 30, 2005, and assaulted him as well. PHS staff, and nurses are complicit in the DoDC actions, because they will turn a blind-eye to an inmate's injuries, and will not note injuries that even a nother inmate can see clearly from within their cell. I did not deny medical treatment

and Nurse Smothers was complicit in correctional officers abuses because she turned a blind eye to my injuries, as is a common practice with PHS staff, and nurses whenever an inmate accuses an officer of excessive force. Therefore Nurse Smothers was deliberate indifferent because she made no effort to notify anyone of beyond Sgt. Bushart. The same one Goines informed her assaulted him. It was (6) hours before I received medical attention. I also testify that these abuses are still on-going by DOC officers, and PHS nurses continue to turn a blind eye.

I state under penalty of perjury that the above is true. Done this 11 day of January, 2006.

Garrett Goines
GARRETT GOINES