In the United States District Court
For the Middle District of Alabama
Northern Division

Garrett Gaines #173280 )
   plaintiff )
v. )
Gwendolyn Mosley et.al. )  Civil Action No.
   defendant(s) )  2:05-CV-1124-F
\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ )

Affidavit of Michael Allen Brazell

My name is Michael Brazell, who is a victim of brutality, and the plaintiff in Civil Action No. 2:05-CV-1130-T. I'm being confined at (E.C.F), seg unit.

I'm twenty-one (21) years of age, and now under oath states the following;

I am a witness to Ms. Smother's denying inmate Garrett Gaines medical treatment, so she should be held liable for deliberate indefference.

On Nov. 1, 2005 the plaintiff was a victim of brutality, he was taken to the lobby and beaten, by information and belief from the plaintiff, (Garrett Gaines), he was assaulted by CO' Bell, and Sgt. Bryant.

He was then brought back on B-side tier, he was still hand-cuffed behind his back, as he

was when he was brought out of his cell by CO' Bell, and CO'X, and escorted to the lobby.

As he was being escorted to his cell, I could see from the observation window that inmate Gaines had blood running down the side of his mouth.

Ms. Smothers who is employed with (P.H.S.) was doing pill call, she witnessed the plaintiff injury but declined to treat him.

He was delayed of medical treatment for a period of over 6 hours.

This treatment is common that the nurses of P.H.S. see's, but they don't see to help the D.O.C. from being punished for there actions.

Since inmate Gaines was beaten, I've been beaten, and inmate Ricky Davis has been beaten. I was assaulted on 1st shift but inmate Bicky Davis was beaten by this same officer on 3rd shift "Sgt. Bryant," and was told to", Go to your cell and keep your mouth closed." Inmate Ricky Davis is the plaintiff in 2:06-CV-10-F. This type of treatment continues and the conditions in segregation at Easterling Correctional Facility have now and will violate civilized standards of decency as to shock the publics conscience. Nurses try to avoid these circumstances because they know a body

chart will produce, evidence and documents. When they are forced to cover up and do a body chart on inmates they are blind to the injurys, of an inmate because it's proff that the D.O.C. beats inmates.

I declare under oath and signature that the foregoing statement is true and correct, except as to matters alleged on information and belief, as to those I believe are true. I certify under the penalty of perjury that the foregoing is true and correct done this 12th. day of January 2006.

*Michael Brazell*
Respetfully Submitted.