IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, #173280, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-1124-MEF |
| | ) |
| GWENDOLYN MOSLEY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on December 1, 2005(Doc. #4), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE:

1. That the plaintiff's motion for a preliminary injunction is DENIED.

2. That this case is referred back to the Magistrate Judge for further proceedings.

DONE this the 20th day of January, 2006.

                                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE