IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GARRETT LEON GAINES** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | )   2:05-CV-1124-F |
| **GWENDOLYN MOSLEY, ET AL.** | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

**MOTION FOR ENLARGEMENT OF TIME**

COME NOW, the defendants, Gwendolyn Mosley, Carter Davenport, Robert Bryant, Darrell Bell and Samuel Ferrell, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and move, pursuant to <u>Federal Rules of Civil Procedure</u> (F.R.C.P.) 6(b)(2), for an enlargement of time of 30 (thirty) days in which to comply with this Honorable Court's order dated January 18, 2006, establishing a deadline for the defendants to submit an Answer and Written Report and for grounds states as follows:

1. The undersigned counsel was assigned the file from previous counsel during the week of February 13, 2006.

2. The undersigned counsel, due to several other state and federal cases, is unable to complete the Answer and Written Report by February 27, 2006.

3. No party will be prejudiced by the granting of this motion.

**WHEREFORE PREMISES CONSIDERED**, counsel requests an additional thirty (30) days to respond to this Court's order dated January 18, 2006.

> Respectfully submitted,
>
> TROY KING (KIN047)
> Attorney General
>
> /s/ Bettie J. Carmack
> Bettie J. Carmack (CAR-132)
> *Assistant Attorney General*
> Office of the Attorney General
> 11 South Union Street
> Montgomery, AL 36130
> (334) 353-5305
> *Doc #: 102867*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 24th day of February 2006, filed the foregoing with the Clerk of Court using the CM/ECF system and have served a copy upon the plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Garrett Leon Gaines, AIS 173280**
**Easterling Correctional Facility**
**200 Wallace Drive**
**Clio, AL  36107**

> /s/ Bettie J. Carmack
> Bettie J. Carmack
> *Assistant Attorney General*