IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES, #173 280   *

    Plaintiff,   *

    v.   *   2:05-CV-1124-MEF

GWENDOLYN MOSLEY, *et al.*,   *

    Defendants.   *

_____

### ORDER ON MOTION

Upon consideration of Defendants' February 24, 2006 Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 17) is GRANTED; and

2. Defendants Mosley, Davenport, Bryant, Bell, and Farrell are GRANTED an extension from February 27, 2006 to March 29, 2006 to file their answer and written report.

Done, this 27th day of February 2006.

                                           **/s/ Delores R. Boyd**
                                           DELORES R. BOYD
                                           UNITED STATES MAGISTRATE JUDGE