

EXHIBIT

A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT LEON GAINES, #173280    )
                                 )
       Plaintiff,           )
                                 )
Vs.                        )     CIVIL ACTION NO.2:05-CV-1124-F
                                 )
GWENDOLYN MOSLEY,et.al.,    )
                                 )
       Defendants.        )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Darrell Bell</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Darrell Bell</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On October 31, 2005, at approximately 11:45 PM, I was assigned as Segregation Rover. I heard and observed inmate Garrett Gaines, B/173280 shouting and kicking his cell door, 5B-07. I approached inmate Gaines' cell door, 5B-07. Inmate Gaines stated to me, "I am ready to shower." I advised inmate Gaines that showering would be conducted after A-Side tier was cleaned. Inmate Gaines stated to me, "I hate your fucking ass! I am going to kill your ass when I get out of prison. I am going to flood this tier on y'all niggas!" I notified Sgt. Robert Bryant of this incident at approximately 11:50 PM. Sgt. Bryant instructed me to turn the water off in cell 5B-7.

Affidavit-Darrell Bell
Civil Action No.2:05-CV-1124-F
Page 2

On 11/1/05, at approximately 2:25 AM, inmate Gaines started kicking his cell door again. Inmate Gaines advised me that he wanted to see a supervisor. I notified Sgt. Bryant of inmate Gaines' request. At approximately 2:30 AM, Sgt. Bryant entered the Segregation Unit. Sgt. Bryant instructed Officer Ferrell and myself to escort inmate Gaines to the Segregation Office. Officer Ferrell and I handcuffed inmate Gaines, removed him from his cell, and escorted him to the Segregation Office. Sgt. Bryant verbally reprimanded inmate Gaines on his negative behavior. At approximately 2:38 AM, Officer Ferrell and I escorted inmate Gaines back to his cell. At approximately 2:40 AM, Sgt. Bryant exited the Segregation Unit.

At approximately 2:50 AM, Segregation pill call began. Inmate Gaines alleged to Shelley Smothers, LPN, that he had been assaulted by Sgt. Bryant and myself. Nurse Smothers observed inmate Gaines at his tray door. Nurse Smothers stated that she did not see any visible signs of any abuse. Nurse Smothers advised inmate Gaines that she would conduct a body chart on him at the Health Care Unit. Sgt. Bryant instructed Officer Ferrell and myself to escort inmate Gaines to the Health Care Unit. Inmate Gaines refused to go to the Health Care Unit to get a body chart. Nurse Smothers advised me that she would document that inmate Gaines refused a body chart (Exb. #1).

At no time did Sgt. Bryant or I assault inmate Gaines.

_Darrell Bell_
Darrell Bell

Affidavit-Darrell Bell
Civil Action No.2:05-CV-1124-F
Page 3


SWORN TO AND SUBSCRIBED TO before me this the ___5‾ᵗʰ___ day of

_January_, 2006.                                    _____
                                        NOTARY PUBLIC

My Commission Expires: _____

**my commission expires March 19, 2007**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: GAINES, GARRETT | D.O.B.: 2 / 11 / 05 |
|---|---|---|

11-1-05    0315 AM - S "Nurse, you gotta help me, the officers took me out in cuffs and beat me up and threw me back in here. I'll commit suicide if I have to stay over here. I'm scared. See my lip? See my head?" O - ∅ abrasions noted on face, small abrasion noted on inner upper lip. Spoke c̄ SGT Bryant and asked to bring inmate to HCU for body chart. At approx 03:30 a.m. again spoke with SGT Bryant who stated inmate no longer wanted to come to HCU on suicide watch or have a body chart. SGT Bryant also stated inmate has been loud and kicking on door all night long. Will pass this dialogue to day shift. A - Alt coping P - Continue to monitor in seg cell ————— SJ