

EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT LEON GAINES, #173280   )
                                )
    Plaintiff,                  )
                                )
Vs.                             )   CIVIL ACTION NO.2:05-CV-1124-F
                                )
GWENDOLYN MOSLEY, et.al.,       )
                                )
    Defendants.                 )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Robert Bryant, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Robert Bryant and I am presently employed as a Correctional Officer II, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On October 31, 2005, at approximately 11:45 PM, I was in the Shift Office and heard a loud banging noise. I went outside and heard the noise coming from Segregation. I went back inside the Shift Office and called Segregation and spoke with Officer Ferrell. I asked Officer Ferrell who was banging on the cell and he stated that it was inmate Garrett Gaines. I asked why he was kicking the cell door and Officer Ferrell stated that inmate Gaines was upset because his water was turned off because he was threatening to flood his cell. I instructed Officer Ferrell and Officer Bell to escort inmate Gaines to the Segregation Office. I entered the Segregation Office and

Affidavit-Robert Bryant
Civil Action No.2:05-CV-1124-F
Page 2

questioned inmate Gaines about his action. Inmate Gaines stated that he did not get a shower. I informed inmate Gaines that I would look into his complaint. I verbally reprimanded inmate Gaines for his negative behavior. Inmate Gaines was escorted back to his cell by Officers Ferrell and Bell.

I was later notified by Nurse Smothers that inmate Gaines was requesting to go to the infirmary for a body chart because he stated to her that he had been assaulted by myself and Officer Bell. I instructed Officer Ferrell to escort inmate Gaines to HCU for a body chart. Officer Ferrell contacted me by phone about two minutes later and stated that inmate Gaines refused to go to HCU. Nurse Smothers was notified that inmate Gaines refused to come to HCU and it was noted in his medical chart (Exb.#1).

At no time did I, Officer Ferrell, or Officer Bell assault inmate Garrett Gaines.

_____
Robert Bryant

SWORN TO AND SUBSCRIBED TO before me this the 5th day of January, 2006. _____
                                    NOTARY PUBLIC
My Commission Expires: _____

my commission expires March 19, 2___



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: GAINES, GARRETT | D.O.B.: 2/11/05 |
|---|---|---|
| 11-1-05 | 0315 AM - S "Nurse, you gotta help me, the officers took me out in cuffs and beat me up and threw me back in here. I'll commit suicide if I have to stay over here. I'm scared. See my lip? See my head?" O - ∅ abrasions noted on face, small abrasion noted on inner upper lip. Spoke c̄ SGT Bryant and asked to bring inmate to HCU for body chart. At appx 03:30 a.m. again spoke with SGT Bryant who stated inmate no longer wanted to come to HCU on suicide watch or have a body chart. SGT Bryant also stated inmate has been loud and kicking on door all night long. Will pass this above info to day shift. A - alt coping P - Continue to monitor in seg cell ―――― JS | |