(Exhibit-A)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT GAINES, PRO SE
PLAINTIFF

V.

GWENDOLYN MOSLEY
WARDEN III, ET. AL.
DEFENDANTS

---

DECLARATION — AFFIDAVIT

---

Comes now the Affiant, Mickey Wade Davis #173073, a State Prisoner, who before this Honorable Court, pursuant to 28.U.S.C. 1746, deposes the following;

## Affidavit

I, hereby certify under the penalty of perjury, that the following is true and correct to the best of my ability and belief.

I am over 21 years old.

On December 30, 2005 at about 2:30-3:00 AM, I was woke-up by COI Floyd, COI Williams, and SGT. Baxley who then told me they had to change bed frames from my cell S-B11 and SB9.

I asked "why don't you move me?" I was then told that, "we can't move you, SGT. Helott is the one that assigned you this cell." SGT. Helott is the Segregation Commander and works only 1st shift Mon-Fri, otherwise there are no supervisors assigned to segregation.

I was hand-cuffed behind my back and the double-frame was moved from SB-11 to SB-9 and the single frame was moved to cell SB-11 (my cell).

I was told by COI Floyd, to, help move these beds. I told him, "I'm hand-cuffed I can't move beds."

(1.)

COI Floyd became angry and then told me, "I'll write you up for failure to obey."

After the single frame was put in my cell COI Floyd began to cuss me. And verbally abuse me. I still don't know why.

I asked both officers to "cut my light off,". One officer said something that I didn't understand and walked off.

I kicked the door to my cell, twice, and hollered for them to "cut my my cell-light off."

Sgt. Bryant, COI Floyd and COI Williams came back to my cell and told me to, "put these hand cuffs on." I put my arms thru the tray hole, and was hand-cuffed behind my back, I was not allowed to put a jump-suit on.

I was taken to the "office", Sgt. Bryant told, COI Floyd and COI Williams to, "step outside," leaving me alone with this sargent while hand-cuffed behind my back.

Sgt. Bryant locked the door and walked back to where I was standing, without any provocation then slapped me several times. These blows to my head were so hard, I was knocked down and into a

(2)

chair, Sgt. Bryant then started to poke me in my forehead and threatened me, saying, "when you go back to your cell, you better not say anything."

I asked to be taken to the H.C.U. (Health Care Unit) because my mouth was bleeding and my ear was ringing, my eye started to swell immediately.

At about 3:00-3:30 A.M. Nurse McKinley came around to Seg-Unit for "early pill-call, myself as well as other inmates told her what had just happened. Prison Health Services Nurse McKinley completely ignored all attempts by anyone to get me any emergency treatment, she was being escorted by COI Floyd and COI Williams.

Each of the named defendants, Gwendolyn Mosley, Warden III, Nurse McKinley, Sgt. Bryant, COI Williams and COI Floyd are all African-American, I am white/Native American, and believe that this brutality, abuse and predictable treatment is racially motivated.

It is my belief that the number of black personnel who are employed at the Easterling Correctional Facility is now seriously disproportionate to the number of white prisoners and creates an

(3)

over whelming atmosphere of preferential treatment, which I believe is bordering on discrimination and racism.

When 1st shift came on at 6:00 am, I asked Sgt. Hewett to be taken to H.C.U. and have a body chart done. I was taken about 8:00-9:00 am. This body-chart is on file.

Later on that day, Cpt. Kenneth Scourjors came to segregation unit, questioned me and 2 other inmates Corbett Carnes and Cedric Brooks, and took some notes from us.

4 inmates Thomas Adams, Michael Brazel, Corbett Carnes and Cedric Brooks saw these officers take me out, and what I looked like when I was brought back.

I hereby affirm by oath and signature that the foregoing affidavit is true and correct to the best of my belief and knowledge.

XX Ricky Davis #173073
Ricky Wade Davis #173073
5B-11 E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Done this 3rd day of January, 2006

(4)