IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

GARRETT BAINES #173280
  Plaintiff,

v.                                    Civil Action No. 2:05-cv-1124-F

GWENDOLYN MOSLEY,
et. al.   Defendants.

## MOTION OF INTERROGATORIES

IN ACCORDANCE WITH Rule 33 of (F.R.C.P.). Plaintiff request that Defendants, Sargent Robert Bryant, and COI Darren Brown answer to the extent possible the following interrogatories under oath and the answer be signed by the person making them and served on Plaintiff within (30) thirty days of service of these interrogatories.

THESE INTERROGATORIES shall be deemed continuing so as to require supplemental answers as new and different information materialize.

THE FOLLOWING QUESTIONS are to be answered by Sargent Bryant under oath:

1. How long have you been working for the DoDC?

2. How long have you had the rank of Sgt. at Easterling Corr. Facility?

3. What are your duties?

4. Have you ever been investigated or are you currently being investigated for the use of excessive force against inmates?

5. Have you been or are you now a defendant of any other similar complaints?

6. Is it not true that inmate Ricky Davis #173073 was given a lie detector-test stating that you did also slap him around, and passed in on 1-25-06?

7. Were you not offered to take this same test and refused?

(2)

8. Are you still working as Sgt. presently at Easterling?

9. If you are no longer assigned at Easterling, why were you reassigned?

These questions are to be answered by Sgt. Darren Bell.

1. How long have you been working as a Correctional Officer?

2. Are you currently the defendant of any other excessive-force claim? Or in the past?

3. Are you currently taking any physicatric medication?

No further questions at this time.

Done on this 2nd day of March, 2006.

Garrett Baines
GARRETT BAINES

(3)

## Certificate of Service

I hereby certify that a true copy of the above was served upon:

Bettie J. Carmack (Car-132)
Asst. Attorney General
11 South Union Street
Montgomery, AL
36130

by placing in U.S. mail, first class, prepaid. Done this 2nd day of March 2006.

_Garrett Gaines_
Garrett Gaines

3 Carbon Copies: Court, Defendant, Plaintiff.