IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARRETT GAINES #173280
PLAINTIFF,

Vs.

GWENDOLYN MOSELY et al,
DEFENDANTS.

CIVIL Action No.: 2:05-CV-1124-F

RECEIVED
2006 APR 24 A 10:04

## MOTION TO COMPEL

Comes now, Garrett Gaines, Pro-se litigant pursuant to Federal Rules of Court, in the above style for the following reasons:

Plaintiff filed a Interrogatory upon the Defendants Sgt. Bryant, and Col Bell requesting that questions pertinent to the Civil Action be answered from March 2nd, 2006. Defendants have failed to comply and now petitioner motions this Honorable Court to ORDER the defendants to respond to interrogatory question which are relevant to Plaintiff's case and Discovery Rights.

Done this 17th day of April, 2006.

_____
GARRETT GAINES

## Certificate of Service

I hereby certify that a true copy of the above was served upon:

Bettie J. Carmack
11 South Union St.
Montgomery, AL 36130

by placing in U.S. Mail, First Class Prepaid. Done this 17th day of April 2006.

_____
GARRETT GAINES