IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES, #173 280    *

    Plaintiff,                               *

    v.                                            *          2:05-CV-1124-MEF

GWENDOLYN MOSLEY, *et al.*,         *

    Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Order Compelling Answers to Interrogatories

filed by Plaintiff on April 24, 2006, and in light of the evidentiary materials submitted by

Defendants in support of their special reports, it is

ORDERED  that  the  motion  (Doc.  No.  23)  be  and  is  hereby  DENIED  as  the

information sought by Plaintiff is  either cumulative of information previously provided by

Defendants or irrelevant to a determination of the issue pending before this court.

Done, this 26th day of April 2006.


                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE