IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. **2:05-cv-1124-WKW** |
| GWENDOLYN MOSLEY, et al, | ) ) ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Gwen Mosley and Carter Davenport*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| 12/14/2007 | /s/ Bettie J. Carmack |
| Date | Counsel Signature |
| | |
| | **Gwen Mosley and Carter Davenport** |
| | Counsel for (print names of all parties) |
| | |
| | 11 South Union Street Montgomery, AL 36130 |
| | Address, City, State Zip Code |
| | |
| | 334-353-5305 |
| | Telephone Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, <u>Bettie J. Carmack</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 14th day of December 2007, to:

**Garrett Gaines**
**784 Jasper Road**
**Aliceville, AL 35442**

| 12/14/2007 | /s/Bettie J. Carmack |
|---|---|
| Date | Signature |