IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1124-MEF |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On December 6, 2007, the Magistrate Judge filed a Recommendation (Doc. #25) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant Smothers' motion for summary judgment (Doc. #11) is GRANTED and defendant Smothers is DISMISSED as a defendant to this action;

3. Defendants Mosley and Davenport's motion for summary judgment (Doc. #19) is GRANTED and defendants Mosley and Davenport are DISMISSED as defendants to this action.

4. Defendants Bryan, Bell and Ferrell's motion for summary judgment (Doc. #19) is DENIED and plaintiff's claims against these defendants will be set for trial by jury.

DONE this the 26th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE