IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-1124-F |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DEPOSE THE PLAINTIFF

Come now the Defendants, **Robert Bryant, Darrell Bell, and Samuel Ferrell,** pursuant to F.R.Civ.P. 30(a)(2)(B), and hereby moves this Honorable Court to order the Plaintiff to agree to be deposed and, for grounds, state as follows:

1. This action was originally filed on November 23, 2005.

2. When the action was filed, the Plaintiff was incarcerated at Easterling Correctional Facility.

3. The Plaintiff has since been released from Easterling Correctional Facility.

4. Although the Plaintiff is no longer incarcerated, no notice of counsel has been filed on behalf of the Plaintiff and defense counsel has reason to believe that, without a court order, the Plaintiff will decline to be deposed.

5. Defense counsel is in need of the Plaintiff's deposition to clarify the alleged injuries the Plaintiff claims he suffered and clarify his claim for damages.

## RELIEF REQUESTED

Wherefore premises considered, Defense counsel moves this Honorable Court to enter an order requiring the Plaintiff to submit to a deposition sometime in February or March of 2008.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


/s/ Bettie J. Carmack
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 8th day of January, 2008, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Garrett Leon Gaines, AIS #: 173280**
**784 Jasper Road**
**Aliceville, AL 35442**


/s/ Bettie J. Carmack
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433