IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES            *

    Plaintiff,                          *

v.                                            *        2:05-CV-1124-MEF

GWENDOLYN MOSLEY, *et al*.,    *

    Defendants.                       *

_____

**ORDER ON MOTION**

Upon review of the Motion to Depose Plaintiff filed by Defendants on January 8, 2008 (*Doc. No. 31*), and for good cause, it is

ORDERED that:

1. A ruling on Defendants' Motion to Depose Plaintiff (*Doc. No. 31*) be HELD IN ABEYANCE until further order of this court; and

2. On or before January 22, 2008 Defendants FILE a supplement to their motion which advises the court of the date, time, place and method of transcription for the proposed deposition. *See* F.R.Civ.P. 30(b)(1) and (b)(2).

Done, this 8th day of January 2008.

                                    /s/ Terry F. Moorer
                                   TERRY F. MOORER
                                   UNITED STATES MAGISTRATE JUDGE