| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Frank Scull   C. Date of Delivery 01-09-08 |
| 1.<br>Garrett Leon Gaines<br>784 Jasper Road<br>Aliceville, AL 35442 | ss different from item 1? ☐ Yes<br>livery address below: ☒ No |
| 05cv1124 30 order | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 5704 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |