IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRETT LEON GAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-1124-F |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL MOTION TO DEPOSE THE PLAINTIFF

Come now the Defendants, **Robert Bryant, Darrell Bell, and Samuel Ferrell,** pursuant to F.R.Civ.P. 30(a)(2)(B), and hereby move this Honorable Court to order the Plaintiff to agree to be deposed and, for grounds, state as follows:

1. This action was originally filed on November 23, 2005.

2. When the action was filed, the Plaintiff was incarcerated at Easterling Correctional Facility.

3. The Plaintiff has since been released from Easterling Correctional Facility.

4. Although the Plaintiff is no longer incarcerated, no notice of counsel has been filed on behalf of the Plaintiff and defense counsel has reason to believe that, without a court order, the Plaintiff will decline to be deposed.

5. Defense counsel is in need of the Plaintiff's deposition to clarify the alleged injuries the Plaintiff claims he suffered and clarify his claim for damages.

**RELIEF REQUESTED**

Wherefore premises considered, Defense counsel moves this Honorable Court to enter an order requiring the Plaintiff to submit to an oral deposition by written transcription on **February 12, 2008** at **1:30 p.m.** at **Tuscaloosa Court Reporting**, located at **612 Lurleen Wallace Blvd. North Tuscaloosa, AL 35401**.

Defense counsel further moves that the Plaintiff produce at said deposition any and all evidentiary materials he plans to produce at trial or use in preparation for trial, more specifically, any and all medical records and documentation that supports the Plaintiff's claim that he was injured on October 31 or November 1, 2005.

        Respectfully Submitted,

        Troy King (KIN047)
        Attorney General


        /s/ Bettie J. Carmack
        Bettie J. Carmack (CAR-132)
        *Assistant Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 22nd day of January, 2008, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Garrett Leon Gaines**
**784 Jasper Road, Apartment #3**
**Aliceville, AL 35442**

**Garrett Leon Gaines**
**5907 Highway 14, Apartment #3**
**Aliceville, AL 35442-3628**

/s/ Bettie J. Carmack
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433