IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GARRETT LEON GAINES | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1124-MEF |
| GWENDOLYN MOSLEY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the Supplemental Motion for Leave to Take Deposition of Plaintiff, filed by Defendants on January 22, 2008, it is

ORDERED that the Motion for Leave to Depose Plaintiff, as supplemented (*Doc. Nos. 31, 34*), are GRANTED.

Accordingly, Plaintiff is DIRECTED to submit to an oral deposition by written transcription on February 12, 2008 commencing at 1:30 p.m. at Tuscaloosa Court Reporting, 612 Lurleen Wallace Boulevard North, Tuscaloosa, Alabama 35401. Plaintiff is cautioned that if he fails to comply with this order, such failure may result in the dismissal of his case or other penalties.

It is further ORDERED that Plaintiff produce at the deposition any and all medical records and documentation which he intends to use at trial or use in preparation for trial to

support his claim that he was injured on October 31 or November 1, 2005.

Defendants are ORDERED to provide to Plaintiff copies of any documents produced at the deposition described herein.

Done, this 23rd day of January 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE