## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **GARRETT LEON GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **2:05-CV-1124-F** |
| | ) | |
| **GWENDOLYN MOSLEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO DISMISS AND
## MOTION TO IMPOSE SANCTIONS AGAINST THE PLAINTIFF

Come now the Defendants, **Robert Bryant, Darrell Bell, and Samuel Ferrell,** pursuant to F.R.Civ.P. 37(d) and F.R.Civ.P. 41(b), and hereby moves this Honorable Court to impose sanctions against the Plaintiff and to DISMISS the Plaintiff's complaint and, for grounds, state as follows:

1.      On January 23, 2008, this Honorable Court ordered the Plaintiff to appear at a deposition scheduled for February 12, 2008 at 1:30 p.m. at Tuscaloosa Court Reporting. (Doc. 35).

2.      On or about January 8, 2008, defense counsel mailed a letter to the Plaintiff at his last known addresses and informed him of the scheduling of the deposition. (Exhibit **A**)

3.      On or about January 23, 2008, defense counsel mailed a copy of the Court's order dated January 23, 2008 to the Plaintiff's last known addresses: 5907 Hwy 14 Apartment #3 Aliceville, AL 35442-3628 and 784 Jasper Road Apartment #3 Aliceville, AL 35442-3528.

4.   No mail to the Plaintiff has been returned to defense counsel.

5.   On February 12, 2008, defense counsel appeared at the deposition scheduled for February 12, 2008 at 1:30 p.m..  The Plaintiff did not appear at the deposition or inform defense counsel that he had no plans to appear at the deposition. (Exhibit **D**)

6.   As a result of the Plaintiff's failure to appear at the deposition, defense counsel has incurred the following expenses on behalf of its client's liability carrier (State of Alabama Department of Risk Management):

    a.   Attorney Fees                          $  759.00

- 4 hours travelling to and from Tuscaloosa    (4X$138.00)
- 30 minutes waiting on the Plaintiff    (.50 X $138.00)
- 1 hour preparing for the deposition    (1X$138.00)

    b.   Travel Expenses (State Rental Car – Exhibit **B**)  $    77.98

    c.   Deposition Cost (Exhibit **C**)            $    77.20

7.   As a result of the Plaintiff's failure to attend the scheduled deposition, defense counsel's client has incurred expenses totaling **$914.18**.

8.   In addition to his failure to appear at the deposition, the Plaintiff has not filed any pleadings in this matter since April 24, 2006 (over a year and a half ago).

## RELIEF REQUESTED

Wherefore premises considered, Defense counsel moves this Honorable Court to enter an order of judgment requiring the Plaintiff to pay all court costs and fees and an additional amount of $**914.18** that is to be later paid to the State of Alabama Department of Risk Management.

Defense counsel further moves that this Honorable Court DISMISS the above cause of action, pursuant to Fed.R.Civ.P. 41(b) for the Plaintiff's failure to prosecute the case and his failure to comply with this Court's order dated January 23, 2008.

Respectfully Submitted,

Troy King (KIN047)
Attorney General

/s/ Bettie J. Carmack
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 14th day of February, 2008, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

**Garrett Leon Gaines**
**784 Jasper Road, Apartment #3**
**Aliceville, AL 35442**

**Garrett Leon Gaines**
**5907 Highway 14, Apartment #3**
**Aliceville, AL 35442-3628**

/s/ Bettie J. Carmack
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433