

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

*Handwritten note:* Send a copy of this letter to these addresses
5907 Hwy 14 Apt #3
Aliceville, AL 35442-3628

784 Jasper Rd Apt #3
Aliceville, AL 35442-3529

January 8, 2008

Garrett Leon Gaines
784 Jasper Road
Aliceville, AL 35442

Re: <u>Gaines v. Mosley</u> (2:05-CV-1124-WKW)

Dear Mr. Gaines:

The above stated matter is set for trial July 7, 2008. To prepare for trial, I will need to depose you by oral examination. The Court has requested that I provide a date, time, place, and method of transcription by January 22, 2008. I propose that the deposition take place at a court reporting service in Tuscaloosa Alabama. ***What date and time in February or March of 2008 is good for you?***

If I do not hear from you by January 18, 2008 with a proposed date and time for the deposition, **I plan to notify the court that the deposition will take place on February 12, 2008 at 1:30 p.m.. at Tuscaloosa Court Reporting which is located at 612 Lurleen Wallace Blvd North Tuscaloosa, AL 35401.**

If you are no longer interested in pursuing this legal matter, you will need to file a *Motion to Dismiss* with the Court. If you fail to file the *Motion to Dismiss* and fail to appear at the deposition (or contact me with alternative deposition dates), I plan to ask the court to tax any and all court costs and deposition costs against you.

I look forward to hearing from you by January 18, 2008. You may reach me at (334) 353-5305.

Sincerely,

Bettie J. Carmack
*Assistant Attorney General*
*Civil Litigation Division*

EXHIBIT A