

# STATE OF ALABAMA
# STATE MOTOR POOL

**Rental ID Number:** 2008-0004983    **Confirmation Number:** 20080208000001315

**Vehicle:** MP356    FORD TAURUS    **Location:** 1-3

**Customer:** MP0152-ATTORNEY GENERAL

**Operator Name:** BETTIE CARMACK

**License Number:** VERIFIED    **License Expiration Date:** 07/08/11

**Destination:** TUSCALOOSA

**Estimated Mileage:** 270

**Est Return Date:** 02/12/08

**Rental Date/Time:** 02/12/08    11:11

**Return Date/Time:** 02/12/08    16:22

**Total Days Rented:** 1

**Mileage @ Release:** 84,302

**Mileage @ Return:** 84,611    *Bettie Carmack*

**Miles Driven:** 309

**Cost of Rental:** $77.98

| Vendor Code | Fund | Fiscal Year | Program | Object | Organization | Cost Center | % |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



EXHIBIT

B