# Tuscaloosa Court Reporting

# Invoice

| Date | Invoice # |
|---|---|
| 2/13/2008 | 33 |

**Ship To**

Office of the Attorney General
Bettie J. Carmack
11 South Union Street
Montgomery, AL 36130

*Bettie Carmack*

| Style | Rep | Terms |
|---|---|---|
| Garrett Leon Gaines vs. Gwend | DR | Due on receipt |

| Description | Quantity | Amount |
|---|---|---|
| Attendance fee | | 50.00 |
| Original and one certified copy: Statement for the Record | 4 | 12.20 |
| Processing Fee | | 15.00 |

EXHIBIT C

Please remit to: 612 Lurleen Wallace Blvd. N.
Tuscaloosa, Alabama 35401

**Total** $77.20

612 Lurleen Wallace Blvd. N.   Phone #        Fax #
Tuscaloosa, AL 35401         205-758-4006   205-758-4371