**TUSCALOOSA COURT REPORTING**
**Email: tuscaloosacourtr@bellsouth.net**

Page 1

1　　　IN THE UNITED STATES DISTRICT COURT

2　　　　FOR THE MIDDLE DISTRICT OF ALABAMA

3　　　　　　　　NORTHERN DIVISION

**ORIGINAL**

4

5　GARRETT LEON GAINES,　　）

6　　　　　PLAINTIFF,　　）

7　VS.　　　　　　　　　）　CIVIL ACTION NO.

8　GWENDOLYN MOSLEY,　　　）　2:05-CV-1124-MEF

9　et al.,　　　　　　　　）

10　　　　　DEFENDANTS.　　）

11

12

13　　　　　　STATEMENT FOR THE RECORD

14　　　　　　　FEBRUARY 12, 2008

15

16　LOCATION:

17　Tuscaloosa Court Reporting

18　612 Lurleen B. Wallace Boulevard North

19　Tuscaloosa, Alabama 35401

20

21　DEBORAH S. RANDALL, Commissioner

22　ACCR #:　238

23　EXPIRATION DATE:　SEPTEMBER 30, 2008

EXHIBIT D

**612 Lurleen Wallace Blvd. N., Tuscaloosa, Alabama 35401**
**(205)758-4006, (800)844-3370, Fax (205)758-4371**

TUSCALOOSA COURT REPORTING
Email: tuscaloosacourtr@bellsouth.net

Page 2

1  BEFORE:

2         Deborah S. Randall, Commissioner.

3  APPEARANCES:

4         MR. BETTIE J. CARMACK, Assistant

5  Attorney General, Office of the Attorney

6  General, State of Alabama, 11 South Union

7  Street, Montgomery, Alabama 36130, appearing

8  for the Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

TUSCALOOSA COURT REPORTING
Email: tuscaloosacourtr@bellsouth.net

```
                                                    Page 3

 1   February 12, 2008                    2:00 P.M.

 2

 3            STATEMENT FOR THE RECORD

 4

 5            MS. CARMACK:  My name is Betty

 6   Carmack and I'm here at a deposition

 7   scheduled for February the 12th, 2008, at

 8   1:30 p.m. at Tuscaloosa Court Reporting.  On

 9   January the 23rd, 2008, this Honorable Court

10   ordered that the Plaintiff, Garrett Leon

11   Gaines, appear at said deposition at 1:30 on

12   February the 12th, 2008.  As of 2:00 p.m. on

13   February the 12th, 2008, the Plaintiff has

14   failed to appear.

15

16         END OF STATEMENT FOR THE RECORD

17

18

19

20

21

22

23
```

**612 Lurleen Wallace Blvd. N., Tuscaloosa, Alabama 35401**
**(205)758-4006, (800)844-3370, Fax (205)758-4371**

**TUSCALOOSA COURT REPORTING**
**Email: tuscaloosacourtr@bellsouth.net**

Page 4

1           C E R T I F I C A T E

2   STATE OF ALABAMA)

3   TUSCALOOSA COUNTY)

4           I hereby certify that the above

5   and foregoing proceeding was taken down by

6   me in stenotype, and the questions and

7   answers thereto were produced in transcript

8   form by computer-aided transcription under

9   my supervision, and that the foregoing

10  represents a true and correct transcript of

11  the proceedings occurring on said date at

12  said time.

13          I further certify that I am

14  neither of counsel nor of kin to the parties

15  to the action, nor am I in anywise

16  interested in the results of said cause.

17                  _____

18          DEBORAH S. RANDALL,
            COURT REPORTER & COMMISSIONER

19

20  COMMISSION EXPIRES: August 3, 2009
    LICENSE NUMBER: ACCR #: 238

21  EXPIRATION DATE: September 30, 2008

22

23

**612 Lurleen Wallace Blvd. N., Tuscaloosa, Alabama 35401**
**(205)758-4006, (800)844-3370, Fax (205)758-4371**