IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GARRETT LEON GAINES　　　　　　*

　　　Plaintiff,　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　*　　　2:05-CV-1124-MEF

GWENDOLYN MOSLEY, *et al.*,　　　*

　　　Defendants.　　　　　　　　　*
_____

**ORDER**

Upon consideration of the Motion to Dismiss and Motion for Sanctions filed by Defendants (*Doc. No. 37*), it is

ORDERED that on or before March 6, 2008 Plaintiff shall SHOW CAUSE why the motions should not be granted.

Done, this 22nd day of February 2008.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE