| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Frank Ball* | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Frank Ball | C. Date of Delivery<br>2-25-08 |
| 1. Article Addressed to:<br><br>Garrett Leon Gaines<br>784 Jasper Road<br>Aliceville, AL  35442<br><br>05cv1124   38 OSC | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7007 1490 0000 0026 7333 | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540