IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARRETT LEON GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1124-MEF |
| | ) | (WO - Do Not Publish) |
| SGT. BRYANT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order filed herewith in this case,

it is the **ORDER, JUDGMENT, and DECREE** of the Court that:

1.  Judgment is entered in favor of Defendants and against Plaintiff;

2.  This case is DISMISSED WITH PREJUDICE;

3.  Costs incurred by Defendants for the February 12, 2008 deposition are TAXED

against Plaintiff in the amount of $914.18,  payable to the State of Alabama Department of

Risk Management, for which execution may issue.  The parties shall otherwise bear their own

fees and costs.

4.  The Clerk is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Federal Rule of Civil Procedure 58 and close this file.

Done this the 13th day of March 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
